UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| NAACP SOUTH CAROLINA STATE CONFERENCE; ROBERT CALDWELL; JONATHAN BELL; SHERRY JENKINS,<br><br>Plaintiffs,<br><br>v.<br><br>ALAN WILSON, in his official capacity as the South Carolina Attorney General; JENNY WOOTEN, in her official capacity as Interim Executive Director of the State Election Commission; DENNIS W. SHEDD, in his official capacity as Chairman of the State Election Commission; JOANNE DAY, CLIFFORD J. ELDER, LINDA McCALL, and SCOTT MOSELEY in their official capacities as members of the State Election Commission,<br><br>Defendants. | Case No. 3:25-cv-13754-MGL |

**SEC Defendants' Motion to Dismiss**

Defendants Jenny Wooten, in her official capacity as Interim Executive Director of the State Election Commission (SEC), Dennis W. Shedd, in his official capacity as Chairman of the State Election Commission, and Joanne Day, Clifford J. Elder, Linda McCall,[1] and Scott Moseley in their official capacities as members of the State Election Commission (SEC Defendants), hereby move for an Order dismissing this matter based on Rules 12(b)(1) of the Federal Rules of Civil Procedure, Article III of the United States Constitution, and all applicable statutes, case law,

---

[1] Linda McCall resigned her position with the Commission on September 22, 2025. The seat she previously occupied is now vacant.

65140285 v1

and rules of procedure, the contemporaneously-filed Memorandum in Support of this Motion, and all other arguments presented to this Honorable Court. This Motion seeks dismissal of this matter because (1) the NAACP has alleged neither organizational standing nor associational standing; (2) the Individual Plaintiffs have not alleged the necessary injury in fact to support standing; and (3) the Plaintiffs have not alleged a redressable right to the relief they seek.

        Respectfully submitted,

        *s/ Michael R. Burchstead*
        Mary Elizabeth Crum (Fed. ID No. 372)
        Tracey C. Green (Fed. ID No. 6644)
        Michael R. Burchstead (Fed. ID No. 102967)
        BURR & FORMAN LLP
        Post Office Box 11390
        Columbia, SC 29211
        (803) 799-9800
        lcrum@burr.com
        tgreen@burr.com
        mburchstead@burr.com

        Thomas W. Nicholson (Fed. ID No. 12086)
        STATE ELECTION COMMISSION
        1122 Lady Street, Suite 500
        Columbia, SC 29201
        (803) 734-9063
        tnicholson@elections.sc.gov

        *Counsel for Defendants Jenny Wooten, JoAnne Day, Clifford J. Edler, Linda McCall, and Scott Moseley*

January 20, 2026
Columbia, South Carolina