## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA



## <u>NOTICE TO COUNSEL</u>

The attached Conference and Scheduling Order contains a number of important changes required by recent amendments to the Federal Rules of Civil Procedure, effective December 1, 2000. Additional amendments became effective August 1, 2001.

Counsel should carefully review the Order and <u>note all deadlines on a calendaring system.</u>

Counsel should also review the referenced rules and become familiar with these significant changes.

The amended Local Civil Rules for the District of South Carolina are available at:

www.scd.uscourts.gov.

s/Mary Geiger Lewis
United States District Judge

January 21, 2026
Columbia, South Carolina

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| NAACP South Carolina State Conference, Robert Caldwell, Jonathan Bell, Sherry Jenkins, | ) ) ) ) | C/A No. 3:25-cv-13754-MGL |
| Plaintiffs, | ) ) ) | **CONFERENCE AND SCHEDULING ORDER** |
| -versus- | ) ) | |
| Alan Wilson *in his official capacity as the South Carolina Attorney General*, Jenny Wooten *in her official capacity as Interim Executive Director of the State Election Commission*, Dennis W. Shedd, JoAnne Day, Clifford J. Elder, Linda McCall and Scott Moseley *in their official capacities as members of the State Election Commission,* | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case. Discovery may begin upon receipt of this order.

1.     A conference of the parties pursuant to Fed.R.Civ.P. 26(f) shall be held no later than **February 10, 2026**.[1] At conference the parties shall confer concerning all matters set forth in Fed.R.CivP. 26(f) and whether the schedule set forth in this order is appropriate and, if not, what modifications are necessary.[2]

2.     No later than **February 24, 2026** the required initial disclosures under Fed.R.Civ.P. 26(a)(1) shall be made.[3]

3.     No later than **February 24, 2026** the parties shall file a Rule 26(f) Report in the form attached to this order. Parties are hereby notified that Local Civil Rule 26.03 lists additional queries to be answered in the Rule 26(f) Report.

---

[1] Plaintiff's counsel shall initiate the scheduling of the Rule 26(f) conference with all counsel known to plaintiff regardless of whether they have filed appearances.

[2] The parties shall also consider whether they wish to consent to trial before a United States Magistrate Judge. See attached Notice of Availability of United States Magistrate Judge.

[3] Pursuant to Fed.R.Civ.P. 26(a)(1), the parties may, by stipulation, agree not to make some or all of the Rule 26(a)(1) initial disclosures. If such a stipulation is made, it shall be confirmed in writing between the parties. See Fed.R.Civ.P. 29 and Local Civil Rule 29.01.

C/A 3:25-cv-13754-MGL
Conference and Scheduling Order; Page 2

4.      Motions to join other parties and amend the pleadings (Fed.R.Civ.P.16(b)(3)(A)) shall be
        filed no later than **March 23, 2026**.[4]

5.      Plaintiff(s) shall file and serve a document identifying by full name, address, and
        telephone number each person whom Plaintiff(s) expects to call as an expert at trial and
        certifying that a written report prepared and signed by the expert including all information
        required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **April 20,
        2026**.

6.      Defendant(s) shall file and serve a document identifying by full name, address, and
        telephone number each person whom Defendant(s) expects to call as an expert at trial and
        certifying that a written report prepared and signed by the expert including all information
        required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **May 20,
        2026**.

7.      Counsel shall file and serve affidavits of records custodian witnesses proposed to be
        presented by affidavit at trial no later than **May 20, 2026**. Objections to such affidavits
        must be made within fourteen (14) days after the service of the disclosure. (See
        Fed.R.Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

**8.**     Discovery shall be completed no later than **July 20, 2026**. All discovery requests shall be
        served in time for the responses thereto to be served by this date. De bene esse
        depositions must be completed by discovery deadline. No motions relating to discovery
        shall be filed until counsel have consulted and attempted to resolve the matter as required
        by Local Civil Rule 7.02 and have had a telephone conference with Judge Lewis in an
        attempt to resolve the matter informally. **The request for a telephone conference
        should be made within the time limit prescribed by local rule for filing such a
        motion. Attorneys should send a request for a telephone conference via e-mail to
        Lewis_ecf@scd.uscourts.gov.**

9.      Motions in limine must be filed no later than **September 30, 2026**. Written
        responses are due seven (7) days thereafter.

