IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| NAACP SOUTH CAROLINA STATE CONFERENCE; ROBERT CALDWELL; JONATHAN BELL; SHERRY JENKINS, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALAN WILSON, in his official capacity as the South Carolina Attorney General; JENNY WOOTEN, in her official capacity as Interim Executive Director of the State Election Commission; DENNIS W. SHEDD, in his official capacity as Chairman of the State Election Commission; JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the State Election Commission, <br><br> *Defendants*. | Civil Action No.: 3:25-cv-13754-MGL <br><br> **Joint Rule 26(f) Discovery Plan** |

Pursuant to Rule 26(f)(3) of the Federal Rules of Civil Procedure, the parties jointly submit the following discovery plan:

A.  **What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made.**

   **RESPONSE:** The parties plan to enter into a stipulation agreeing to waive the initial disclosures under Rule 26(a)(1).

B.  **The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues.**

   **RESPONSE:** The parties will conduct discovery on the claims set forth in the Complaint (ECF No. 1) and the defenses available to the Defendants to the extent allowed by Rule 26 of the

1

Federal Rules of Civil Procedure. The parties jointly propose that all discovery be completed by March 16, 2026. The parties do not propose phased discovery.

C.　**Any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced.**

　　**RESPONSE:** The parties have agreed that they will use good faith efforts to avoid imposing excessive costs and burdens upon each other regarding the identification, preservation, retrieval, review, and production of Electronically Stored Information.

　　Unless otherwise agreed by the parties or ordered by the Court, all electronically stored information will be produced in its native format.

D.　**Any issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502.**

　　**RESPONSE:** The parties are unaware of any specific privilege issues at this time.

E.　**What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed.**

　　**RESPONSE**: None at this time. The parties reserve the right to request changes in the future.

F.　**Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).**

　　**RESPONSE:** The parties will be requesting a Confidentiality Order.

*Signature Block on Following Page*

Respectfully submitted,

s/Joseph D. Spate

Alan Wilson
*Attorney General*
Thomas T. Hydrick (Fed. ID No. 13322)
*Solicitor General*
Joseph D. Spate (Fed ID No. 13100)
*Deputy Solicitor General*

OFFICE OF THE SOUTH CAROLINA ATTORNEY GENERAL
1000 Assembly St
Columbia, SC 29201
(803) 734-4127
thomashydrick@scag.gov
josephspate@scag.gov

*Counsel for Attorney General Alan Wilson*


s/ Michael R. Burchstead

Mary Elizabeth Crum (Fed. ID No. 372)
Tracey C. Green (Fed. ID No. 6644)
Michael R. Burchstead (Fed. ID No. 102967)
BURR & FORMAN LLP
Post Office Box 11390
Columbia, SC 29211
(803) 799-9800
lcrum@burr.com
tgreen@burr.com
mburchstead@burr.com

Thomas W. Nicholson (Fed. ID No. 12086)
STATE ELECTION COMMISSION
1122 Lady Street, Suite 500
Columbia, SC 29201
(803) 734-9063
tnicholson@elections.sc.gov

*Counsel for Defendants Jenny Wooten, Dennis Shedd JoAnne Day, Clifford J. Edler, Linda McCall, and Scott Moseley*

<u>s/ Allen Chaney</u>

Allen Chaney (Fed. ID No. 13181)
AMERICAN CIVIL LIBERTIES UNION
OF SOUTH CAROLINA FOUNDATION
P.O. Box 1668
Columbia, SC 29202
(864) 372-6681
achaney@aclusc.org

Stephen D. Hibbard*
PROSKAUER ROSE LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
(310) 284-5622
shibbard@proskauer.com

Bradley M. Presant*
Michael Beckwith*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
(212) 969-3284
bpresant@proskauer.com
mbeckwith@proskauer.com

Clayton Pierce*
Davin Rosborough*
Jonathan Topaz*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES
UNIONFOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
cpierce@aclu.org
drosborough@aclu.org
jtopaz@aclu.org
slakin@aclu.org

Brian Dimmick*
AMERICAN CIVIL LIBERTIES
UNIONFOUNDATION
915 15th Street NW, 6th Floor
Washington, D.C. 20005
(202) 731-2395
bdimmick@aclu.org

Robert W. Pommer III*
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2533
(202) 416-6808
rpommer@proskauer.com

*Counsel for Plaintiffs NAACP South Carolina State Conference, Robert Caldwell, Jonathan Bell, and Sherry Jenkins*

*Motions for admission Pro Hac Vice forthcoming

February 19, 2026