IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| NAACP South Carolina State Conference, Robert Caldwell, Jonathan Bell, Sherry Jenkins, | ) ) ) | CA 3:25-cv-13754-MGL |
| | ) ) | **RULE 26(f) REPORT** |
| Plaintiffs, | ) ) | |
| -versus- | ) ) | |
| Alan Wilson *in his official capacity as the South Carolina Attorney General*, Jenny Wooten *in her official capacity as Interim Executive Director of the State Election Commission*, Dennis W. Shedd, JoAnne Day, Clifford J. Elder, Linda McCall and Scott Moseley *in their official capacities as members of the State Election Commission* | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

    The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

    _____    We agree that the schedule set forth in the Conference and Scheduling Order filed **January 21, 2026** is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

    \_\_\_X\_\_\_    We agree that the schedule set forth in the Conference and Scheduling Order filed **January 21, 2026** requires modification as set forth in the attached proposed Consent Amended Scheduling Order (use format of the Court's standard scheduling order attached hereto). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

    _____    We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

Respectfully submitted,

s/Joseph D. Spate
Alan Wilson
*Attorney General*
Thomas T. Hydrick (Fed. ID No. 13322)
*Solicitor General*
Joseph D. Spate (Fed ID No. 13100)
*Deputy Solicitor General*

Office of the South Carolina Attorney General
1000 Assembly St
Columbia, SC 29201
(803) 734-4127
thomashydrick@scag.gov
josephspate@scag.gov

*Counsel for Attorney General Alan Wilson*

s/ Michael R. Burchstead

Mary Elizabeth Crum (Fed. ID No. 372)
Tracey C. Green (Fed. ID No. 6644)
Michael R. Burchstead (Fed. ID No. 102967)
BURR & FORMAN LLP
Post Office Box 11390
Columbia, SC 29211
(803) 799-9800
lcrum@burr.com
tgreen@burr.com
mburchstead@burr.com

Thomas W. Nicholson (Fed. ID No. 12086)
STATE ELECTION COMMISSION
1122 Lady Street, Suite 500
Columbia, SC 29201
(803) 734-9063
tnicholson@elections.sc.gov

*Counsel for Defendants Jenny Wooten, Dennis Shedd JoAnne Day, Clifford J. Edler, Linda McCall, and Scott Moseley*

<u>s/ Allen Chaney</u>

Allen Chaney (Fed. ID No. 13181)
AMERICAN CIVIL LIBERTIES UNION OF SOUTH CAROLINA FOUNDATION
P.O. Box 1668
Columbia, SC 29202
(864) 372-6681
achaney@aclusc.org

Stephen D. Hibbard*
PROSKAUER ROSE LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
(310) 284-5622
shibbard@proskauer.com

Bradley M. Presant*
Michael Beckwith*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
(212) 969-3284
bpresant@proskauer.com
mbeckwith@proskauer.com

Clayton Pierce*
Davin Rosborough*
Jonathan Topaz*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNIONFOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
cpierce@aclu.org
drosborough@aclu.org
jtopaz@aclu.org
slakin@aclu.org

February 19, 2026

Brian Dimmick*
AMERICAN CIVIL LIBERTIES UNIONFOUNDATION
915 15th Street NW, 6th Floor
Washington, D.C. 20005
(202) 731-2395
bdimmick@aclu.org

Robert W. Pommer III*
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2533
(202) 416-6808
rpommer@proskauer.com

*Counsel for Plaintiffs NAACP South Carolina State Conference, Robert Caldwell, Jonathan Bell, and Sherry Jenkins*

*Motions for admission Pro Hac Vice forthcoming