**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| NAACP SOUTH CAROLINA STATE CONFERENCE; ROBERT CALDWELL; JONATHAN BELL; SHERRY JENKINS, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALAN WILSON, in his official capacity as the South Carolina Attorney General; JENNY WOOTEN, in her official capacity as Interim Executive Director of the State Election Commission; DENNIS W. SHEDD, in his official capacity as Chairman of the State Election Commission; JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the State Election Commission, <br><br> *Defendants*. | Civil Action No.: 3:25-cv-13754-MGL |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Pursuant to Local Civil Rule 6.01 (D.S.C.), the parties jointly move for an order amending

the Amended Scheduling Order issued on February 23, 2026 (ECF No. 27).

In support of this motion, the parties state the following:

1. The Defendants served written discovery requests. Plaintiffs served interrogatories on State Election Commission Defendants. Although responses to those requests were served on March 16, 2026, the parties request additional time to review those responses and to meet and confer regarding any potential deficiencies in the responses. Depending on the nature of any deficiencies, the parties reserve their rights to move to further amend the scheduling order.

2. The parties have conferred in good faith and jointly submit this motion.

3. The following chart reflects the current deadlines and the parties' jointly proposed new deadlines.

|  | Current Deadline | Proposed New Deadline |
|---|---|---|
| Discovery | March 16, 2026 | March 30, 2026 |
| Motions | March 23, 2026 | April 6, 2026 |
| Response to Motions | April 13, 2026 | April 27, 2026 |
| Replies to Responses | April 27, 2026 | May 11, 2026 |

4. The proposed new deadlines represent an extension of fourteen (14) days of the existing deadlines for discovery and motions.

5. The deadlines in this case have previously been extended once following the Rule 26(f) conference as a result of the parties' joint request to modify the dates in the Court's original scheduling order.

6. A proposed Second Amended Scheduling Order is attached and will be submitted to the Court's ECF inbox.

***Signature Page Follows***

Respectfully submitted,


s/Thomas T. Hydrick

Alan Wilson
*Attorney General*
Thomas T. Hydrick (Fed. ID No. 13322)
*Solicitor General*
Joseph D. Spate (Fed ID No. 13100)
*Deputy Solicitor General*

OFFICE OF THE SOUTH CAROLINA ATTORNEY GENERAL
1000 Assembly St
Columbia, SC 29201
(803) 734-4127
thomashydrick@scag.gov
josephspate@scag.gov

*Counsel for Attorney General Alan Wilson*


s/ Tracey C. Green

Mary Elizabeth Crum (Fed. ID No. 372)
Tracey C. Green (Fed. ID No. 6644)
Michael R. Burchstead (Fed. ID No. 102967)
BURR & FORMAN LLP
Post Office Box 11390
Columbia, SC 29211
(803) 799-9800
lcrum@burr.com
tgreen@burr.com
mburchstead@burr.com

Thomas W. Nicholson (Fed. ID No. 12086)
STATE ELECTION COMMISSION
1122 Lady Street, Suite 500
Columbia, SC 29201
(803) 734-9063
tnicholson@elections.sc.gov

*Counsel for Defendants Jenny Wooten, Dennis Shedd JoAnne Day, Clifford J. Edler, Linda McCall, and Scott Moseley*

3

*s/ Allen Chaney*

Allen Chaney (Fed. ID No. 13181)
AMERICAN CIVIL LIBERTIES UNION
OF SOUTH CAROLINA FOUNDATION
P.O. Box 1668
Columbia, SC 29202
(864)372-6681
achaney@aclusc.org

Stephen D. Hibbard*
PROSKAUER ROSE LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
(310)284-5622
shibbard@proskauer.com

Amy B. Gordon*
Bradley M. Presant*
Michael Beckwith*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
(212)969-3284
agordon@proskauer.com
bpresant@proskauer.com
mbeckwith@proskauer.com

Clayton Pierce*
Davin Rosborough*
Jonathan Topaz*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES
UNIONFOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212)549-2500
cpierce@aclu.org
drosborough@aclu.org
jtopaz@aclu.org
slakin@aclu.org

Brian Dimmick*
AMERICAN CIVIL LIBERTIES
UNIONFOUNDATION
915 15th Street NW, 6th Floor
Washington, D.C. 20005
(202)731-2395
bdimmick@aclu.org

Robert W. Pommer III*
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2533
(202)416-6808
rpommer@proskauer.com

*Counsel for Plaintiffs NAACP South Carolina State Conference, Robert Caldwell, Jonathan Bell, and Sherry Jenkins*

*Motions for admission Pro Hac Vice forthcoming

March 19, 2026

4