10.     All other motions, except those to complete discovery, those nonwaivable motions made
        pursuant to Fed.R.Civ.P. 12, and those relating to the admissibility of evidence at trial,
        shall be filed on or before **August 03, 2026**. (Fed.R.Civ.P.16(b)(3)(A)).

11.     Mediation shall be completed in this case on or before **October 02, 2026**. See the
        Mediation Order filed in this case which sets forth mediation requirements.

---

[4] As a general rule, when no timely response is filed to any motion, the Court will
grant the motion with the notation that it is being "granted *without opposition*."

C/A 3:25-cv-13754-MGL
Conference and Scheduling Order; Page 3

12.    No later than **October 19, 2026** the parties shall file and exchange Fed.R.Civ.P. 26(a)(3) pretrial disclosures. Within fourteen (14) days thereafter, a party shall file and exchange Fed.R.Civ.P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed.R.Civ.P. 32(a)(6).

13.    Parties shall furnish the Court pretrial briefs seven (7) days prior to the date set for jury selection (Local Civil Rule 26.05). Attorneys shall meet at least seven (7) days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. See Local Civil Rule 26.07.

14.    This case is subject to being called for jury selection and/or trial on or after **October 21, 2026**.

s/Mary Geiger Lewis
United States District Judge

Dated: **January 21, 2026**
Columbia, South Carolina

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| NAACP South Carolina State Conference, Robert Caldwell, Jonathan Bell, Sherry Jenkins, | ) ) ) ) | CA 3:25-cv-13754-MGL |
| | ) | **RULE 26(f) REPORT** |
| Plaintiffs, | ) ) ) | |
| -versus- | ) ) | |
| Alan Wilson *in his official capacity as the South Carolina Attorney General*, Jenny Wooten *in her official capacity as Interim Executive Director of the State Election Commission*, Dennis W. Shedd, JoAnne Day, Clifford J. Elder, Linda McCall and Scott Moseley *in their official capacities as members of the State Election Commission* | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

_____    We agree that the schedule set forth in the Conference and Scheduling Order filed **January 21, 2026** is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

_____    We agree that the schedule set forth in the Conference and Scheduling Order filed **January 21, 2026** requires modification as set forth in the attached proposed Consent Amended Scheduling Order (use format of the Court's standard scheduling order attached hereto). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

_____    We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

PLAINTIFF(S)                              DEFENDANT(S)

_____            _____
*Signature of Plaintiff's Counsel*       *Signature of Defendant's Counsel*

_____            _____
*Printed Name of Plaintiff's Counsel*    *Printed Name of Defendant's Counsel*
*and Party Represented*                  *and Party Represented*


_____            _____
*Signature of Plaintiff's Counsel*       *Signature of Defendant's Counsel*

_____            _____
*Printed Name of Plaintiff's Counsel*    *Printed Name of Defendant's Counsel*
*and Party Represented*                  *and Party Represented*

_____            _____
*Signature of Plaintiff's Counsel*       *Signature of Defendant's Counsel*

_____            _____
*Printed Name of Plaintiff's Counsel*    *Printed Name of Defendant's Counsel*
*and Party Represented*                  *and Party Represented*


_____            _____
*Signature of Plaintiff's Counsel*       *Signature of Defendant's Counsel*

_____            _____
*Printed Name of Plaintiff's Counsel*    *Printed Name of Defendant's Counsel*
*and Party Represented*                  *and Party Represented*


*Dated:* _____            *Dated:* _____

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| NAACP South Carolina State Conference, Robert Caldwell, Jonathan Bell, Sherry Jenkins, | ) ) ) | |
| Plaintiffs | ) ) | Civil Action No: <u>3:25-cv-13754-MGL</u> |
| v. | ) | |
| Alan Wilson *in his official capacity as the South Carolina Attorney General*, Jenny Wooten *in her official capacity as Interim Executive Director of the State Election Commission*, Dennis W. Shedd, JoAnne Day, Clifford J. Elder, Linda McCall and Scott Moseley *in their official capacities as members of the State Election Commission*, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability*. A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority*. The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Parties' printed names | Signatures of parties or attorneys | Dates |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## Reference Order

**IT IS ORDERED**: This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
District Judge's signature

Printed name and title

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a
United States magistrate judge. Do not return this form to a judge.