# Exhibit B

## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| NAACP SOUTH CAROLINA STATE CONFERENCE; ROBERT CALDWELL; JONATHAN BELL; SHERRY JENKINS, <br><br> Plaintiffs, <br><br> v. <br><br> ALAN WILSON, in his official capacity as the South Carolina Attorney General; JENNY WOOTEN, in her official capacity as Interim Executive Director of the State Election Commission; DENNIS W. SHEDD, in his official capacity as Chairman of the State Election Commission; JOANNE DAY, CLIFFORD J. ELDER, LINDA McCALL, and SCOTT MOSELEY in their official capacities as members of the State Election Commission, <br><br> Defendants. | Case No. 3:25-cv-13754-MGL |

**Affidavit of Conway Belangia**

Personally appeared before me Conway Belangia, who, first being duly sworn, deposes and says that:

1. I am over the age of 18 years and of sound mind.

2. I have been appointed as the Executive Director of the South Carolina State Election Commission (SEC) by the Commission, although I have not yet been confirmed by the South Carolina Senate.

3. Although recently appointed to serve in the position of Executive Director, I previously served as the Director of the Board of Voter Registration and Elections in Greenville County for approximately 34 years.

66632682 v3

4.    I have over 40 years of election related experience, previously serving at the SEC and the Orangeburg County Election Commission in addition to my work with Greenville County elections.

5.    In my duties, among other things, I have been responsible for poll managers and election day and absentee ballot issues and procedures.

6.    I am familiar with South Carolina Code Section 7-13-780, which I understand was last amended in 1966 and which provides that "[o]nly those persons who are unable to read or write or who are physically unable or incapacitated from preparing a ballot or voting shall be entitled to receive assistance of any kind in voting."

7.    I am familiar with the South Carolina Poll Manager's Handbook that is issued by the SEC, having reviewed it many times and after each update, and having ensured that poll managers working in Greenville County and Orangeburg County were provided with and understood the handbook. A copy of the current Handbook is attached to my Affidavit as Exhibit 1 and is available on the SEC's website at https://scvotes.gov/poll-managers/south-carolina-poll-managers-handbook/.

8.    I also am familiar with the requirements of Section 208 of the federal Voting Rights Act, which I understand was enacted in 1982, directing that voters who need help in voting because of "blindness, disability, or inability to read or write" must be allowed to receive help from a person they choose, except for their employer or an agent of their employer or their union.

9.    The Handbook, on page 65 in a section titled "Assistance to Voters," provides in pertinent part as follows:

> Generally, no one except a voter preparing their ballot is allowed within 5 feet of the voting booth. However, any voter who requires assistance to vote by reason of blindness, disability, or inability to read or write may be given assistance by a person of the voter's choice, other than the

voter's employer or agent of that employer or officers or agent of the voter's union (§7-13-780, Section 208 of the 1965 Voting Rights Act).

10. The Handbook, in a section found on page 65 titled "Procedure for Determining if a Voter is Entitled to Assistance," further directs poll managers as follows:

**Step 1.** The voter must request assistance. Do not assume that anyone needs assistance, volunteer anyone for assistance, or allow anyone else to do so.

**Step 2.** Say to the voter: "The law provides that any voter who requires assistance to vote for reason of blindness, disability, or inability to read or write is entitled to that assistance. Do you request assistance for one of these reasons?"

**Step 3.** If the voter answers, "Yes," say: "You may choose anyone you wish to assist you in casting your ballot except for your employer, an agent of your employer, an officer of your union, or an agent of your union."

**Step 4.** After the voter has selected an assistant, confirm with the assistant that the assistant is not the voter's employer, agent of that employer, or officer (or agent) of the voter's union.

**Step 5.** The voter and their chosen assistant enter the voting booth to cast the voter's ballot.

11. In my experience, this is exactly how poll managers are directed to handle requests for assistance and I am unaware of any distinction made by poll managers for requests for assistance based on Section 7-13-780 versus federal law.

12. That is, if the voter asks for help and then states the need is because of "blindness, disability, or inability to read or write," the voter is allowed to receive that help from whomever they choose except for "the voter's employer, agent of that employer, or officer (or agent) of the voter's union." No further questions are asked, and no further distinction or evaluation is made based on physical versus non-physical impairments or the nature of the voter's disability.

13. On information and belief, based on my understanding from SEC staff, that is how the SEC has historically instructed and how it continues to instruct county and local

66632682 v3

commissions to handle issues involving requests for assistance in voting due to disabilities or the inability to read or write.

14.    Absentee voters would be subject to the same provisions regarding help in completing an absentee ballot.

15.    And absentee voters are required by S.C. Code Ann. § 7-15-220 to sign the following oath:

> I hereby swear (or affirm) that I am duly qualified to vote at this election according to the Constitution of the State of South Carolina, that I have not voted during this election, that the ballot or ballots with which this oath is enclosed is my ballot and that I have received no assistance in voting my ballot that I would not have been entitled to receive had I voted in person at my voting precinct

16.    Further Affiant saith not.

Conway Belangia

Sworn to and subscribed before me
this 3 day of April 2026

Notary Public for the State of South Carolina.

My Commission expires RUTH Ee SUMMERS 5-2031

NOTARY
PUBLIC
Exp. June 15, 2031
SOUTH CAROLINA

# Affidavit of Conway Belangia
# Exhibit 1

# Poll Managers Handbook
## September 2024 Edition





# Important Numbers & Information

My Precinct: _____ Polling Place: _____

Polling Place Address: _____

Equipment Issues: _____

Voter Issues: _____

Check-in Times: _____

Check-in Number: _____

Local Law Enforcement (non-emergency #): _____

State Law Enforcement Division (SLED): **(833) 4SC-VOTE or (833) 472-8683**

|  | Name | Number |
|---|---|---|
| **Polling Location Technician** |  |  |
| **Clerk** |  |  |
| **Manager** |  |  |
| **Manager** |  |  |
| **Manager** |  |  |
| **Manager** |  |  |
| **Manager** |  |  |
| **Manager** |  |  |
| **Manager** |  |  |
|  |  |  |



# Poll Managers Handbook

## September 2024 Edition

### State Election Commission

Physical Address:

1122 Lady Street, Suite 500

Columbia, SC 29201

Mailing Address:

P.O. Box 5987

Columbia, SC 29250-5987



scVOTES.gov

**COMMISSIONERS**

HON. DENNIS W. SHEDD
Chairman

JOANNE DAY

CLIFFORD J. EDLER

LINDA MCCALL

SCOTT MOSELEY

HOWARD M. KNAPP
Executive Director

1122 Lady Street
Suite 500
Columbia, SC 29201

P.O. Box 5987
Columbia, SC 29250

803.734.9060
Fax: 803.734.9366
www.scvotes.gov

To The Manager:

Thank you for your willingness to serve as a Poll Manager on Election Day. State and county election officials work hard all year to ensure that elections are secure and run smoothly, but we cannot do it alone. You and more than 20,000 of your fellow Poll Managers play an important role in conducting fair and impartial elections.

As a Poll Manager, you will be the face of the election community as you assist voters in a friendly and courteous manner. Poll Managers are expected to put aside any personal political views and party allegiances. Our goal is to ensure voters have a pleasant experience and leave the polling place feeling satisfied and confident that their vote counts.

This handbook provides you with the information necessary to conduct elections efficiently and effectively in the polling place. Even if you have worked as a Poll Manager before, it is important to review the information to make sure you are aware of any changes that may have occurred. In addition to the handbook, an online Poll Manager training program is available. Online Poll Manager training can be accessed at any time via the Internet. Ask your county voter registration and elections office to provide you with access to the system.

Again, thank you for serving as a Poll Manager.

Sincerely,

Howard M. Knapp



**scVOTES.gov**

**To be eligible to register, you must be:**
A U.S. Citizen | S.C. Resident | 18 years or older

# Table of Contents

**Introduction**..................................................................................... 1

**Terms** ............................................................................................... 3

**Election Day Polling Place Team** ...................................................... 5

Poll Managers ...................................................................................... 5

Poll Watcher and Observers .............................................................. 11

Candidate And Candidate Representatives ........................................ 17

**Polling Location**............................................................................... 19

Polling Location Campaign Materials ................................................ 23

Signs .................................................................................................... 24

Electronic Devices With The Polling Place And Guidelines For Media ............. 27-28

Proactive Checklist ............................................................................. 29

Accessibility ........................................................................................ 30

**Equipment And Supplies** ............................................................... 35

Electronic Poll Books........................................................................... 35

Security Seals ...................................................................................... 37

Ballot Marking Device......................................................................... 39

Scanner................................................................................................. 45

Ballot Types ......................................................................................... 48

Blue Ballot Bins ................................................................................... 53

Voter Registration And Poll List ......................................................... 55

**Voters** ............................................................................................... 58

Processing The Voter .......................................................................... 58

Assistance To Voters............................................................................ 65

Curbside Voting.................................................................................... 67

Voter Guidelines.................................................................................. 69

**Early Voting** .................................................................................... 72

Early Voting Ballot Reconciliation Sheet............................................ 75

**Closing Of The Polls** ...................................................................... 76

Ballot Reconciliation Worksheet......................................................... 78

Opening And Closing Reminders........................................................ 79

**Election Day Issues**........................................................................ 83

**Appendix**......................................................................................... 109

# Introduction

# Poll Manager's Handbook

State and county election officials work hard all year to ensure that elections are secure and run smoothly, but we cannot do it alone. Poll Managers play an important role in conducting fair and impartial elections.

In this handbook you will find the information necessary for you to conduct elections efficiently and effectively in your polling place. You will find references throughout this book that deal specifically with Primary, Special, and General elections. Unless so referenced, all information in this handbook relates to a Primary, Special, or General election.

You must, for the time you serve as a manager, put aside party allegiances, and serve all the registered voters of the precinct in which you are working. You are there to conduct an orderly, fair, and legal election. If you are working in a primary election, you must not influence anyone to vote in a particular party's primary, nor can you allow anyone else to do so. You must take charge of the election in your precinct and truly manage the polls. You absolutely cannot allow any candidate, Watcher, party official, or voter to dictate any policy or action that is contrary to the requirements of the law and proper procedures.





# Poll Manager Qualifications

- Poll Managers (except Poll Manager Assistants) must be registered to vote in South Carolina

- Any 16 or 17-year-old can apply to be a Poll Manager Assistant

- Clerks must be a registered voter in the county in which they are serving or an adjoining county

- Poll Managers may not be a candidate or the spouse, parent, child, brother, or sister of a candidate at any polling place where the candidate's name appears on the ballot

# Statutory References

Statutory references in this booklet, (for example, §7-13-72), refer to sections of the 1976 Code of Laws of South Carolina as amended. For training purposes only, certain language from the S.C. Code of Laws has been paraphrased. This is not intended to change the meaning of any law in any way.

# Voter Registration Lists

All voter registration lists in this Poll Managers Handbook are public records. These lists are used for training purposes only. While the names in these lists are factual, some signatures shown in these lists are not the actual signatures of the voters. These signatures are not intended to be used as the voters' signatures and are used only for demonstration purposes.

# Terms



**Ballot Box** - A sealed box or bin into which voters place voted ballots.

**Ballot Bin** - A type of ballot box that is stored inside the ballot scanner base and used to collect ballots as they are scanned. Ballot bins are usually blue.

**Ballot Cast** - Shall indicate the final action a voter takes in selecting contest options and irrevocably confirming their intent to vote as selected. Examples include when a ballot has been deposited by the voter into a ballot box, ballot scanner or, in the case of an absentee ballot, when the ballot is received by the county board of voter registration and elections. Once a ballot is cast, it cannot be changed.

**Ballot Tabulation** - Shall indicate the act of recording the voter's intent in selecting contest options, as memorialized on the voter's ballot. A ballot is cast and tabulated upon deposit into a ballot scanner, which automatically records the votes of the ballot. A tabulator may be a person or device and the ballot is deemed tabulated once the voter's intent is recorded.

**BMD** - Ballot-Marking Device

**Candidate Representative** - Shall indicate an individual who assists a candidate during his election campaign and represents the campaign on behalf of the candidate.

**Canvassing** - Process that allows election officials to confirm the accuracy of election data and confirms every valid ballot cast is counted including mail, uniformed and overseas citizen, early voting, Election Day, and Provisional Ballots.

**Clerk** - Lead Poll Manager

**County Board** - The county board of voter registration and elections.

**County Office** - The county voter registration and elections office.

**Current Identification** - Shall mean identification that is not expired.

**Election Official** - Shall indicate any person appointed to or employed by a federal, state, county, or municipal election authority or electoral board.

**Elector and Voter** - Used interchangeably to mean a registered voter.

**Electoral Board** - Shall mean a board or other authority empowered to hold a general or special election as defined under Title Seven, Chapter One of the South Carolina Code of Laws.

3

**EPB** - Electronic Poll Book

**Executive Director** - Shall indicate the Executive Director of the South Carolina State Election Commission.

**Manager** - Poll manager or manager of the election.

**Polling Location Technician** - Shall indicate an employee of an electoral board who provides technical support services for election equipment used at polling places. Also known as a PLT.

**Polling Place** - Shall have the same meaning as "voting place" as defined under Title Seven, Chapter One of the South Carolina Code of Laws.

**Poll Clerk** - Shall mean the lead Poll Manager who oversees the polling place and supervises the poll workers assigned to work there.

**Poll Manager** - Shall indicate a poll worker who takes direction from the Poll Clerk.

**Poll Manager Assistant** - Shall indicate poll workers who are sixteen or seventeen years old and assist Poll Managers.

**Poll Watcher** - Shall indicate an individual designated in writing by a political party, by a partisan candidate or by a non partisan candidate to watch the election process inside a polling precinct.

**Poll Worker** - Shall be a general term that describes any person employed by an electoral board to work at a polling place.

**Results Compilation** - Shall indicate the act of aggregating results of an election into a central election management system. An example is when an electoral board assembles the tabulated results data of all participating precincts and uploads the data into a central election management system.

**Results Reporting** - Shall indicate the act of producing an understandable and discernable account of election results and publishing those results.

**State Election Commission** - Shall indicate the South Carolina State Election Commission as established under Title Seven, Chapter Three of the South Carolina Code of Laws.

**Valid Identification** - Shall mean identification that is not false, suspended, cancelled, or revoked.



# Election Day Polling Place Team

## Types of Managers

- **Poll Clerk** - Shall mean the lead Poll Manager who oversees the polling place and supervises the poll workers assigned to work there. The county board appoints one manager in each precinct to be clerk (§7-13-72).

- **Poll Managers** – Shall indicate a poll worker who takes direction from the Poll Clerk. All managers assigned to the polling place, including Clerks and assistants, are Poll Managers and are responsible for the operating of the polling place.

- **Poll Manager Assistant** – Shall indicate poll workers who are 16 or 17 years old and assist Poll Managers. One 16 or 17-year-old assistant may be appointed for every two Poll Managers. Assistants must complete Poll Manager training. Assistants may not serve as Clerk but have the same responsibilities as a Poll Manager (§7-13-110).

# Poll Manager Roles

Managers may serve in various roles on Election Day. In smaller precincts or in elections with low turnout, one manager may play multiple roles:

- **Poll Clerk** – The Clerk is the lead Poll Manager who oversees the polling place and supervises the poll workers assigned to work there. It is the Clerk's job to assign roles, arrange the polling place, monitor the flow of traffic, maintain an orderly voting process, complete paperwork, ensure equipment is returned, and ensure policies and procedures are followed.

- **Greeters** – Greets voters, asks voters if they have the proper Photo ID, asks voters to have their ID ready, identifies voters with issues, directs voters to the manager's table or resolution table, monitors for curbside voting, and monitors for any issues inside or outside the polling place

- **Manager's Table** – Processes voters

- **Resolution Table** – Processes voters with address issues, provisional ballots, and other issues

- **Curbside Manager** – Manages the curbside voting process

- **Ballot-Marking Device (BMD) Manager** – Directs voters to an available BMD, instructs voters on inserting the ballot card, selects ballot styles, and directs voters to the scanner

- **Exit Monitor** – Monitors the scanner to ensure voters do not leave without scanning their ballot, instructs voters on how to scan their ballot, provides "I Voted" stickers, and collects ballot stubs from voters casting an emergency ballot (§7-13-730).

# Qualifications of Poll Managers

✓ Poll Clerks must be registered to vote in the county in which they are working, or in an adjoining county (§7-13-72)

✓ Poll Managers must be registered to vote in South Carolina. There is no requirement to be a resident of the county or an adjoining county (§7-13-110).

✓ Poll Managers may not be a candidate or the spouse, parent, child, brother, or sister of a candidate at any polling place where the candidate's name appears on the ballot (§7-13-120)

AG Opinion - Poll Manager is a public officer for dual office holding purposes. 1984 Op-Atty.Gen. No 84-124,p.279 (October 25, 1984) WL 159930.

# Number of Poll Managers

### General Elections

For general elections, the county board appoints **3** managers for each polling place in the county for every **500** voters registered to vote at such polling place or portion thereof (§7-13-72). For example, if 1,350 persons are registered to vote at a particular voting place, **9** managers should be appointed.



### Special and Municipal Elections

For special or municipal elections, the authority charged by law with conducting the election appoints **3** managers for the **first 500** electors registered to vote in each precinct in the county, municipality, or other election district and **1** additional manager for each **500** registered voters **over** the **first 500** (§7-13-72).

### Statewide Primaries

For primary elections held on the second Tuesday in June of each general election year, the county board appoints **3** managers for each polling place in the county for the **first 500** electors registered to vote at such polling place and may appoint **3** additional managers for **each additional 500** electors registered to vote there.

### All Other Party Primaries

For all other primaries, the county board appoints **3** managers for the **first 500** electors registered to vote in each precinct involved in the primary election and **1** additional manager for **each 500** electors registered to vote in the precinct **above the first 500.**

Forty-five days prior to any primary, except municipal primaries, each political party holding a primary may submit a list of prospective managers to the county board. The board must appoint at least one manager for each precinct from the list of names submitted by each political party holding a primary. The county may refuse to appoint a manager from the list for good cause (§7-13-72).

# Training

Efficiently run elections are essential to an orderly form of government. All elections must be uniform and conducted within the boundaries of the laws of the state. **Poll Manager training is necessary for the conduct of good elections and is required by law**. The county board is responsible for training Poll Managers. The State Election Commission is responsible for providing Poll Manager training materials (§7-13-72).

While you may be required to attend in-person training, all managers are encouraged to complete online Poll Manager training at **scVOTES.gov**. Your county board will provide you a username and password.

## Constitutional Oath

After completing training, managers must take and sign the following oath prescribed by the S.C. Constitution:

> *"I do solemnly swear (or affirm) that I am duly qualified, according to the Constitution of this State, to exercise the duties of the office to which I have been appointed, and that I will, to the best of my ability, discharge the duties thereof, and preserve, protect, and defend the Constitution of this State and of the United States. So help me God."*
> (Article III, Section 26, S.C. Constitution)

This oath should be filed immediately with the Clerk of Court, or if there is no Clerk, then with the Secretary of State (§7-13-72).

## Failure of Managers to Attend Election

If any of the managers fail to attend, or if they have not been appointed, the qualified voters of the precinct who are present may appoint a manager to act in the place of the absent manager. If the duly appointed managers attend within a reasonable time, they will act as managers (§7-13-170).

# Authority of Managers

Managers have such police power as necessary to carry out the provisions of the election laws. They have full authority to maintain good order at the polls and to require obedience to their commands during the election and during the counting of the ballots. All Peace Officers are required to answer a manager's call for help in preserving the peace (§7-13-140). Peace Officers shall enter polling place only on the request of the Poll Clerk or to vote (§7-13-60).

For example, if a person is being disorderly or unruly and refuses to stop, or is interfering with the conduct of the election, a Peace Officer may be requested to remove that person.

# Election Day Arrival

Managers should arrive at the polling place at least one hour before the polls are scheduled to open. Know how to get to your polling place and where to park before Election Day. It may be helpful to visit your assigned polling place before Election Day. Make sure arrangements have been made to unlock the doors to the facility on election morning. Make sure you have an emergency contact number.

# Election Day Attire

It's Election Day, and because you are a public employee for the day, appropriate casual dress is required. What you wear helps set the professional tone that should be always present in your polling location. On Election Day, select clean, comfortable, and appropriate attire. Wear comfortable shoes. You should not show political preference toward or against any party, candidate, or issue because it is both mandated by law and inappropriate. Do not wear cologne, perfume, or aftershave, which may affect sensitive people. You may wear patriotic colors. Bring a sweater or jacket in case the temperature in the room is cool.

# Manager's Badges on Election Day

Managers will be provided with identification badges and must always wear them.

# What to Bring on Election Day

Poll Managers should remember to bring the following items to the polling place on Election Day:

- Food and drink for the day
- Cell phone and charger
- A light sweater or jacket

- Medications you may need (check with your county office if your medication needs refrigeration)
- Poll Manager Handbook

# What Not to Bring on Election Day

Do not bring any of the following items to the polling place on Election Day:

- Personal music player/ headphones/earbuds
- Political items
- Pets

- Alcoholic beverages or illicit drugs
- Firearms, knives, or other weapons
- Children or other guests

# Expectations of Behavior on Election Day

Working on Election Day is a wonderful way to serve your community and keep our elections secure. You are the key to a successful election. As such, it is important to be aware of who is in earshot during your conversations throughout the day. You want to avoid all talk of candidates who are on the ballot and do not engage in conversation around your political beliefs. In the role of the Poll Manager, it is important for you to separate your personal political beliefs from your job serving as a Poll Manager. You must always remain impartial, especially when assisting voters. **You cannot advise voters on candidates or referendum questions.**

# Election Day Manager's Oath

BEFORE OPENING THE POLLS, the managers must take and sign a second oath in addition to the oath signed at training (included in polling place materials). The oath must be returned to the county office.

*"We do solemnly swear that we will conduct this election according to law and will allow no person to vote who is not entitled by law to vote in this election, and we will not unlawfully assist any voter to prepare his ballot and will not advise any voter as to how he should vote at this election."* (§7-13-100)

# Poll Watcher

"Poll Watcher" shall indicate an individual designated in writing by a political party, by a partisan candidate, or by a non partisan candidate to watch the election process inside a polling precinct. They will have an official letter from the candidate or party designating them as such and listing the precinct(s) for which they may be assigned. The Watchers may keep the official letter as they may travel to other polling locations where it will be needed (§7-13-860).

# Observer

"Observer" shall indicate any member of the public who is not employed by an electoral board as a poll worker nor is designated by a political party or a candidate as a Poll Watcher but is permitted at the discretion of the Poll Clerk to observe election activities inside a polling place.

11

# General Polling Place Conduct and Expectations for Poll Watchers and Observers

Poll Watchers and Observers must always follow the direction of the Clerk and/or Poll Manager on duty. Any Poll Watcher or Observer who refuses to agree to and abide by the Code of Conduct will not be allowed to remain in the polling location and will be asked to leave. If they refuse to leave, the Poll Manager or Clerk should contact local law enforcement for assistance. Note: the Clerk or Poll Manager may provide a copy of the Code of Conduct handout to Watchers and Observers. The handout can be found in the appendix.

# Record of Watchers and Observers

Poll Watchers and Observers must present a valid photo ID to the Poll Manager/Clerk on duty upon their arrival. **Managers must record the names of Watchers/Observers** on the Record of "Watchers and Observers" form. These forms should be provided to you by your county office, however, please refer to the Appendix on page 127 for a copy. These forms should be returned to the county office with the election supplies.

| Record of Watchers and Observers | | | | | |
|---|---|---|---|---|---|
| County: Palmetto | | | Election Date: 1/24/24 | | |
| Precinct/Polling Location: Magnolia 2 | | | | | |
| | | | Poll Watchers Only | | |
| Name | Poll Watcher or Observer? PW or O | ID Checked? Y/N | Certification Letter? Y/N | Candidate/Party Name | ID Badge? Y/N |
| Emmanuel Recount | PW | Y | Y | Candy Date | Y |
| Alec Shun | O | Y | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# Designated Observation Areas

Watchers and Observers will be placed in designated areas for viewing the processes on Election Day or at an Early Voting Center. Watchers should be stationed nearby and behind, but within earshot of the check-in table. This area must be out of reach of election equipment, supplies, and documents. Watchers must not be seated at the same table with managers or in an equivalent position that could cause confusion about who is an election official. Observers should be stationed completely out of the way of the entire process. Observers should be limited to broadly viewing the activity within the polling place. Poll Watchers and Observers must remain in the designated area while in the polling place.

If the size of the polling place will not accommodate the number of qualified Poll Watchers, the Clerk must allow for Watchers to take turns in shifts. Due to polling place size, Observers may be limited in number or disallowed.



# Watchers — Party Primaries

Each candidate may appoint 1 Watcher at a time for any polling place where the candidate's name is on the ballot (§7-13-860).

# Watchers — General and Special Elections

- **Party Candidates** – In General and Special elections, Poll Watchers are appointed by the party and not the candidate so they must bring an official letter from their party indicating their status. Their status will be visible to all poll workers by the required badge they will be wearing. Poll Watcher Candidates of the same political party are jointly represented at a polling place by not more than two Watchers at a time for each 1,000 registered voters or fraction thereof registered in the precinct (§7-13-860).

- **Nonpartisan Candidates** – Each candidate may appoint one Watcher at a time for any polling place where the candidate's name is on the ballot (§7-13-860). They must bring an official letter indicating their status. Their status will be visible to all poll workers by the required badge they will be wearing.

## Poll Watcher Requirements

**Be a Qualified Voter in the County**

1. **Present the Poll Manager with a letter signed by the candidate or by an appropriate party official stating that he/she is certified to act as a Watcher in that precinct. Watcher may keep the letter but if they have additional copies, the county may keep with their records.**

2. **Address the Clerk if they wish to challenge a voter. They may not address the voter. The manager should then follow the procedure outlined in the section entitled "Voter Qualification Challenge Procedure."**

## Poll Watcher Badge Requirements

**Badge must specify the names of the candidates or party they represent.**

**The badge may not be a color that has a fluorescent quality.**

**The size of the individual letters on the badge must not exceed 1/4" X 1/4"**

**Poll Watchers must always wear their badge when inside of the polling location.**

**The size of the badge must not exceed**

**4 1/4" X 4 1/4"**

## After signing in, Observers and Poll Watchers May:

- Observe the election processes, including the opening and closing processes at the polling place

- Observe the election processes during the Early Voting period at an EVC

- Obtain information from the Clerk, or designated Poll Manager, about how many people have voted and who has voted if the EPB station is not currently being used to check-in voters. Lists will not be provided to Watchers or Observers at the polling location.

- Make notes while observing the election processes

- Ask questions of the Clerk, or designated Poll Manager, at the polls if they do not interfere with the conduct of any part of the voting process. If a Poll Watcher or a Poll Observer disagrees with the designated Poll Manager or Clerk, or needs more information, they should step outside and contact the county office.

15

# Observers and Poll Watchers may NOT: ✕

- Interfere with the conduct of the election

- Take pictures or video inside the polling place, except for the zero tape and totals tape once posted. Please see the Cell Phones and Electronic Devices on page 27 in the *Polling Location* section.

- Physically handle or touch any voting materials or equipment

- Move or rearrange tables, chairs, or voting booths at the polling place or EVC

- Sit at or hover around official worktables or view confidential voter information on any computer terminal, EPB, or document

- Communicate with voters inside of a polling place or an Early Voting Center

- Display any political material, including slogans, or wear campaign badges, buttons, or apparel

- Wear any uniform resembling that of law enforcement officers or the military

- Have a firearm, knife, or other weapon within a polling place or Early Voting Center (§23-31-215(M))

- Talk to any election worker who is not the Clerk or designated Poll Manager

- Tell a Clerk or Poll Manager how to conduct their duties

- Argue with any election workers or voters

- Make physical contact with election personnel or voters

- Verbally harass or intimidate election workers, voters, or other persons in the polling place or EVC

- Assist in operations at any polling place or EVC

- Prevent other Observers from observing materials or a process

*It is the duty of the Poll Clerk to enforce these rules. Please refer to the Observers and Watchers Comparison Chart on page 127 in the Appendix.

# Candidates and Candidate Representatives

Under Poll Manager supervision, Poll Managers, Poll Watchers, Candidates, and Candidate's Representatives should be allowed to look at the list if it is not currently being used to process voters, and if it does not interfere or disrupt the orderly voting process.

## Candidates May:

- Campaign verbally within 500-feet of the entrance to the polling place as long as it does not interfere with the election process
- Wear a badge no larger than 4 ¼" X4 ¼." This badge may contain only the candidate's name and office sought.
- Enter the polling place (Candidate badge must be removed before entering).

## Candidates May NOT:

- Display or distribute campaign materials within the 500-foot area
- Interfere with the orderly election process
- Wear a candidate badge inside the polling place
- Actively campaign inside the polling place
- Intimidate voters

## Candidate Representatives May:

- Campaign verbally within 500-feet of the entrance to the polling place as long as it does not interfere with the election process

## Candidate Representatives May NOT:

- Display or distribute campaign materials within the 500-foot area
- Wear any type of campaign badge
- Campaign inside the polling place
- Intimidate voters
- Interfere with the orderly election process

17

# Canvassing the Vote

## Totals Tape

After the polls close, Poll Watchers and Observers can remain in the polling place to observe the canvassing process. The Clerk may establish a new designated area for Watchers and Observers to allow for the viewing of the closing process. They must remain in a designated observation area during this time apart from viewing the totals tape once it is posted publicly. They may take a picture of the totals tape once it is posted outside of the immediate voting area. Watchers and Observers will be dismissed from the polling place after the totals tapes have been printed, signed, posted, AND the ballot boxes have been locked and sealed.

```
Terminal S/N: V5133522->
PEB S/N PS156013-_ (FMW 1.07)
Software Version 8.0.1.0
Created 07/21/04  13:36
Copyright ES&S, Inc. 1993-2003
All Rights Reserved
Diagnostic check completed: OK
iVotronic I

SENATE 46 SPECIAL
POLLING LOCATION REPORT

Total Public Count:                       168

Number of Terminals Opened:                 2
Individual Voter Terminal Data
  S/N V5128745
        Public Count:                      83
     Protective Count:                     360
     OPENED  08:36:58 06/19/2007
     CLOSED  19:01:16 06/19/2007
     Coded Ballot Count:                    0

  S/N V5133522
        Public Count:                      85
     Protective Count:                     313
     OPENED  08:40:17 06/19/2007
     CLOSED  19:02:30 06/19/2007
     Coded Ballot Count:                    0


****************************************
PRECINCT: Mossy Oaks 1A
Public Count:                             168
Ballot Style Counts
  Ballot Style #1                         168


STATE SENATE DIST 46 SEN0046
      (Vote for 1)          Total:        168
   REP-10  CATHERINE CEIPS                148
   LIB-20  GREG GRAZIANI                    8
   DEM-30  TERRY THOMAS                    12

   >Write-ins in above contest:            0
UnderVotes For Above contest:             0


Time/Date: 19:04:27 06/19/2007
Signature:
Signature:
Signature:
Signature:
```



# Polling Location

## Layout of Polling Place

Proper polling place arrangement is essential to ensure the secrecy of the ballot, an orderly flow of voters, accessibility for all voters, and polling place security. Managers should arrange their polling place in the most efficient manner possible.

 Each polling place must have a table for the managers

 BMDs must be placed at least five feet from a manager's table or station and any area where voters may be waiting. Allow as much distance as possible between these areas and the BMDs to maximize voter privacy.

 BMDs must be placed so that the screen cannot be seen by any manager, voter, or security camera. Managers must ensure that no security cameras or persons be positioned to see a voter's ballot while the voter is voting (§7-13-1780). To accomplish this, devices may be positioned sideways against a wall so that the voter's shoulder is toward the wall, or the device can be positioned with the screen facing a wall so that the voter's back is toward the wall. Refer to the polling place layout diagram later in this section.

 To maximize voter privacy, turn the BMD so that the screen is facing away from any area where managers or other voters may be.

 In most cases, BMDs will be placed on tables. Privacy screens are provided to surround the BMDs to ensure the secrecy of the voter's ballot. Other types of voting booths may be provided by the county office. A privacy screen on a table or voting booth must also be provided for voters who are completing a hand marked paper ballot.

19

 At least one BMD (preferably all) must be placed at an accessible height. An accessible table has a surface height of no more than 34 inches and no less than 28 inches above the floor. At least 27 inches of knee clearance must be provided between the floor and the underside of the table.

 The scanner must be kept secure and should be arranged so that the voter can deposit their ballot without crowding, confusion, or interference.

 A manager must be stationed between the scanner and the exit door to ensure voters do not leave without scanning their ballot card. Managers should position themselves in a way that maintains the secrecy of the voter's ballot.

 A guard rail must be provided around the voting booths so that no one except authorized persons can approach nearer than 5 feet to the booths. Use rope, tape, or other means to accomplish the objectives of avoiding crowding and interference, and to preserve the secrecy of the ballot (§7-13-130).

 Sample ballots and all posters and signs should be posted in a conspicuous area (§7-13-1740). Posters should be posted so that the center of the poster is approximately 4 feet off the floor.

 Establish a designated area for Poll Watchers and Observers. Watchers should be stationed nearby, behind, but within earshot of the check-in table. This area must be out of reach of election equipment, supplies, and documents. Watchers must not be seated at the same table with managers or in an equivalent position that could confuse voters as to who they should check-in with. Observers should be stationed completely out of the way of the entire process. Observers should be given the ability to broadly view the activity within the polling place.

 All Watchers and Observers should be checking in by a Poll Manager with a valid ID on the Watcher/Observer form. <u>The POLL MANAGER will fill in the form.</u>

# Polling Place



# Preventing Long Lines

In elections with heavy turnout, managers need to take additional steps to help reduce wait times. Visit the polling place prior to election day to determine the best layout:

- Think about where the line will form and arrange the manager's table to maximize the indoor waiting area

- Use removable tape (e.g., painter's tape) on the floor to direct traffic flow. Think about a line leading to an amusement park ride or a bank teller. Do NOT use tape that would leave residue or damage floors.

- In a large polling place, consider having one line at the manager's table and another smaller line waiting to use ballot-marking devices (BMDs). If this method is used, be sure to keep the number of voters waiting on a BMD manageable so that there is no confusion over who has been checked in.

- Think about flow from the entrance door to the manager's table, to the BMD, to the scanner, to the exit door, and maximize your space

- Consider using a resolution table. A resolution table can be set to the side and out of the way of the normal flow of voters. Voters who are voting provisional ballots, have address changes, or have other issues, can be processed at the resolution table. This allows these voters to be processed without slowing down the flow of traffic.

- Consider using signs to make it clear to voters where to go and what step is next. It is best to place these directional signs above head level so they can be seen in a crowd.

If an insufficient number of BMDs are available resulting in unusually long wait-times or unacceptable delays in the voting process, this may be considered an "emergency situation." Contact your county office to request additional BMDs be deployed if possible. Additionally, hand-marked emergency ballots may be used in this situation. For procedures on using emergency ballots, see the *Ballot-Marking Devices (BMDs) Not Available (Emergency Ballots)* section on page 101 in the Appendix.

# Campaign Materials

On Election Day, it is unlawful for any person to distribute or display campaign material within **500 feet** of any entrance used by the voters to enter a polling place.

Campaign material is any written or visual material that has the intention or effect of supporting or opposing any candidate, party, or question in the current election.

It is the duty of Poll Managers to keep this prohibited area clear of Political Literature and displays (7-25-180(a)). The Poll Managers' responsibility to enforce this rule applies only to the polling place property and any public property or rights of way within the 500-foot area. Poll Managers are not responsible for addressing materials distributed or displayed on private property not under the control of the county board of voter registration and elections on Election Day. Complaints about campaign materials being displayed within 500 feet of the polling location on private property should be directed to local law enforcement. Poll Managers have no authority to remove signs or other materials from private property.

If the campaign material is displayed within 500 feet on the grounds of the polling place, Poll Managers can remove the material or require the person displaying or distributing the material to remove the material, cover the material, or otherwise cause the material not to be visible.



Campaign material on shirts may be addressed by wearing a jacket, coat, or sweater over the shirt or turning the shirt inside out. The material must remain out of sight while in the polling place and within 500 feet of the polling place. If a voter refuses to cover or remove the material, the Poll Manager should advise the voter of the law (§7-25-180 (a)) and the requirement that the material not be visible. Illegal campaign material displayed by a voter must be addressed first before proceeding with the voter check-in process. If the voter refuses to comply, contact the county office for assistance.

If the campaign material is displayed on public property within 500 feet of the polling place, but not on the grounds of the polling place, contact the county office. The county office will have the material removed.

In consideration of the factors stated above county, and municipal law enforcement officers must, upon the request of the Poll Managers or county election officials, remove or cause to be removed any material distributed or displayed within 500 feet of any such entrance.

23

# Hanging Signs

You will receive a variety of signs from the county office that need to be placed around the polling facility. The list below show which signs are required by law. Please make every effort to place these signs visibly. You will want to consider what the polling place may look like if there is a line of voters waiting to vote so you can avoid placing a sign that will be unintentionally covered. Also consider whether signs will be visible to voters in wheelchairs.



| Hang posters on the wall at wheelchair eye level in a conspicuous location.

24

# Required Signs

The following signs are required at each polling place. Your county office may provide you with additional signs to be placed around the polling location.



## No Concealed Weapons Allowed Sign

In accordance with state law, no concealable weapons are allowed within the polling place on Election Day, regardless of a concealed weapons permit (§23-31-215(M)). Signs must be posted at the entrances to the polling locations. This law applies regardless of the status of the building during regular business hours on a typical, non-election day.

## Felony Charges for Election Misconduct Sign

In May 2022, the South Carolina General Assembly up graded some election crimes to felonies and increased the penalties (§7-13-25). *Fraudulent voting or attempt to fraudulently vote, aiding in fraudulent voting or attempt to fraudulently vote, voting more than once, or impersonating a voter. Penalty: Felony, up to $5,000 fine and 5 years in prison.*





## No Campaign Materials Allowed Sign

In accordance with state law, (§7-25-180), it is unlawful for a person to distribute any type of campaign literature or place any political posters within five hundred feet of any entrance used by the voters to enter the polling place, during polling hours on an election day and during the early voting period.



## Photo ID Requirements Sign

In accordance with state law, (§7-13-10), acceptable forms of ID are South Carolina Driver's License, SC Department of Motor Vehicles Identification Card, SC Concealed Weapons Permit, SC Voter Registration Card with photograph, Federal Military Identification Card with photograph or a US Passport. This poster is designed to be placed outside the polling place so it can be viewed by voters as they enter the building. It reminds them of the Photo IDS required and the exceptions.



## Sample Sign Ballot

In accordance with state law, (§7-13-1400(c)), two sample ballots shall be posted prominently within the polling place. The county elections office will provide printouts of voting equipment screen shots to post at your polling place.



## Accessibility (Curbside and Directional) Sign

The Americans with Disabilities Act of 1990 (ADA) requires all polling places to be accessible. These signs are used to mark the curbside voting area and to direct voters to the accessible entrance.



## Insert Ballot Face Down for Privacy Sign

This sign is placed on the inside of the scanner lid. It can be thumbtacked.



## Vote Here Sign

This sign is usually near the road that indicates to voters that the building is a polling place.

# Electronic Devices within the Polling Place

For the purposes of this section,

(a) A person may not use a wireless communication device or camera within the polling location. For larger precincts, these devices may be used until the voter reaches the interior voting room, including the check-in station.

(b) A person may not use any mechanical or electronic means of recording images or sound within the polling location.

(c) Election officials may require a person who violates this section to turn off the device or to leave the polling place.

27

(d) This section does not apply to:

1.  an election official in conducting their official duties;

2.  a voter using a phone or electronic device for accessibility purposes;

3.  a voter using a phone to view their sample ballot

4.  the use of election equipment necessary for the conduct of the election; or

5.  a person who is employed at the location in which a polling place is located while the person is acting in the course of the person's employment.

(e) **REPORTERS OR PHOTOJOURNALISTS may observe the polling location as long as it is not interfering with the conduct of the election.** They may not take photo/videos in the interior voting area without prior permission from the county director. The county office will provide reporters or photojournalists with guidelines for photography within the polling place.

# Guidelines for Media

| | | |
|---|---|---|
| **No close-up shots of voters or equipment** | **No continuous live shots from inside the polling place** | **Photographers should stay as far away from voters and equipment as possible** |

**Photographers should not be in the polling place for any extended amount of time and no longer than it takes to get the necessary photos/video**

**Photographers should not approach voters as they are entering the polling place or while they are inside of the polling place. Interviews can only be conducted outside as the voter is leaving**

28

# Proactive Checklist

 Identify all exits from your polling place.

 Locate the fire extinguisher, alternative telephones, and fire alarm handles, if any, to pull in case of an emergency.

 Ensure your cell phone is always charged and turned on.

 Know the address of the polling place and be prepared to give a definitive location within your building so that in the event you must call 9-1-1, emergency responders can find you quickly.

 Maintain custody of ballot marking devices, scanners, ballot boxes, ballot cards, paper ballots, paper voter registration list, EPBs, and other election materials and equipment to and from the polling place. If left unattended, these items must be locked in a secure area.

 Follow the voting system opening and closing procedures. Make certain to use seals and record seal numbers on the seal envelopes as instructed.

 Secure ballot cards and paper ballots while not in use. Do not leave ballots unattended.

 Verify ballot compartments and ballot boxes are locked, sealed, and monitored at all times. Do not leave any ballot box unattended.

 Notify the county office immediately of any security concerns.

 After closing the polling place, return all materials immediately as instructed by the county office.

# Polling Place Accessibility

Polling places must be accessible to all voters. While county boards work to take action to ensure polling places are accessible, Poll Managers play an important role in the process. This section provides polling place accessibility requirements and what steps you can take on Election Day to ensure all voters can access the polling place.

## Parking Issues

- There must be at least one designated van accessible space with signage containing the International Symbol of Access. The van accessible space must be at least 96" wide with a 96" access aisle.

- Parking lots with 25-50 spaces require one additional car space which is a 96" wide space with a 60" access aisle. Parking lots with 51-75 spaces require two additional car spaces.

- Accessible parking should be as close as possible to the most accessible route to the voting area

- A curbside voting location must be provided and marked with a curbside voting sign. Please refer to *Curbside Voting* section on page 67 in the *Voters* section for more detail.

## Solutions:

- If the parking lot doesn't have accessible parking spaces, you can create accessible spaces by marking two regular spaces as one space by placing accessible parking signs in those spaces and separating them with cones or chairs

- Ensure curbside voting signs are placed at eye level and are visible as voters enter the parking area

- If using a bell, ensure it can be reached by the driver without leaving the car

- Do not use the accessible parking spaces for curbside. The accessible parking spaces are for voters who may want to vote inside.

- Walk through parking lot, remove any debris barriers or obstructions.

# Entrance Issues

- There must be a sign directing voters to the accessible entrance to the polling place

- The pathway from the parking lot to the accessible entrance must be free of barriers and obstructions

- Voters must be able to operate door handles with a closed fist

## Solutions:

- Ensure accessible entrance signs are placed at eye level and are visible from the accessible parking area

- Walk through all paths, remove debris, and move objects such as plants or signs out of the way

- Make sure that any separate accessible entrances are unlocked

- If door handles are inaccessible, prop open doors or schedule a person to open doors. Ensure that doors are not propped open using anything that would block the pathway. The county office may provide door stops.

- The county office may also provide accessible lever handles that can be used to make doorknobs accessible

- If any one side of a double leaf door is not at least 32 inches wide prop both doors open

- The county office may also provide portable ramps or wedges to provide access to thresholds and slight changes in level

31

## Interior Pathway Issues ❓

- Walking surfaces must be stable, firm, and slip resistant

- Wall mounted objects must not extend more than 4 inches from the side of an accessible route if between 27 inches (2 feet 3 inches) and 80 inches (6 feet 8 inches) above the ground

- Post mounted objects must not extend more than 12 inches (1 foot) from the side of an accessible route if higher than 27 inches (2 feet 3 inches) and 80 inches (6 feet 8 inches) above the ground

- The bottom edge of overhead objects must be at least 80 inches (6 feet 8 inches) above the ground. Examples of overhead objects include, but are not limited to, overhead signs and the underside of an exposed stairway.

### Solutions:

- Walk through interior pathways, remove debris, and move objects such as plants or signs out of the way. Check for cords, rugs, and other barriers that could make mobility difficult.

- If pathway is not stable, firm, and slip resistant, try to establish an alternative pathway

- Use cones, chairs, trash cans, etc. under barriers to prevent voters from walking into them

## Voting Area Issues ❓

- There must be a clear route throughout the entire voting area that is at least 3 feet wide

- There must be a circular area at least 5 feet wide in front of the BMDs and scanner for an individual in a wheelchair to be able to turn around and leave the voting area

### Solutions:

- Walk through the voting area, remove debris, and move objects such as plants or signs out of the way. Check for cords, rugs, and other barriers that could make mobility difficult.

- Provide chairs for individuals to sit on while waiting if needed

## Accessible Voting Issues ❓

All BMDs are accessible to all voters. Each BMD is equipped with the following features:

- Audio-Tactile Keypad

- Headphone Jack

- An Input for a Sip-and-Puff Device and other Assistive Switches

- High Contrast Functionality

- Zoom Functionality

There must be at least one wheelchair accessible voting station in each polling place. Please ensure that at least one BMD is set up on a table to accommodate a voter in a wheelchair.

Voters may require assistance scanning their ballots. Do not assume that a voter requires assistance. Instead, the voter must request assistance if needed.

### Solution:

- Provide headphones to any voter requesting them

- Ensure secrecy of the voter's ballot if assistance is required for scanning

## Long Lines ❓

In elections with heavy turnout, managers need to take additional steps to help reduce wait times. Visit the polling place prior to election day to determine the best layout.

33

## Solution:

- Think about where the line will form and arrange the manager's table to maximize the indoor waiting area

- Use removable tape (e.g., painter's tape) on the floor to direct traffic flow. Think about a line leading to an amusement park ride or a bank teller. Do NOT use tape that would leave residue or damage floors.

- In a large polling place, consider having one line at the manager's table and another smaller line waiting to use ballot-marking devices (BMDs). If this method is used, be sure to keep the number of voters waiting on a BMD manageable so that there is no confusion over who has been checked in.

- Think about flow from the entrance door to the manager's table, to the BMD, to the scanner, to the exit door, and maximize your space

- Consider using a resolution table. A resolution table can be set to the side and out of the way of the normal flow of voters. Voters who are voting provisional ballots, have address changes, or have other issues, can be processed at the resolution table. This allows these voters to be processed without slowing down the flow of traffic.

- Consider using signs to make it clear to voters where to go and what step is next. It is best to place these directional signs above head level so they can be seen in a crowd.





# Equipment & Supplies

## Electronic Poll Books (EPBs)

An EPB is an electronic version of the voter registration list. Paper voter registration lists will be provided to serve as a backup in case EPBs are not available and to manually process some voters to help determine whether a person is eligible to vote in an election and in your precinct. An EPB also helps you identify the voters correct ballot style (the ballot containing the unique combination of election districts in which the voter resides). The EPB system features a touch screen tablet in a stand, a ballot printer, and one MiFi device to serve the polling place. EPBs will be used in every polling place to check in standard voters.



EPB 2023 Version



EPB 2020 Version



Ballot Printer



MiFi 2024 Version

35

# Setting up the Electronic Poll Books (EPBs)

1.  Verify seal numbers on case(s) match Seal Envelope then remove seals

2.  Remove equipment from case(s) (EPB, printer, cords, white charging block and MiFi)

3.  Plug each device into a power outlet

    a. When connecting the charging block to the EPB, ensure the EPB is completely plugged in (the silver charging port should not show, and you should hear a "click.") This will ensure the EPB stays charged all day.

4.  Connect printer to EPB using the printer cable. You will see a green printer icon on the EPB screen if the printer is properly connected.

5.  Press power button on MiFi device to power it on

6.  Power on printer by holding down orange button until you hear a beep

7.  Power on EPB by pressing orange button at the top

    a. Pollbooks should be turned on at least 30 minutes prior to the opening of the polls to allow enough time for updates

    b. EPB 2020 version the screen rotates to the right and left

    c. EPB 2023 version the screen flips up and down

8.  On the screen, touch "Launch." When prompted, enter the Pollbook Qualification Code (PQC) provided by your county office, then touch "Submit." This takes a few seconds to process.

9.  Select your polling place. Begin typing in the name of your polling place until options appear and choose your polling place. Touch "Save."

10. Enter the username and password provided by the county office and touch "Sign In"

11. Make sure your polling place is correct

12. Make sure EPB is connected to MiFi. The EPBs should automatically connect. If all three icons beside the date and time are green, the EPB is connected. If all three icons are not green, contact the county office or your polling location technician (PLT).

13. Touch "Open Poll"

14. You are ready to process your first voter

36

# Shutting down the Electronic Poll Books (EPBs)

1. Touch "Monitor Poll" from the voter search screen

2. Touch "Close Poll" then "Yes"

3. Touch "Yes" when asked if you want to sign out

4. Touch "Shut Down" then "Yes"

5. Return equipment to the EPB case being careful to keep the cords from being pinched or tangled by the equipment or the case itself

# Updating Absentee Voters on the EPB

1. EPBs connected to MiFi: Absentee voters are automatically updated

2. EPBs not connected to the MiFi: you will need to use the paper Absentee Voter List from the county

# Security Seals

BMDs and scanners will be sealed in various places using numbered seals. The seal numbers will be recorded on the seal envelope. The BMD and scanner opening and closing guides provide detailed instructions for managing these seals. You will be provided with a Seal Envelope to record seal numbers and store broken seals. Unused closing seals will also be provided to the managers.

The envelope containing these seals should not be opened until at least three of the managers of the precinct are present and can examine the envelope to see that it has not been opened.

Voters, Poll Watchers, and Observers should not take pictures of voting equipment, including but not limited to, the seals on the machines. Cameras, cell phones, and other digital photography and electronic recording devices are not allowed in the voting area.

37

## Open Scanner



## Seal Envelope



## BMDs are transported in bags using seals



## Seals are verified on the BMDS's left side access







| Scanner with seals | Blue Ballot Bin with seals |
|---|---|

## Ballot Marking Device (BMDs)

A Ballot Marking Device is an easy-to-use electronic voting system equipped with a touch screen to mark your ballot as instructed. A BMD has the capability



of preventing overvotes (selecting more candidates than allowed) and warns voters about undervotes (voter missed an office or voted for fewer candidates than allowed). A BMD has accessibility features such as an audio ballot and headphones, a Braille-embossed controller, an input for a sip-and-puff switch as well as a Spanish assistive switch. BMDs will be used in every polling place to mark standard ballots.

39

# Opening the
# Ballot Marking Device

## Items Needed
☑ Clerk Keys  ☑ Pen or Pencil  ☑ Seal Envelope  ☑ Seals  ☑ Pouch  ☑ Clerk Binder

### Step 1

- Verify the seal number on the carrying case matches the number on the seal envelope.
- Cut it and place it in the envelope.

### Step 2
- Remove the ballot marking device, power cord, and headphones from the case.
- Place the device face down on a table.



### Step 3

- Pull out the kickstand.
- Squeeze the legs to allow the kickstand to be placed in the fully extended position.

### Step 4
- Plug one end of the power cord in the back of the device and the other end in a power source.



### Step 5

- Arrange the rectangular power supply under the kickstand to secure the wire.

### Step 6
- Open the left side access door.




### Step 7

- Flip the power switch to *on*.
- Make sure the mode switch is on *voter* and the ADA controller is plugged in.
- Place ADA controller to the side of the device.

### Step 8
- Carefully close the access door, making sure that the cord for the ADA controller passes through the cut out in the door.
- Lock the door and add tape seal.
- Hang the headphones on the hook.



### Step 9
- During start up, a welcome screen will appear.
- When prompted, enter the election code provided by the county office.
- Touch *Accept*.

### Step 10

- On the next screen, confirm the device is plugged into power, and the election name, polling place, date, and time are correct.
- Touch *OK*.

### Step 11

- Place a privacy screen around the device.

### Step 12


**THE BALLOT MARKING DEVICE IS NOW READY FOR VOTING.**

40

# Closing the
# Ballot Marking Device

## Items Needed
☑ Clerk Keys  ☑ Pen or Pencil  ☑ Seal Envelope  ☑ Seals  ☑ Pouch  ☑ Clerk Binder



### Step 1
- Verify seal on left side access door.
- Remove the headphones and open the left side access door.

### Step 2
- Switch the power to *off.*
- The device will shut down.





### Step 3
- Close and lock the access door.
- Return ADA controller to the left side of the Ballot Marking Device.

### Step 4
- Unplug the power cord from the power source.





### Step 5
- Turn the ballot marking device over.
- To remove the power cord from the back of the device, slide the sleeve on the plug up while pulling it out.

### Step 6
- Push the kickstand down into the locked position.





### Step 7
- Fold the power cord and place it in the side pocket of the case.
- Return the ballot marking device and headphones to the case.
- Seal main zipper handles of carrying case.

### Step 8

**THE BALLOT MARKING DEVICE IS NOW CLOSED.**

41

# Ballot-Marking Device (BMD) Accessibility

All BMDs have features that make voting accessible for all voters.

- BMDs are placed on tables to provide access for voters in wheelchairs

- Alternatively, BMDs may be placed in wheelchair-height booths

- Any BMD can be used for curbside voting

- High contrast (white on black) mode

- Text zoom functionality

- An input for a sip-and-puff device and other assistive switches





Every BMD features an audio ballot that makes voting accessible to voters who are blind or visually impaired. Each device is equipped with headphones and a headphone jack. An audio-tactile keypad with Braille-embossed buttons is used to navigate the ballot. The keypad is stored on the left side of the device. If a voter indicates they are blind or visually impaired, offer use of the audio ballot. Voters may choose to use their own headphones. A voter with a visual impairment may also choose to vote with assistance from another person. Please refer to *Assistance to Voters* on page 65 in the *Voters* section.

42

# Audio Ballot Procedure



**Step 1.**   Process the voter as normal following the steps in *Processing the Voter* on page 58 in the *Voters* section. It will be necessary for a Poll Manager to read the oath to the voter. Assist the voter with signing the oath if requested.

**Step 2.**   Escort the voter to the next available BMD.

**Step 3.**   Ensure the headphones are plugged into the headphone jack on the front panel. Voters may choose to use their own headphones. Volume and tempo can be adjusted with audio-tactile keypad.

**Step 4.**   Have the voter put on the headphones and give the voter the audio-tactile keypad. Explain that the voter will listen to voice cues through the headphones and use the audio-tactile keypad to navigate the ballot and make selections. Explain that after reviewing the ballot, the voter will print the ballot card. The ballot card will need to be scanned. Invite the voter to raise their hand after printing their ballot if they need assistance in scanning their ballot. Explain that the voting session is about to begin and to raise their hand if they require assistance.

**Step 5.**   Direct the voter to insert the ballot card with the corner cut to the right in the slot on the bottom right side of the device. Assist the voter only if the voter requests assistance.

**Step 6.**   Select the appropriate ballot style (if necessary) to begin the voting session. Suggest that the voter press the diamond-shaped button at the top right of the keypad to hide the screen to protect the secrecy of the voter's ballot.

**Step 7.**   Step away from the BMD to provide the voter privacy.  If the voter requires further assistance, please refer to *Assistance to Voters* on page 65 in the *Voters* section.

**Step 8.**   After the voter prints their ballot, guide the voter to the scanner (if requested). Direct the voter to insert the ballot card in the tray on top of the scanner and to position the ballot face down with the corner cut to the left to protect the secrecy of their ballot.

**NOTE:**   If the voter wants to verify the selections on the ballot card, the voter can insert the card into any available BMD. The device will read the selections back to the voter using the headphones.

43

## Directions for adjusting Text Size



1. Insert Ballot Card

2. At the top of the screen press "TEXT SIZE"

3. Choose "Regular Text" or "Large Text"

4. Press RETURN TO BALLOT

5. Press START VOTING









## Directions for adjusting Brightness

1. Insert Ballot Card

2. At the top of the screen press "DISPLAY"

3. Choose the "-"or "+" to adjust brightness

4. Press RETURN TO BALLOT

5. Press START VOTING



44







## Directions for adjusting Contrast

1. Insert Ballot Card

2. At the top of the screen press "DISPLAY"

3. Choose "Full Color" or "Black and White"

4. Press RETURN TO BALLOT

5. Press START VOTING

## Scanner

A polling place ballot scanner is designed to electronically count ballots which are hand-fed into the scanner through a motorized feed and deposits the ballot into an integrated blue ballot bin. When the polls close, the scanner will print out the results.



45

# Opening the
## DS300

## Items Needed

☑ Clerk Keys  ☑ Pen or Pencil  ☑ Seal Envelope  ☑ Seals  ☑ Pouch  ☑ Clerk Binder



### Step 1
- Verify seal number on lid latch and ballot bin door.
- Position DS300 for voting and lock wheels.

### Step 2
- Unravel and connect power cord to outlet.



### Step 3

- Remove lid seal and place in seal envelope.
- Unlock, unlatch, and raise DS300 lid.
- Unlock and raise DS300 Screen.
- DS300 will power on when screen is raised.

### Step 4
- Verify seal number on flash drive compartment.
- Do not remove seal.

### Step 5

- Enter Election Code provided by office.
- Touch *Accept* on DS300 Screen.
- Device will restart after 3 incorrect attempts.

### Step 6
- Confirm precinct name, election title, time and date.
- Confirm public count is zero and three green checkmarks.
- Touch *Open Poll* on screen.
- Wait for two opening tapes to print.



### Step 7
- Remove tapes from DS300.
- Separate and sign each tape (3 signatures/per).
- Place one tape in pouch.
- One tape for public viewing.

### Step 8
- Unlock and open main ballot compartment.
- Close lid flaps and remove ballot bin.
- Confirm bin and compartment are empty.
  - Three workers needed to confirm.



### Step 9

- Return ballot bin to main ballot compartment.
- Push bin in completely and open lid flaps.
- Remove seal from ballot bin door.
- Close and lock ballot bin door.

### Step 10
- Record seal number on seal envelope.
- Place seal on main ballot bin door and emergency bin door.

### Step 11

- Touch *Go to Voting Mode* on DS300 Screen.

### Step 12

**DS300 IS READY FOR VOTING.**



46

# Closing the
# DS300

## Items Needed

☑ Clerk Keys    ☑ Pen or Pencil    ☑ Seal Envelope
☑ Seals    ☑ Pouch    ☑ Ballot Reconciliation Form    ☑ Clerk Binder



### Step 1
- Record DS300 public count on the Ballot Reconciliation Form.

### Step 2
- Verify flash drive compartment seal number.
- Remove seal & place in seal envelope.
- Unlock and open flash drive compartment.
- **Do not remove flash drive.**



### Step 3

- Push *Close Poll* button in compartment.
- Touch *Close Poll* button on screen.
- Wait for results tape to print, including copies.

### Step 4
- Remove results tape from DS300.
- Separate and sign each tape (3 signatures/per).
- Place two tapes in pouch.
- Post one tape for public viewing.



### Step 5
- Touch "*Finished - Turn Off*" on screen.
- Wait for DS300 to power down completely.
- Confirm DS300 screen and power backlight is off (dark).

### Step 6
- Remove flash drive from DS300.
- Deposit flash drive into pouch.
- Close and lock compartment door.



### Step 7
- Close and lock DS300 screen.
- Close and lock DS300 container lid.
- Use seal in pouch to seal lid latch.
- Record seal number on seal envelope.

### Step 8

- Unplug power cord from power source.
- Wrap the cord around the cord holder.

### Step 9
- Verify main ballot compartment seal number.
- Remove seal and deposit into seal envelope.
- Unlock and open the compartment door.

### Step 10
- Close lid flaps and remove ballot bin.
- Confirm main ballot compartment is empty.
- Place loose voted ballot cards in bin.
- Place pouch in ballot bin.



### Step 11
- Close lid and lock both locks.
- Use two seals to seal bin on both sides.
- Record seal numbers on seal envelope.

### Step 12

**DS300 IS NOW CLOSED.**



47

# Ballot Types

## Ballot Cards

Ballot cards are issued to voters at the check-in table and are inserted in a ballot-marking device (BMD) by the voter to activate a voting session. After making selections, voters review their selections and print their ballot card. Voters then review the printed ballot card and cast their ballot by inserting it into the scanner. The scanned ballot cards are then automatically fed into a ballot bin in a compartment in the scanner base. Each polling place should have one BMD for each 250 registered voters, or portion thereof, or as near thereto as may be practicable (§7-13-1680). BMDs must have a means to ensure voter privacy.



### BMD and Scanner Step-by-Step Picture Voting Guide

After the voter checks in, a Poll Manager will direct the voter to a BMD



**1**

Front Full View of BMD



**2**

INSERT YOUR CARD INTO THE CARD SLOT

48

**3**



Insert Card with Cut Edge to the Right.

**4**



Once Selected Your Choice will Change Color.

**5**



DON'T' FORGET TO REVIEW YOUR CHOICES!

**6**



Review Selections

**7**



TO MAKE A CHANGE TOUCH YOUR NEW CHOICE

**8**



Return to Summary





Confirmation Screen Indicating you are About to Print.





Confirmation Screen Indicating you are About to Print.



Your Choices from the Card are Scanned and Recorded.



The Printed Card is Deposited into the Secured Blue Ballot Bin. The Screen will Display a "Thank You For Voting."

# Voters Must use Ballot Cards and BMDS *Except* Under Limited Circumstances Detailed Below.

## Emergency/Provisional Ballots

These are paper ballots that are hand-marked by the voter. Hand-marked paper ballots may also be referred to as "full-face" paper ballots. Emergency/Provisional ballots are included with your polling place supplies and should not exceed 10% of the registered voters in the precinct (§7-13-430). You will receive Emergency/Provisional ballots for each ballot style in your precinct. The ballots will be labeled "Emergency/Provisional" at the top and are used for two purposes: emergency voting and provisional voting.

Emergency ballots are used if BMDs are not available. Voters hand-mark the ballots then place them in the scanner. If both the BMDs and the scanner are not available, the ballots are placed in the Emergency/Provisional slot on the front of the scanner by the voter. Poll Managers scan emergency ballots during the closing of the polls. For more on using emergency ballots, please refer to *Ballot-Marking Devices (BMDs) Not Available (Emergency Ballots)* on page 100 in the *Election Day Issues* section.

Provisional ballots are used for various purposes outlined in *Voting a Provisional Ballot* on page 95 in the *Election Day Issues* section. Voters place these ballots in a Provisional Ballot Envelope, and the envelope is placed in the emergency/provisional slot on the front of the scanner base. Provisional ballots are not counted on election day. The envelopes are returned to the county office by the managers.

### PROVISIONAL BALLOT ENVELOPE
*every vote matters. every vote counts.*

Please Print. Complete polling place and voter information and the appropriate section (A, B, C or D) for type of provisional.

| Precinct/Polling Place | | Election | |
| Poll Manager/Clerk | | Date | |

**Voter as Registered** — Required. Provide as much information as possible.

| Full Name | |
| Voter Registration # | | DOB | |
| Registration Address | |
| City/State/Zip | |
| Phone | | SCDL # | |
| Email | |

**A — Failsafe** — Complete if voter has moved and is voting a Failsafe Provisional ballot.

| Voter's New Address | Street |
| | City/State/Zip |
| Mailing Address (if different from above) | Street |
| | City/State/Zip |

I swear (or affirm) that the address provided above is my sole legal residence for voting purposes.

Signature of Voter

**B — Voter Qualification Challenge** — Complete if not Failsafe (A) or Photo ID (C or D). Use Emergency/Provisional Ballot.

Reason for Challenge:
- ☐ Issued an absentee ballot. Did voter receive ballot? ☐ Yes ☐ No
- ☐ Registered in another precinct or county
- ☐ Registered after deadline
- ☐ Not found in poll book (voter says registered at DMV or other agency)
- ☐ Not found in poll book (other reason)
- ☐ Archived voter
- ☐ Other (explain)

Challenge by Poll Manager/Clerk? ☐ Yes ☐ No

If not poll manager, provide challenger information.

| Name | |
| Voter Registration # | |
| Address | |
| City/State/Zip | |
| Phone | |
| Email | |

SEC FRM 1100-202105

**Did You Provide Notice of Provisional Ballot Hearing?**

**C — Voter Did Not Bring Photo ID** — Use Emergency/Provisional Ballot.

☐ Check here if voter has a Photo ID but did not bring the Photo ID with them to the polling place.

Remind voter to show Photo ID to county board of voter registration and elections by the time of the provisional ballot hearing.

**D — Voter Has No Photo ID** — Complete this section if voter does not have a Photo ID due to some obstacle. Voter must show voter registration card without photo. Use Emergency/Provisional Ballot.

Reasonable Impediment Affidavit

I swear (or affirm) under penalty of perjury that I am the same person who appeared at this polling place and cast this provisional ballot on Election Day.

I suffer from the following reasonable impediment that prevented me from obtaining one of the required Photo IDs (check one):
- ☐ Religious objection to being photographed
- ☐ Lack of transportation
- ☐ Disability or Illness
- ☐ Lack of birth certificate
- ☐ Work schedule
- ☐ Family Responsibilities
- ☐ Other reasonable impediment (list if disclosure is not protected by state or federal law)

Signature of Voter _____

Signature of Poll Manager or Notary _____

Date _____ Commission Expiration Date _____

**OFFICE USE ONLY**

**Office Research**

| ☐ ACCEPT | ☐ REJECT | |
| ☐ Failsafe Verified | ☐ Not Eligible for Election | ☐ Registered Too Late |
| ☐ Eligibility Verified | ☐ Not in VREMS | ☐ Moved from Another County |
| ☐ No Absentee Returned | ☐ Does Not Live in County | ☐ Voted at Wrong Precinct |
| ☐ Photo ID Provided | ☐ Inactive for Cause | ☐ Arrived at Polls after 7pm |
| ☐ HAVA ID Provided | ☐ Voted Absentee | ☐ Unauthorized Return by Another |
| ☐ Other | ☐ Photo ID Not Provided | ☐ Other |
| Notes: | ☐ HAVA ID Not Provided | |
| | Notes: | |

**Board Ruling** ☐ ACCEPTED ☐ REJECTED   Notes:

**Record Updated** Date _____ Initials _____

### PROVISIONAL BALLOT ENVELOPE
*every vote matters. every vote counts.*

51

## Failsafe Provisional Ballots

These are hand-marked paper ballots included with your polling place supplies that should not exceed 5% of the registered voters in the precinct (§7-13-430(C)). Failsafe Provisional ballots contain only federal, statewide, countywide, and municipality-wide offices. In smaller elections, you may not receive Failsafe Provisional ballots because there are no such offices on the ballot. Voters place these ballots in a Provisional Ballot Envelope, and the envelope is placed in the emergency/provisional slot on the front of the scanner base. Failsafe Provisional ballots are not counted on election day. The envelopes are returned to the county office by the managers. For more information, see the *Failsafe Voting* section on page 91 in the *Election Day Issues* section.

## Use of Hand-Marked Paper Ballots

Hand-marked paper ballots may be used only for emergency and provisional voting. A voter may not use a hand-marked ballot simply because they do not want to use the BMD. For more on using emergency ballots, see the *Ballot-Marking Devices (BMDs) Not Available (Emergency Ballots)* section on page 100 in the appendix (§7-13-830).

# Ballot Styles

One of your most important duties is to ensure each voter gets the correct ballot style. A ballot style is a unique combination of offices that appear on a voter's ballot depending on the voter's address. For example, a county council district line may cross your precinct causing some voters to vote a ballot featuring District 1 while other vote ballots featuring District 2. Your polling place may have numerous ballot styles. In primaries, additional ballot styles will exist for each party (§7-13-610). Electronic poll books (EPBs) automate the ballot style selection process. After checking in the voter, you will place the voter's blank ballot card in a printer, which will print a barcode on the ballot. When the voter inserts the ballot card in the BMD, the voter's correct ballot style will automatically appear. If providing a voter a hand-marked paper ballot, you will need to refer to either the EPB, paper list, or be directed by the county office to select the correct ballot.



# Blue Ballot Bin

At least one blue ballot bin for paper ballots must be provided by the county board. The bin must be a sufficient size to handle the volume of ballots (§7-13-340).

The scanner base features two ballot compartments.

**Main Ballot Compartment:** This compartment houses the blue ballot bin. When a voter inserts a ballot card into the scanner, the ballot card is automatically deposited into the blue ballot bin. At the close of the election, the blue ballot bin is removed for transporting ballots to the county office.



**Emergency/Provisional Ballot Compartment:** This compartment features a slot to place unscanned ballot cards and Emergency Ballots in the event the scanner is not working. Provisional Ballot Envelopes are also placed in this slot. The compartment is designed to keep these unscanned ballots separate from scanned ballots. At the close of the election, unscanned ballot cards and Emergency Ballots and Provisional Ballot Envelopes are removed from the compartment. Unscanned ballot cards and Emergency Ballots are scanned at the polling place during the closing process. Provisional Ballot Envelopes are placed in the blue ballot bin or other ballot box or secure ballot bag for transporting to the county office. It is important to remember that unscanned ballots must always be kept separate from scanned ballots. Your county office may also provide additional ballot boxes or secure ballot bags for use under certain circumstances.

53



# Locking and Sealing the Blue Ballot Bin

### Opening

The Clerk must publicly display that the blue ballot bins are empty before opening the polls. The BMD and scanner opening and closing guides provide detailed instructions for locking and sealing the blue ballot bins. You will remove the blue ballot bin from the main ballot compartment and open the flaps to show it is empty.

When you return the blue ballot bin to the compartment, make sure the flaps are left open. Lock and seal the compartment.

You will open the door to the emergency/provisional compartment to show it is empty then lock and seal both compartments.

Open any other ballot box to be used in the election, show it is empty, and lock and seal the box. The clerk must secure the keys until the polls are closed, and it is time to remove the ballots (§7-13-840).



### Closing

You will cut the seal on the emergency/provisional compartment, place it in the seal envelope and record it. Empty the emergency/provisional compartment with ballots and follow county instructions on where to place. A new seal will then need to be placed on the emergency/provisional compartment and recorded on the seal envelope.

At the end of the night, the main compartment seal of the scanner should be cut then placed in the seal envelope and recorded. Remove the blue ballot bin and ensure that there are no ballots that may have fallen behind the blue ballot bin and that the main compartment is clear. You will then place all of the ballots that were scanned during the day into the blue ballot bin along with the thumb drive from the scanner. Lock the blue ballot bin and place 2 (two) new seals on either end of the blue ballot bin. Record them on the seal envelope. A new seal must then be placed on the main compartment door and recorded on the seal envelope.

# Voter Registration Lists

You will use a paper Voter Registration List in emergencies to help determine whether a person is eligible to vote in an election and in your precinct. The Voter Registration List contains the names of registered voters in the precinct. The list will identify voters who have already been issued an absentee ballot. The list also helps you identify the voters correct ballot style (the ballot containing the unique combination of election districts in which the voter resides).

## There are two types of Voter Registration Lists:



**Paper Voter Registration List and Electronic Poll Books**

**The EPB is the electronic version of the paper Voter Registration List**





55

# Voter's Oath and Poll List

Voters will use their finger or stylus pen to sign the Voter's Oath on the EPB touchscreen. You will be provided blank poll lists to use for curbside voters, for manually processing voters, and as a backup in case EPBs are not available. If voters must, they should sign the poll list with either blue or black ink.



Ask the voter to read the oath before signing. By signing the poll list, the voter is taking the Voter's Oath. It is not necessary for a manager to read the oath to the voter (unless the voter is illiterate or blind and asks for assistance).



## General & Special Elections

*"I do solemnly swear or affirm that I am qualified to vote at this election according to the Constitution of this state, and that I have not voted during this election."* (§7-13-710, §7-13-720)

## Party Primaries

*"I do solemnly swear or affirm that I am qualified to vote at this election according to the Constitution of this state, and that I have not voted during this election. Further, I do solemnly swear or affirm that I am duly qualified to be at this primary election and that I have not voted before at this primary election or in any party's primary election or officially participated in the nominating convention for any vacancy for which this primary being held."* (§7-13-1010)

**Poll List**

| County | | Date | |
|---|---|---|---|
| Election | | Election Number | |
| Precinct | | Precinct Code | |

**Voters Oath - Please read:** I do solemnly swear or affirm that I am qualified to vote in this election according to the Constitution of this State and that I have not voted during this election.

*Signatures of Voters*

| | | | |
|---|---|---|---|
| 1 | | 26 | |
| 2 | | 27 | |
| 3 | | 28 | |
| 4 | | 29 | |
| 5 | | 30 | |
| 6 | | 31 | |
| 7 | | 32 | |
| 8 | | 33 | |
| 9 | | 34 | |
| 10 | | 35 | |
| 11 | | 36 | |
| 12 | | 37 | |
| 13 | | 38 | |
| 14 | | 39 | |
| 15 | | 40 | |
| 16 | | 41 | |
| 17 | | 42 | |
| 18 | | 43 | |
| 19 | | 44 | |
| 20 | | 45 | |
| 21 | | 46 | |
| 22 | | 47 | |
| 23 | | 48 | |
| 24 | | 49 | |
| 25 | | 50 | |

Page No. _____    **SOUTH CAROLINA** ELECTION COMMISSION

If the voter is unable to write or is prevented from signing their name by physical disability, they must sign the poll list with a mark with the assistance of one of the managers. The voter should make a cross mark (X) after which the manager will write the voter's name and phrase "his mark". The manager should then place their initials on the line beside the mark (§7-13-710). Please find the following example:

> **His**
>
> John(X) Smith **DCR** <- (Manager's Initials)
>
> **Mark**

If you must use the paper voter registration list in an emergency, be aware:

- To determine whether an absentee ballot was issued (ABS-I) or returned (ABS-R), you will have to use a separate absentee voter list provided by the county office. The paper list will only show "ABS."

- No "D" or "R" ballot style indicator will appear on the paper list.
    - For example, the paper list will show "B001"
    - On the BMD, choose the style based on the voter's primary choice that corresponds with the ballot style number on the list
    - Example: Paper list shows ballot style B001, and voter is voting in the Democratic Primary. On the BMD, choose B001.

# General Election Poll List

## Poll List

| County | Palmetto | Date | 1/24/24 |
|---|---|---|---|
| Election | General | Election Number | 31957 |
| Precinct | Magnolia 2 | Precinct Code | 45 |

**Voters Oath - Please read:** I do solemnly swear or affirm that I am qualified to vote in this election according to the Constitution of this State and that I have not voted during this election.

### Signatures of Voters

| | | | |
|---|---|---|---|
| 1 | X    John Smith "His Mark"    DMA | 26 | |
| 2 | | 27 | |
| 3 | | 28 | |
| 4 | | 29 | |
| 5 | | 30 | |
| 6 | | 31 | |
| 7 | | 32 | |



# Processing the Voter

1. **Voter Presents Photo Identification**

   **The purpose of a Photo ID is to confirm the identity, not the address, of the voter.** Please refer to pages 111-113 in the Appendix for examples of qualifying Photo IDs. If the voter does not present a qualifying Photo ID, the voter may vote a provisional ballot. Please refer to *Voter without qualifying photo identification* on page 83 in the *Election Day Issues* section. Examples of qualifying IDs are a SC Drivers License, SC DMV Photo ID, Photo Voter Registration Card, US Passport, SC Concealed Weapons Permit, and a Federal Military ID (§7-13-10).

2. **Verify Photo, Expiration Date**

   Verify the photograph on the qualifying Photo ID is that of the person seeking to vote. Check any expiration date the Photo ID may have. If the ID is expired, ask the voter for another form of qualifying Photo ID. If the voter has no other form of qualifying Photo ID, follow the procedures under the *Voter without qualifying photo identification* on page 83 in the *Election Day Issues* section.

   Any address listed on the Photo ID has no impact on the voter's eligibility to vote. **The Photo ID is not required to have an address, and the address is not required to be current.** What matters is whether the voter confirms the address shown on the voter registration list (see Step 4).

### 3. Locate Voter on Electronic Poll Book

- Voter with Driver's License or DMV ID: Poll Manager will scan ID barcode. EPB automatically scans barcode, returns search results.

- Voter with other Photo ID: Barcode will not scan. Touch "Search for Voter." Enter first few letters of voter's last and first names and search results begin to appear. Enter date of birth or voter registration number to narrow results.

- NEVER allow a voter to perform their own search

- The search may return multiple voters. Use your finger to scroll down the list.

- Select the correct voter





59

4.  **Verify Address**

    Ask the voter to verify their address. For example: **"Do you still live at 123 Main Street in Columbia?"**

    If the voter confirms the address as listed, proceed to the next step. If the voter's address is different from what is listed on the voter registration list, see the *Address Not Correct on Voter Registration List* on page 90 in the *Election Day Issues* section.

    EPB will give status code.

    a.  Active Eligible: Touch "Issue Standard"

    b.  Active Ballot Issued: Indicates a voter was issued a ballot, reissue ballot if spoiling the original

    c.  Active Early Ballot Issued: Indicates the voter voted at an EVC and is not eligible to vote again

    d.  ABS-1: Indicates Voter has been "Issued an Absentee Ballot." They MUST vote this Ballot or Vote Provisionally if it is lost.

    e.  ABS-R- Indicates the voter has "Returned an Absentee Ballot" and is NOT eligible to vote

    f.  Inactive Eligible: Indicates voter may have moved. If voter confirms address is correct, fill out a NEW Voter Registration form and Issue a Standard Ballot. Please refer to *Failsafe Voting* on page 91 in *Election Day Issues* if voter's address is not correct.

5.  **Check for Comments or Status Codes**

    In the electronic poll book, a status indicator will be present next to the voter's name, address, and date of birth. Once you click on the voter's name, you will see the voter's basic information and the full status indicator. Follow the instructions listed under the comments sections.

6. **Status Indicators:**



Active Eligible – voter is eligible to receive a ballot.

- Comment: Verify ID and address. Issue standard ballot if information is unchanged or issue provisional ballot if changed.

Active Ballot Issued – the voter was issued an active ballot already.

- Comment: Reissue standard ballot if spoiling original

Active Early Ballot Issued – the voter voted at an Early Voting Center during the early voting period

- Comment: Voter is ineligible to vote on Election Day

Inactive Eligible – the voter is currently inactive in the system but is eligible to vote

- Comment: Verify ID and provide voter with Update Form. Issue standard ballot when completed.

61

ABS-I – Indicates the voter has been issued an absentee ballot.

- If the voter was issued an absentee ballot and did not return their absentee ballot and wishes to vote at the polls on Election Day, please refer to *Absentee Ballot Issued (but not returned)* on page 93 in the *Election Day Issues* section.

- ABS-R If the voter has voted absentee, they will be marked as Absentee-Returned.

Comment: They may not vote at the polls on Election Day as voting twice (or attempting to vote twice) in an election is now a felony. If you are using the paper voter registration list, you may see one of the below listed status codes.

**I-M**     Stands for "Inactive – Moved" and indicates that the State Election Commission has received information that the voter has moved. Follow steps under I-F below.

**I-F**     Stands for "Inactive – Failed to Respond" and indicates the voter failed to respond to a confirmation mailing conducted by the State Election Commission to verify the voter's address.

The "I-M" and "I-F" designations do not necessarily require any extra action by the Poll Manager. These designations are used primarily by the voter registration office. It is essential to ask every voter whether their address is correct, including voters with "I-M" and "I-F" designations. If a voter with one of these designations' states that the address on the voter registration list is correct, the voter should be allowed to vote a regular ballot using the BMD and scanner. If the voter states, the address is incorrect please refer to *Address not Correct on Voter Registration List* on page 90 in the *Election Day Issues* section.

Voters are required to provide proof of identification when registering to vote by mail. Voters who did not provide this identification when registering, must do so before voting. A voter providing any one of the five qualifying Photo IDs for voting also satisfies this registration ID requirement, and no additional ID is necessary. Therefore, the ID status code usually requires no further action.

**I-I**     Indicates the voter has been declared mentally incompetent by a probate judge for voting purposes. The individual cannot be issued a ballot until a judge makes a new ruling.

**7. Primary Elections**

If not a Primary, skip to **STEP 8.**

If more than one primary is being held, ask the voter to declare in which political party's primary they wish to vote.

> **IMPORTANT:** Do NOT ask the voter, "Are you a Republican or Democrat?"
>
> Instead, politely ask the voter:
>
> **"In which party's primary do you wish to vote today?"**
>
> If only one-party primary is being held, inform the voter:
>
> **"There is only a _____ Party Primary today."**
>
> Ensure that you select the correct option on the EPB screen by choosing either "Republican" or "Democratic" and "Election Day."
>
> In some cases, you may see up to four options if the EPB is set to include the early voting period.

**8. Voter Signs Voter's Oath**

- Touch "Issue Standard." DO NOT touch "Issue Provisional."

- Rotate the EPB screen toward the voter

- Ask the voter to read the oath and sign in the box using their finger or a stylus pen. By signing the poll list, the voter is taking the voter's oath. It is not necessary for a manager to read the oath to the voter (unless the voter is illiterate or blind.) Please see below the oaths that they are signing:

  **General & Special Elections**

  "I do solemnly swear or affirm that I am qualified to vote at this election according to the Constitution of this state, and that I have not voted during this election." (§7-13-710, §7-13-720)

  **Party Primaries**

  "I do solemnly swear or affirm that I am qualified to vote at this election according to the Constitution of this state, and that I have not voted during this election. Further, I do solemnly swear or affirm that I am duly qualified to be at this primary election and that I have not voted before at this primary election or in any party's primary election or officially participated in the nominating convention for any vacancy for which this primary is be held." (§7-13-1010)

- Ask voter to touch "Done Signing" when finished

- Rotate the EPB back, ensure the voter signed, and touch "Accept"

63

### 9.  Print Ballot Card

- Place a blank ballot card in the printer with the corner cut to the right. The printer will begin printing when you select "Express Poll Activate" and will eject the ballot card when complete.

- Touch "Complete Check-in"

- Provide voter with printed ballot card

 

### 10. Direct Voter to Next Available Ballot-Marking Device (BMD)

Ask the voter to insert the ballot card with the corner cut to the right.

The voter's ballot style will automatically appear.

After marking the ballot card, print the ballot card.

Ask the voter to review and confirm their selections on the ballot card and then direct the voter to the scanner.

### 11. Direct the Voter to the Scanner Saying:

"For privacy, insert your ballot face down on the green arrow."

Note: Ballots can be scanned in any direction.

### 12. Never handle the voter's ballot unless the voter requires assistance

(Refer to the *Assistance to Voters* on the following page).

- Have the voter wait until the screen reads "Thank you for voting"

- Thank the voter for voting and provide an "I Voted" sticker (if available)

## Assistance to Voters

Generally, no one except a voter preparing their ballot is allowed within 5 feet of the voting booth. However, any voter who requires assistance to vote by reason of blindness, disability, or inability to read or write may be given assistance by a person of the voter's choice, other than the voter's employer or agent of that employer or officers or agent of the voter's union (§7-13-780, Section 208 of the 1965 Voting Rights Act). Assistants may include, but are not limited to, spouses, family members, friends, Candidates, Poll Watchers, Poll Managers, voters waiting in line, and minors. If Poll Managers are giving assistance, two need to assist.

## Procedure for Determining if a Voter is Entitled to Assistance

**Step 1.**  The voter must request assistance. Do not assume that anyone needs assistance, volunteer anyone for assistance, or allow anyone else to do so.

**Step 2.**  Say to the voter: "The law provides that any voter who requires assistance to vote for reason of blindness, disability, or inability to read or write is entitled to that assistance. Do you request assistance for one of these reasons?"

**Step 3.**  If the voter answers, "Yes," say: "You may choose anyone you wish to assist you in casting your ballot except for your employer, an agent of your employer, an officer of your union, or an agent of your union."

**Step 4.**  After the voter has selected an assistant, confirm with the assistant that the assistant is not the voter's employer, agent of that employer, or officer (or agent) of the voter's union.

**Step 5.**  The voter and their chosen assistant enter the voting booth to cast the voter's ballot.

Under normal circumstances a Poll Manager would accompany the voter into the voting booth only if the Poll Manager is chosen to be the voter's assistant. However, if the managers have credible evidence or good reason to suspect that there is any scheme to defraud voters who are entitled to assistance, a Poll Manager may be appointed to accompany the voter and the voter's assistant into the voting booth to act as an observer. An example of this may be if a non-Poll Manager is frequently asked to assist. This manager cannot mark the ballot or take any part in assisting the voter. The manager is there only as an observer to ensure the ballot is marked in strict accordance with the voter's wishes. If the manager, acting as an observer, sees that the assistant is not marking the ballot as the voter wishes, or is otherwise acting improperly, the manager should challenge the ballot.

# Instructions After the Voter has Entered the Voting Booth

After a voter has entered a voting booth and asks for further instructions concerning the procedure for voting, two managers must enter the booth to provide instructions. Poll Managers must not in any manner request or seek to persuade or induce the voter to vote in any particular manner. After giving instructions, the voter must be allowed to cast their ballot in secret (§7-13-1830).

# Voter assistance and accessibility using Ballot-Marking Device (BMD)

All BMDs have features that make voting accessible for all voters.

- BMDs are placed on tables to provide access for voters in wheelchairs. Alternatively, BMDs may be placed in wheelchair-height booths.

- Any BMD can be used for curbside voting

- High contrast (white on black) mode

- Text zoom functionality

- An input for a sip-and-puff device and other assistive switches

- Every BMD features an audio ballot that makes voting accessible to voters who are blind or visually impaired. Each device is equipped with headphones and a headphone jack. An audio-tactile keypad with Braille-embossed buttons is used to navigate the ballot. The keypad is stored on the left side of the device. If a voter indicates he is blind or visually impaired, offer use of the audio ballot. Please refer to the *Audio Ballot Procedure* on page 43 in the *Equipment and Supplies* section. Voters may choose to use their own headphones. A voter with a visual impairment may also choose to vote with assistance from another person

# Curbside Voting

Any voter who, because of a disability or being age 65 or older, cannot enter the polling place in which they are registered to vote or is unable to stand in line to vote, may vote outside the polling place inside a vehicle in the closest available parking area (§7-13-771, National Voting Accessibility for the Elderly and Handicapped Act).

- Curbside voting signs must be displayed in the designated curbside parking area

- Managers must monitor the curbside parking area in intervals of no more than 15 minutes

- No person other than the voter is permitted in the vehicle in which the voter is casting their ballot unless the voter is entitled to assistance

- Only those who meet these qualifications may vote curbside. The driver of the vehicle or the voter's caregiver may not vote curbside unless they also meet these qualifications. The driver or caregiver would need to vote normally at their polling place or vote absentee if qualified.

- Curbside voting does not allow a voter to "jump" to the front of the line. A curbside voter marker should be given to another voter in line to alert the manager's table when it is the curbside voter's turn to vote.

- Do not continuously use the same BMD for curbside voting. Continually using the same device can quickly reduce the battery charge. Don't forget to reconnect the power cord when returning the device.

- THERE SHOULD ONLY BE ONE CURBSIDE LIST that your voters' are signing.

- For early voting, draw a line at the end of each day and continue the curbside list for the next day by writing the date off to the side.

## Curbside Voting Procedure

**Step 1.** When notified that a voter requires curbside voting, greet the voter at the vehicle by asking, "Are you eligible to vote curbside?"

- "Do you have a disability? OR "Are you age 65 or older?"

- "Are you unable to enter the polling place?" OR "Are you unable to stand in line?"

**Step 2.** Ask for the voter's Photo ID. Verify the expiration date on the Photo ID (if it has one) and verify the photo on the Photo ID matches the voter.

- A caregiver may also bring the Photo ID inside to the managers. If so, verifying the photo must be done in conjunction with Step 6.

67

CURBSIDE POLL LIST

**Step 3.** If there is a line, provide the next voter in line with a marker to notify managers when it is the curbside voter's turn to vote. Provide the voter with the option of going insidethe polling place to vote when it is their turn. A person voting curbside due to the inability to stand for long periods of time may prefer this option. If the voter chooses this option, notify the voter when it is their turn to go inside to vote instead of taking the BMD to the vehicle in (Steps 6-12).

**Step 4.** Take the Photo ID inside and process the voter on the EPB. On the signature screen using your finger, write "C" then the number of the voter's signature on the poll list. For example, if the voter is the third curbside voter, write "C-3."

**Step 5.** When it is the voter's turn to vote, two managers take the curbside poll list and a BMD to the voter's vehicle.

**Step 6.** Return the Photo ID to the voter and voter signs the appropriate page and line number on the list.

**Step 7.** Provide the voter with a ballot card and a ballot privacy sleeve.

**Step 8.** If using a Curbside Cart, wheel the cart in place so the screen is at the voter's car window. Otherwise, according to the voter's preference, either hold the BMD on the windowsill, place it in the voter's lap, place it on the center console or place it in the seat beside the voter.

**Step 9.** Instruct the voter to insert the ballot card in the BMD to begin the voting session. Instruct the voter to insert the printed ballot card in the ballot privacy sleeve when finished and return it to the managers.

**Step 10.** Explain to the voter that you and the other manager will take the ballot directly to the scanner inside the polling place to cast the ballot. If the voter is voting curbside due to the inability to stand in a line, provide the voter the option of going inside the polling place to scan their own ballot.

**Step 11.** The two managers take the poll list, the BMD, and the voter's ballot in the ballot privacy sleeve directly back inside the polling place. While one manager watches, the other manager slides the ballot out of the privacy sleeve face down into the ballot scanner to cast the voter's ballot. Return the BMD to be used by other voters. Be sure to reconnect the BMD to its power source.

**Step 12.** Return the Photo ID to the voter. Thank the voter for voting and provide an "I Voted" sticker (if available).

# Voter Guidelines in Voting Booth

## Husband and Wife Voting Together

It is illegal for husbands and wives who are capable of voting separately to enter the voting booth together for the purpose of voting (§7-13-750 ruled unconstitutional, Edwards vs. Abrams, Opinion No. 20578, January 10, 1978). The only exception to this is if one spouse is disabled and requests the assistance of the other to vote. Please refer to the *Assistance to Voters* section on page 65.

## Children in the Voting Booth

Minor children (age 17 and under) of a voter may accompany the voter in the voting booth while casting their ballot. Voters must confirm they are the parent of any accompanying children.

## What is Allowed in the Voting Booth?

### Sample Ballots

Voters may take their own marked sample ballot into the voting booth with them. Distributed copies of sample ballots are prohibited in the voting area. Managers should check the voting booths on a regular basis to ensure that no marked sample ballots have been left behind. Voters may not allow a marked sample ballot to be seen by others in the polling place (Please refer to *Campaign Materials* on page 23 in the *Polling Location* section).

### Cell Phones

Voters are allowed to use a cell phone in the voting booth for the sole purpose of viewing their sample ballot or for accessibility issues. Please refer to *Electronic Devices in the Polling Place* on page 27 in the *Polling Location* section.

### Taking Photos

Photos ARE NOT ALLOWED in the voting booth (§7-25-100).

## Time for Voter to Remain in Voting Booth

### Ballot-Marking Devices (BMDs)

No voter can stay in a voting booth longer than three minutes. After three minutes have passed and if other voters are waiting, the voter should be reminded of the three-minute rule and asked to finish voting (§7-13-1820).

### Hand-Marked Paper Ballots

When hand-marking a paper ballot, no voter can stay in a voting booth for longer than five minutes, regardless of whether the voter is receiving assistance. After five minutes have passed and if other voters are waiting, the voter should be reminded of the 5 minute rule and asked to finish voting (§7-13-760).

If a voter's time in the booth is interfering with the conduct of the election, the voter may be removed by the managers.

## Write-in Votes

In general, and special elections, the voter may write in the name of any person they choose for any office except President, and Vice President.

Write-in votes are not allowed in primaries, primary runoffs, and non-partisan runoff elections.

## Crossover Voting

Crossover voting is the act of voting a straight party ballot then "crossing over" and voting for a candidate of another party for a particular office. Crossover voting is allowed.

## Defaced or Spoiled Ballots

If a voter defaces or makes a mistake marking their ballot, they may obtain one additional ballot upon returning the ballot to the managers. The voter may not be given a second ballot unless the ballot is returned to the managers.

To replace a spoiled ballot:

1. Have the voter fold the ballot and write "spoiled" across the back of the spoiled ballot and place it in the Spoiled Ballot Envelope (§7-13-790)

2. Search for the voter in EPB and touch "Reissue Standard"

3. Select the Reissue Reason *(for this scenario you would select voter spoiled ballot)*

4. Touch "Next"

5. Voter signs their name

6. Touch "Done Signing"

7. Touch "Accept"

8. New ballot can be reissued

All defaced or spoiled ballots must be accounted for and turned over to the county board by the managers following the election.

The EPB will not issue more than two total ballots to a voter. If a voter reaches their limit of two ballots at the fault of the election staff, the clerk should call the county office and have them amend the record in Connect to show a ballot has been issued. The clerk will then take a blank ballot card to the BMD and manually select the voter's ballot style.

# Voting in Primaries and Runoffs

## Primaries

State law prohibits a voter from voting in more than one party's primary and requires the voter to choose the primary in which they wish to vote (§7-13-1010). Please refer to *Party Primaries Voter's Oath* on page 63 in *Voters* section.

If a voter votes in a Presidential Primary, the voter will still be allowed to vote in either party's primary election in June, regardless of which Presidential Primary the voter chooses. The Presidential Primary is separate from the June primary.

## Primary Runoffs

**Voter voted in primary:** Can vote only in the same party's runoff.

**Voter did not vote in primary:** Can vote in either party's runoff.

For example, if a voter votes in a Republican primary, the voter may vote in the Republican runoff; however, the voter may not vote in the Democratic runoff even if there is no Republican runoff (§7-13-50, §7-13-1040, §7-17-610). Alternatively, if they did not vote in a primary, they may vote in either runoff.



# Early Voting

## Overview

Early Voting Centers (EVCs) must be made available for all elections, except Presidential Preference Primaries, during the 2-week period preceding a Tuesday election. All counties must have at least one EVC but no more than seven (Act 150).

Early voting in Presidential Preference Primaries will be determined by the political parties. Whether there will be Early Voting, what the hours will be, and when Early Voting will take place must be determined by the state political parties.

At an EVC, a qualified elector may:

- Cast a ballot without excuse at any Early Voting Center in the county in which they reside

- Return their absentee ballot (Absentee ballots may NOT be returned to polling locations on Election Day)

- Update their voter registration address (in county moves only)

## Date and Time Requirements for Election Types

- **Statewide General Election:** Monday through Saturday, 8:30 a.m. to 6:00 p.m. *Closed on Sunday and state holidays.*

- **Statewide Primary Election:** Monday through Friday, 8:30 a.m. to 5:00 p.m. *Closed on Saturday, Sunday, and state holidays.*

- **Runoff Elections:** Wednesday through Friday, 8:30 a.m. to 5:00 p.m. *Closed on state holidays.* (the week preceding the Tuesday election).

- **All other Elections:** Monday through Friday, 8:30 a.m. to 5:00 p.m. *Closed on Saturday, Sunday, and state holidays.*

- **Presidential Preference Primaries:** According to state law the dates, times, and durations for Early Voting are to be determined by both state parties.

# Run-Offs

Early Voting Centers *must be open on the Wednesday through Friday immediately preceding the election* and must be open from 8:30 a.m. until 5:00 p.m. The Early Voting law will prevail over any contradictory law in Title 5. This means that state law will require a county BVRE to be open for Early Voting even on days county offices may otherwise be closed for a holiday, where that holiday has not been recognized by the State (7-13-25).

# Preparing to Open Early Voting

Arrange the Early Voting Center for good traffic flow and voter privacy. Voters will move from the Express Pollbook (EPB) check-in station to a Ballot Marking Device (BMD) then on to the Ballot Scanner to cast their vote. Arrange equipment for maximum voter privacy (Refer to pages 19-22 for polling place setup).

# Security

An Early Voting Center Logbook will be provided and used at each EVC. The "EVC Logbook" must be completed on a daily basis for opening, closing, transporting, and receiving of ballots. All components: Pollbooks, Ballot Marking Devices, Scanners, Blue Ballot Bins, Laptops, or other critical components will be assigned with an asset tracking number. Your county will use either serial numbers, barcode numbers or asset stickers, as an asset management system that MUST be used and documented.

For accounting and auditing purposes, each scanner and blue ballot bin will be labeled to correspond with the specific scanner it will be used with for tracking purposes. This is particularly important if you are using two scanners in one location. If your county assigns two blue ballot bins to one scanner, the blue ballot bins will have matching or corresponding numbers, names, etc. The two blue ballot bins can be placed on a rotation throughout the Early Voting period as ballots are transported back to election central each evening. As a Clerk you will return one blue ballot bin, and be given an empty blue ballot bin from your county for use the next day.

Throughout the Early Voting process, all ballot cards, paper ballots, and BMD keys must be secured while not in use. Do not share voting equipment passwords with anyone other than staff and employees working the Early Voting Center. Never share VREMS passwords or two-factor authentication tokens with any other person. Do not leave ballots, computers (used for VREMS access), and voting equipment unattended.

73

# Opening Day Procedures

On the first day of the Early Voting period, follow BMD, Ballot Scanner, and EPB opening procedures as set out in the Poll Manager's Handbook. Verify any seal numbers against the pre-recorded seal numbers in the EVC logbook. When using the EVC logbook, a separate envelope or container must be used to collect all broken or used seals during the early voting process. Complete the opening part (top and sections A-D) of Early Voting Ballot Reconciliation Worksheet.

# Daily Opening Procedures (after opening day)

**Open each EPB:**

- Verify the seal number on the EPB case

- Set up the EPB

- Power on EPB, Launch, enter Pollbook Qualification Code

- Select Early Vote

**Open each BMD:**

- Open the left-side access door

- Verify the seal number on the thumb drive cover

- Flip the power switch to "on"

- Close and lock access door

- Reseal Access door

- Open each scanner: Scanner Instructions Change from Opening Day

- Unlock & open the screen to power on

- The scanner will automatically print a Configuration Report. This report is okay to print because it does not contain any vote totals.

- Type in name of Early Voting Center (it should populate as you type)

- Ensure the EPB automatically connects and all four icons beside the date and time are green

- Select Open poll

- Select "Don't Close – Keep Voting" on the scanner screen. **DO NOT select "Close Polls"**

- WARNING: NEVER "CLOSE THE POLLS" during the early voting period. Doing so will prompt the scanner to begin printing a results tape. Producing election results prior to 7:00 p.m. on election day could be a felony crime.

- Place empty blue ballot bin into main compartment, remembering to open flaps

- Lock and seal the main compartment and record the seal number in the EVC logbook

Complete the opening part (top and sections A-D) of Early Voting Ballot Reconciliation Worksheet

# Early Voting Ballot Reconciliation Worksheet

Accounts for ballot cards and hand-marked ballots provided, spoiled ballots returned by voters, unused ballots to be returned to the county board, voted ballots and provisional ballots for the Early Voting period.

### Early Voting Ballot Reconciliation Worksheet

County: **Palmetto**    EVC: Palmetto Voters Reg. Office    Date: 8/9/24    EV Day #: 2

Sections in gray are completed by the county office. Sections in white are completed by the poll clerk. Verify with check mark (✓).
All fields (circles or boxes) must contain a value. If zero, write 0.

End of day public count from scanner − Previous day public count (day 1 should be zero) = E

212 − 80 = 132

End of day voters checked in on EPB − Previous day voters checked in on EPB = J

215 − 80 = 135

| | Ballots Supplied | | ✓ |
|---|---|---|---|
| A | Ballot Cards | 500 | ✓ |
| B | Hand-Marked Paper Ballots — Emergency/provisional & failsafe provisional | 10 | ✓ |
| C | Additional Ballot Cards | 0 | |
| D | Additional Hand-Marked Paper Ballots — Emergency/provisional & failsafe provisional | 0 | |
| | A + B + C + D = Total 1 | 510 | |

| | Ballots Used | | |
|---|---|---|---|
| E | Ballots Scanned — Public count from scanner | 132 | |
| F | Provisional Ballots — Number of provisional ballot envelopes | 3 | |
| G | Spoiled Ballots — Number of spoiled ballots in the spoiled ballot envelope   Ballot Cards (G1) 1   Hand-Marked Paper Ballots (G2) + 0 = | 1 | |
| | E + F + G = Total 2 | 136 | |

| | Ballots Not Used | | |
|---|---|---|---|
| H | Ballot Cards — Physical count of remaining unused ballot cards | 367 | |
| I | Hand-Marked Paper Ballots — Physical count of remaining unused emergency/provisional & failsafe provisional ballots | 7 | |
| | H + I = Total 3 | 374 | |

| | Voters Checked In | | |
|---|---|---|---|
| J | Electronic Pollbook (EPB) | 135 | |
| K | Paper Poll List — Include provisional ballots NOT entered in EPB   Do NOT include the curbside poll list | 0 | |
| | J + K = Total 4 | 135 | |

For the boxes below, fill in the totals from the matching color boxes above. Check the math.

| Total 2 | 136 | + | Total 3 | 374 | = | 510 | Should = Total 1 | |
|---|---|---|---|---|---|---|---|---|
| Total 4 | 135 | + | G | 1 | = | 136 | Should = Total 2 | |

Explain any discrepancies: _____
_____

Are you returning any emergency ballots that have not been scanned?    Yes ☐    No ☑

Poll clerk signature: *Alec Shun* _____    Time: 6:15 pm

SEC FRM 1065-202408



# Closing of the Polls

At 7:00 p.m., the Clerk announces that the polls are closed. Any voters who are in the process of voting or waiting to vote at this time must be allowed to vote. No one who arrives after the announcement that the polls are closed may be allowed to vote (§7-13-850). A Poll Manager should stand at the end of the line to mark the last voter and to monitor for late arrivers.

## Scanning Emergency Ballots

After the polls have closed and with at least three managers present, follow the step-by-step scanner closing procedures and publicly open the emergency/provisional compartment and/or any other ballot box used for emergency/provisional ballots.

- Scan any ballot cards and hand-marked emergency ballots in the compartment and/or ballot box.

- Provisional ballot envelopes are removed and returned to the county office unopened. Please refer to *Emergency/Provisional Ballots* on page 51 in the *Equipment and Supplies* section.

## Canvassing and Reporting of Vote Totals at Polling Place

After the polls close and all voters waiting in line have voted, the managers must immediately close the EPBs, BMDs, and scanner. No further voting is allowed.

- A detailed step-by-step guide for opening and closing the BMDs and scanners, including canvassing, and reporting vote totals, are provided with your poll manager's materials. Be sure to follow these instructions carefully.

- Complete the Ballot Reconciliation Worksheet as you complete the closing process.

## Provisional Ballots

- At the close of the election, the Poll Managers must turn over the envelopes containing provisional (challenged) ballots to the county office. Managers do not include challenged ballots in their tally. The sealed envelopes containing these ballots must not be opened by the managers.

## Posting Election Results

- Three managers must sign the totals tapes, posting one copy in a conspicuous location at the polling place, and return the other totals tape with other election supplies. If possible, post the tape in a window or other location where it can be read from the outside after the polling place is closed (§7-13-1110, §7-13-1880).

## Sealing Equipment after Election

- You are required to seal the blue ballot bins using numbered seals at the close of the election. Seals will be provided in the seal envelope. Record seal numbers on the seal envelope. The BMD and scanner opening and closing guides provide detailed instructions for managing these seals.

## Accounting for Ballots after Election

- After closing the polls, counting the votes, and publicly posting the results; the Clerk or other manager designated by the board, must deliver to the county board the voter registration list, poll lists, ballot boxes, unused ballots, results tape, and thumb drive from the scanner.

- The managers are also responsible for accounting for all ballots provided to them by completing the Ballot Reconciliation Worksheet provided with your Poll Manager's materials. The worksheet helps you account for and document all ballots provided and used during the election, as well as the number of voters who were checked in on the voter registration list (§7-13-1150).

# Ballot Reconciliation Worksheet

Accounts for ballot cards and hand-marked ballots provided, spoiled ballots returned by voters, unused ballots to be returned to the county board, voted ballots and provisional ballots.

### Election Day Ballot Reconciliation Worksheet

County: **Palmetto**     Precinct: **Magnolia 2**     Date: **1/24/24**

Sections in gray are completed by the county office. Sections in white are completed by the poll clerk. Verify with check mark (✓). All boxes must contain a value. If zero, write 0.

**Ballots Supplied**

| | | | ✓ |
|---|---|---|---|
| A | Ballot Cards | 800 | ✓ |
| B | Hand-Marked Paper Ballots<br>Emergency/provisional & failsafe provisional | 200<br>(50 + 150) | ✓ |
| C | Additional Ballot Cards | 0 | |
| D | Additional Hand-Marked Paper Ballots<br>Emergency/provisional & failsafe provisional | 0 | |
| | A + B + C + D = Total 1 | 1,000 | |

**Ballots Used**

| | | | |
|---|---|---|---|
| E | Ballots Scanned<br>Public count from scanner | 510 | |
| F | Provisional Ballots<br>Number of provisional ballot envelopes | 20 | |
| G | Spoiled Ballots<br>Number of spoiled ballots in the spoiled ballot envelope<br>Ballot Cards (G1) 5<br>Hand-Marked Paper Ballots (G2) + 0 = | 5 | |
| | E + F + G = Total 2 | 535 | |

**Ballots Not Used**

| | | | |
|---|---|---|---|
| H | Ballot Cards<br>Physical count of remaining unused ballot cards | 285 | |
| I | Hand-Marked Paper Ballots<br>Physical count of remaining unused emergency/provisional & failsafe provisional ballots | 180 | |
| | H + I = Total 3 | 465 | |

**Voters Checked In**

| | | | |
|---|---|---|---|
| J | Electronic Pollbook (EPB) | 530 | |
| K | Paper Poll List<br>Include provisional ballots NOT entered in EPB<br>Do NOT include the curbside poll list | 0 | |
| | J + K = Total 4 | 530 | |

For the boxes below, fill in the totals from the matching color boxes above. Check the math.

Total 2 **535** + Total 3 **465** = **1,000** Should = Total 1

Total 4 **530** + G **5** = **535** Should = Total 2

Explain any discrepancies: _____

Are you returning any emergency ballots that have not been scanned?     Yes ☐     No ☑

Poll clerk signature: *Cam Payne*     Time: **7:30 pm**

SEC FRM 1150-J02408

78



# Opening & Closing Reminders

## Opening Reminders

### Poll Managers

- ☐ 6:00 a.m. arrive at the polling place one hour before polls open at 7a.m.
- ☐ Poll Managers dressed appropriately and comfortably in politically neutral attire
- ☐ Food, drinks, medications, and cell phones, safely stored away
- ☐ Emergency Contacts written in Poll Managers Handbook
- ☐ All Poll Managers wearing badges
- ☐ Poll Managers take oath

### Layout

- ☐ Check-In Station set up with proper amount of EPBs, Paper Voter Registration Lists and one pack of Ballot Cards counted and placed at check-in station and replenished throughout the day
- ☐ Resolution Table set up with proper equipment
- ☐ Poll Watcher Space clearly designated with signage behind Check-In Table
- ☐ Poll Observer Space designated with signage (out of the way for a broader view)
- ☐ Clear route throughout the entire voting area that is at least three feet wide
- ☐ Curb-Side Voting Area designated with signage

## Equipment

☐ MiFi device connected ASAP to allow enough time for updates

☐ Set up EPBs at Check- In Table by following detailed instructions on page 36

☐ EPB Seal Numbers match numbers on seal envelope

☐ EPB is plugged into power source

☐ Set up BMDS by following detailed instruction on page 40

☐ BMDS arranged at least 5 feet from managers table

☐ BMDS spaced apart for privacy with privacy screens in place

☐ BMDS are not visible from entryway or security cameras

☐ BMD device kickstands in place for optimal viewing

☐ BMD Seal Numbers match numbers on seal envelope

☐ BMDs are plugged into power source

☐ Set up Scanner by following detailed instructions on page 46

☐ Scanner Seal Numbers match numbers on seal envelope

☐ Scanner is plugged in to power source

☐ Lid flaps on blue ballot bin are open inside the ballot bin compartment

☐ Seals placed on ballot compartment doors and numbers recorded on seal envelope

☐ Scanner and BMD keys are secure

## Accessibility

☐ At least one entrance accessible for voters with disabilities

☐ Accessible entrance sign in place to direct voters to accessible entrance

☐ Accessible Parking is close to entrance and pathway is clear of debris

☐ Curbside voting signs placed at curbside voting area

☐ Poll Lists numbered and ready for curbside voting and emergency use

☐ Sample ballot and posters placed at wheelchair eye level

☐ At least one wheelchair accessible voting station is set up

## Signs

☐ The eight required signs (see pages 25-27) are posted where they are visible to all voters

☐ Zero tape is signed and posted by 3 Poll Managers in polling place, (usually front door) second copy is saved with Poll Manager materials

☐ Put signs on trifold that are important so voters will not miss

# Closing Reminders

☐ 7:00pm Clerk announces the closing of the polls (please ensure that voters in line by 7:00 p.m. are able to vote)

## Count the Votes

☐ Scan any ballot cards and hand-marked emergency ballots in the compartment and/or ballot box

☐ Complete the Ballot Reconciliation Worksheets as you complete the closing process

☐ Remove Provisional ballot envelopes from scanner and return to the county office unopened. Do not include challenged ballots in the Ballot Reconciliation Worksheet. The sealed envelopes containing these ballots must not be opened by the managers

## Equipment Breakdown

☐ Shut down EPBs at Check-In Table by following detailed instructions on page 37 and properly store in cases including cords

☐ Shut down BMDs by following detailed instructions on page 41 and properly store in cases including cords

☐ Shut down Scanner by following detailed instructions on page 47 and properly stored including cords

☐ Ensure all USB sticks have been removed from the scanner ONLY after it has been completely shut down. (Removing the USB early will cause issues)

☐ Shut down the Ballot Marking Devices (BMDs)

☐ Shut down the Scanners

☐ Seal blue ballot bins using numbered seals provided in the seal envelope. Seal numbers will be recorded on the seal envelope. The BMD and Scanner Opening and Closing Guides provide detailed instructions for managing these seals.

81

### Publicly Post the Results

☐ Three managers must sign the totals tapes and return the other totals tape with other election supplies. If possible, post the tape in a window or other location where it can be read from the outside after the polling place is closed (§7-13-1110, §7-13-1880).

☐ Lock and seal ballot boxes using numbered seals at the close of the election. Seals will be provided in the seal envelope. Record seal numbers on the seal envelope

## Completing the Closing Checklist

Clerks should ensure all items have been completed on the checklist prior to the closing of the polls.

## Returning Supplies to the County Office

The Clerk or other manager designated by the board must deliver the voter registration list, poll lists, ballot boxes, unused ballots, results tape, and thumb drive from the scanner directly to the county office the night of the election. Your county office will provide you with a list of everything that should be returned immediately upon the close of the polling location and will give you directions as to where these items will be returned within the office. Supplies and ballot boxes must be taken directly back to the county office from the polling location.

Items that **must** be returned the night of the election:

- All cast ballots, sealed and locked in blue ballot bin

- Any Provisional, Emergency, Failsafe ballots (blank and voted), and all blank ballot cards in sealed/locked ballot bag

- Lanyard with DS300 thumb drive, keys, and two copies each of zero and totals tapes

- Ballot Reconciliation Worksheet



## Election Day Issues

If every voter who arrived at your polling place was qualified to vote there and had proper ID, your job as a Poll Manager would be simple. While most voters are qualified, some are not. One of your most important responsibilities is to determine if and how these voters should vote in your polling place. You are also responsible for ensuring that everyone follows the rules for the conduct of elections. This section provides instruction on addressing many of the issues you may encounter on Election Day.

# Voter Without Qualifying Photo Identification

If a voter does not present one of the qualifying Photo IDs, the manager must ask:

**"Did you forget to bring your Photo ID to the polls, or do you not have a Photo ID?"**

1. If the voter forgot to bring their Photo ID, the voter has two options:

    a. Leave polling place, return with Photo ID, and vote a regular ballot using the BMD and scanner.

    b. Vote provisional ballot now and present Photo ID later to county office, no later than provisional ballot hearing. Explain ballot will NOT count unless voter presents Photo ID by that time. Poll manager checks the box in Section C of the Provisional Ballot Envelope. Voter does NOT complete Reasonable Impediment Affidavit. Provide voter with Notice of Provisional Ballot Hearing.

2. If the voter does not have a Photo ID, ask the voter the following question:

**"Is there an obstacle that prevented you from getting one of the necessary Photo IDs?"**

Voter Answers **"YES" (Reasonable Impediment)**

1. Ask voter to show their paper voter registration card without a photo.

2. If voter shows the paper voter registration card without a photo, proceed to Step 3.

   a. If voter has a paper voter registration card without a photo but did not bring it to the polls, they have the option of retrieving it and proceeding to Step 3.

   b. If voter does not have a paper voter registration card without a photo and does not retrieve one, voter must vote a provisional ballot that will NOT count unless the voter presents one of the qualifying Photo IDs to the County Office prior to certification of the election. Completes Steps 2-4 under Voter Answers "No" below.

3. Manager completes Voter Information Section of Provisional Ballot Envelope.

4. Voter completes Reasonable Impediment Affidavit in Section D of the Provisional Ballot Envelope.

5. Poll Manager attests to voter's signature by signing affidavit.

6. Continue the provisional voting process by following the procedure in the *Voting a Provisional Ballot* section on page 95.

Voter Answers **"NO"**

1. Manager informs voter they may vote a provisional ballot that will NOT count unless the voter presents one of the qualifying Photo IDs to the County Office at the provisional ballot hearing.

2. Manager must inform voter they may obtain a free Photo ID from the Department of Motor Vehicles or the county voter registration and elections office.

3. Manager completes Voter Information section of Provisional Ballot Envelope and checks the box in Section C indicating the voter will need to provide Photo ID to the County Office prior to provisional ballot hearing.

4. Continue the provisional voting process by following the procedure in the *Voting a Provisional Ballot* section on page 95.

84

# Photo ID Questions and Answers

**"What is a reasonable impediment?"**

By asking the voter if there is "an obstacle that prevented you from getting one of the necessary Photo IDs," the manager is determining if the voter wishes to claim the "reasonable impediment" exception to providing Photo ID at the polling place.

If the voter doesn't understand reasonable impediment, the manager should explain that a reasonable impediment is any obstacle that prevented the voter from obtaining any one of the qualifying Photo IDs. Some reasonable impediments may include:

- A religious objection to being photographed
- Disability or illness
- Work schedule
- Lack of transportation
- Lack of birth certificate
- Family responsibilities
- Any other obstacle the voter finds reasonable

**"I have a reasonable impediment"** or **"I have a good reason for not having a Photo ID"** or any similar statement.

Manager must consider such statements by the voter as a "yes" answer to the reasonable impediment question. Manager should follow procedure for voter answering "yes" under *Voter Without Qualifying Photo Identification* on page 83.

**"Can I just say I don't have a car?"** or **"I have kids, is that reason enough?"** or **"I just don't have time. Can I claim that?"** or similar questions.

Manager should explain that the voter may claim any obstacle to obtaining a qualifying ID that they find reasonable as long as it is true. Only the voter determines what is reasonable. In other words, only the voter can say whether any particular obstacle created a reasonable impediment to obtaining a Photo ID. Managers and other election officials do not determine the reasonableness of the claimed impediment.

**"Will my vote count?"**

A provisional ballot cast under the reasonable impediment exception will count unless the county board has grounds to believe the affidavit is false. In other words, the county board would have to have convincing evidence that the voter is either not who they claim to be, or that the voter lied about their impediment.

**"What if my Driver's License is expired?"**

State law requires that the qualifying Photo ID be current (not expired). Not all Photo IDs have an expiration date, but managers must check any expiration date that is on the ID (see *Processing the Voter* on page 58 in the *Voters* section). If the ID is expired, it cannot be accepted. If the voter has no other qualifying Photo ID, the manager follows the procedure under *Voter Without Qualifying Photo Identification* on page 83.

**"My Driver's License is suspended. Can I still use it?"**

State law requires that the qualifying Photo ID be valid (not suspended, cancelled, revoked). In most cases, managers will not know whether a Photo ID has been suspended, cancelled, revoked, etc. However, if the manager has knowledge that the Photo ID is not valid (e.g., voter volunteers the information), the ID cannot be accepted for voting. If the voter has no other qualifying Photo ID, the manager follows the procedure under *Voter Without Qualifying Photo Identification* on page 83.

**"I've misplaced my Photo ID"**

A person who has lost or misplaced their Photo ID and has no other approved Photo ID should be considered as not having a Photo ID. This voter would be eligible to vote under the reasonable impediment exception in *Voter Without Qualifying Photo Identification* on page 83. The voter would not be treated the same as a voter who simply left their Photo ID at home. The voter who leaves their Photo ID at home either must retrieve it or vote a provisional ballot and show a Photo ID prior to certification of the election.

**"What is considered a federal, military ID?"**

There are numerous Photo ID cards that are considered federal, military IDs. Please refer to pages 111-112 for some example images.

- Is it federal?
- Is it military?
- Does it have a photograph?

When in doubt about whether a Photo ID is a federal, military ID, ask yourself these questions:

- Active-duty military IDs
- Retiree and spouse military IDs
- Contractor or civilian employee military IDs
- Veteran's Affairs Benefits Card
- Any other Photo ID issued by the Department of Defense

If the answer to all three questions is "yes," the ID is a qualifying Photo ID acceptable for voting. If the answer to any of the questions is "no," it is not a federal military ID. The manager may contact the county voter registration and elections office for guidance. If the ID is not a federal military ID, ask the voter if they have any other form of qualifying Photo ID. If not, follow procedures under *Voter Without Qualifying Identification* on page 83 in the *Election Day Issues* section.

**"Can I vote with my federal agency ID?"**

No. Just because it is a federal ID does not mean it is accepted. (example: Tribal ID card).

**"Can I vote with my S.C. Concealed Weapons Permit (CWP)?"**

Yes, if it is current and valid. The CWP is a form of identification containing a photograph issued by the Department of Motor Vehicles.

## Voter's Identity in Doubt

The manager must verify that the photograph on the qualifying ID is that of the person seeking to vote. Additionally, the signature on the voter's ID should be checked against the voter's signature on the poll list. In comparing the photograph, the manager must consider the issue date of the ID, changes in hair style or color, eyewear, or other changes to the voter's appearance that could make the voter appear differently at present than at the time the photo was taken. For example, a voter may look substantially different today than they look in a photograph taken ten years ago. Likewise, a person's signature may change over time. Managers must err on the side of the voter in making these comparisons.

If after examining the voter's photograph and signature on the voter's ID the manager disputes the identity of the voter, follow these steps:

**Step 1:** Ask the voter for another form of qualifying Photo ID. If the voter provides a second qualifying Photo ID, and the manager no longer disputes the voter's identity, the voter must be allowed to vote a regular ballot using the BMD and scanner.

**Step 2:** If the voter cannot provide a satisfactory, secondary qualifying Photo ID, the manager must allow the voter to vote a provisional ballot.

**Step 3:** Manager completes the Voter Information Section of the Provisional Ballot Envelope and Section B, Voter Qualification Challenge.

**Step 4:** Continue the provisional voting process by following the procedure in the *Voting a Provisional Ballot* section on page 95.

## Name Not Found on Electronic Poll Book (EPB)

A voter's name not being on the voter registration list could be an indicator that a voter is not registered or has moved away from the precinct. However, just because a voter's name is not on the voter registration list does not necessarily mean the voter cannot vote at that polling place. For various reasons, the name of a qualified voter may not appear on the voter registration list. Managers must help ensure each voter casts a ballot in the polling place in their precinct of residence. Voting in an incorrect precinct may cause a voter's vote not to count.

In some cases, the county board of voter registration and elections may provide the voter with a letter instructing the managers in the precinct to allow the voter to vote. If so, allow the voter to vote a regular ballot using the BMD and scanner.

# When any person wants to vote and their name does not appear on the voter registration list, follow these steps (S.C. Code §7-13-820):

1. If initial search on EPB does not find voter in your precinct:

    a. Touch "Expand Search" to search all voters in the election

2. Voter found registered in another precinct:

    a. Touch the voter's name on the screen

    b. Ask the voter if they still live at the address on the screen

    c. If the address is correct, touch "Find Poll Place." Provide voter with the address of their correct polling place and offer to send a text with the address to the voter's phone. Touch "Send Text." Enter the voter's cell phone number and touch "Send."

    d. If the address is not correct, refer to the *Failsafe Voting* section on page 91.

3. Voter NOT found in any precinct:

    a. Call county office. County office will search its records to determine if voter is registered and in which precinct.

    b. County office finds voter registered in another precinct: County office will instruct you to either direct voter to correct precinct or to county office, depending on situation

    c. County office finds voter is eligible to vote in your precinct:

        i. If EPBs are connected to the network properly, county office will add voter remotely to the EPB, and you will process the voter through the EPB

        ii. If EPBs are not connected to the network, county office will direct you to manually add the voter to the paper voter registration list

# Manually Adding Voters

While South Carolina does not have same day voter registration, in some circumstances, you will be directed by the County Office to manually add a voter to the paper voter registration list. To manually process a voter:

1.  In the next blank line at the end of the paper voter registration list, write the voter's information (name, address, and date of birth, if available) from the voter ID.

2.  On the paper poll list, have the voter sign the next available line.

3.  Write the page and line number on the registration list.

4.  Initial in the manager's initials column.

5.  Shade in the "Voted" circle.

6.  Provide voter with blank ballot card. At BMD, manually select voter's ballot style provided by county office.

If the office cannot locate the voter's record, or you cannot contact the county office, and the voter insists on voting, the voter may vote a provisional ballot. Complete the Voter Information Section and Section B of the Provisional Ballot Envelope listing the reason for the challenge. Continue the provisional voting process by following the procedure in the *Voting a Provisional Ballot* section on page 95.

# Address Not Correct on Voter Registration List

You will ask each voter if the address on the voter registration list is correct. If the voter says the address on the list is not correct, follow these steps:

1. Ask for the voter's current address.

2. Determine if the address is inside or outside the precinct. You may need to call the county office for help.

    a. Outside the precinct: Refer to "Failsafe Voting" section of the Poll Manager's Handbook

    b. Inside the precinct:

        i. Voter completes Change of Address form. Save the form with materials to be returned to the county office.

            • EPBs connected to network: County office updates voter remotely, then process the voter through the EPB.

            • EPBs NOT connected network: Process the voter on the EPB, but skip the ballot card printing step to avoid printing an incorrect style on the card. To skip the ballot printing stage:

                ○ After pressing "Issue Ballot," the EPB will direct you to insert the ballot card in the printer

                ○ Instead of inserting the card, power off the printer

                ○ Press "Skip." Then press, "Complete Check-in"

                ○ Power the printer back on

                ○ Use a blank ballot card at the BMD and manually select the ballot style as directed by the county office

    c. If you are unable to determine whether the address is inside or outside the precinct.

        i. The best option is to send the voter to the county office

        ii. If time does not allow, or voter insists on voting at polling place, allow voter to vote a provisional ballot. Complete Voter Information Section and Section B of the Provisional Ballot Envelope listing reason for challenge. Continue provisional voting process by following the procedure in the "Voting a Provisional Ballot" section

# Failsafe Voting

Failsafe voting is designed to allow voters who have moved from one precinct to another and failed to update their address to update the address on election day and vote (§7-5-440).

## Failsafe voting applies in two situations:

1. Voter moves from one precinct to another within the same county.

2. Voter moves from one South Carolina County to another within 30 days of an election.

## A voter in either of these situations has two options:

1. Vote at the polling place where the voter's name is on the voter registration list (in the voter's previous precinct). The voter votes a limited, failsafe ballot containing only federal, statewide, countywide, and municipality-wide offices NOTE: In a local election that is not countywide, the former polling place may not be open, and the only option would be to go to the county office.

2. Go to the voter registration office in the voter's current county of residence, complete a change of address form if the voter has moved within the same county. They may now vote a full ballot. Voters moving from one county to another must complete a NEW registration form and will vote a limited failsafe ballot.

## If voting failsafe at the polling place, follow these steps:

1. Manager completes Voter Information section and Section A of Provisional Ballot Envelope.

2. Voter signs Section A of Provisional Ballot Envelope.

3. Continue the provisional voting process by following the procedure in the *Voting a Provisional Ballot* section on page 95.

    a. Be sure to provide the correct Failsafe Provisional ballot

## Failsafe voting does NOT apply in these situations:

- Voter moves within their precinct. This voter votes a regular ballot using the BMD and scanner (see *Address Not Correct on Voter Registration List* section on page 90)

- A voter who has moved from one South Carolina county to another prior to 30 days before the election. In this case, the voter should have registered in their new county by the 30-day deadline. If the voter moved before the 30-day mark and did not register in their new county, the voter is not eligible to vote in the election.

## Failsafe Voting in Municipal Elections

Failsafe voting also applies to municipal elections with some differences:

1. A voter must have resided within the municipality for at least 30 days to be eligible to vote in the municipal election.

    a. **Move within Precinct within Municipality:** If the move is within the same precinct and within the municipality, the voter votes a regular ballot using the BMD and scanner (see *Address Not Correct on Voter Registration List* section on page 90)

    b. **Precinct to Precinct within Municipality:** If the move is from one precinct within the municipality to another precinct within the municipality, choose from the two options under the "Failsafe Voting" section

        i. Vote at the polling place where the voter's name is on the books (in the voter's previous precinct). The voter votes a limited, failsafe ballot containing only federal, statewide, countywide, and municipality-wide offices.

        ii. Go to the voter registration office in the voter's current county of residence, complete a change of address form, and vote a full ballot

    c. **Move from Outside a Municipality:** If a voter has moved from outside a municipality to inside a municipality, ask the voter when the move occurred.

        i. If the move occurred before the 30-day mark, failsafe voting applies because the voter has been a resident of the municipality for 30 days

        ii. If the move occurred after the 30-day mark, the voter may not vote because they have not resided in municipality for 30 days

2. There are additional considerations when a municipal election is being held with a county or state election and when a municipality is split by county lines. In these situations, refer to your county voter registration and elections office for assistance.

# Absentee Ballot Issued

Poll Managers cannot, under any circumstances, accept absentee ballots at the polling place (§7-15-430). A voter who received an absentee ballot must return the ballot to the county office.

## Procedure:

Electronic poll book (EPB) indicates voter was issued an absentee ballot, returned an absentee ballot, or voter is marked ABS on paper voter registration list. Absentee Issued or Absentee Returned will be shown on the EPB screen. Before proceeding, double-check that the correct voter record is selected on the EPB.

### Absentee Issued (but not returned):

- Voter votes a provisional ballot. This ballot will count if the voter has not returned an absentee ballot and is otherwise qualified.

- On the provisional ballot envelope, complete the Voter Information Section and Section B, Voter Qualification Challenge, checking the box "Issued an absentee ballot".

- It is no longer necessary to select the box next to the question "Did voter receive ballot?"

- Refer to *Voting a Provisional Ballot* section on page 95.

### Absentee Returned:

- First inform voter, "You have already voted absentee and are not eligible to vote again"

- If voter says they did not return an absentee ballot, inform voter that attempting to vote twice is a felony. If the voter insists the record is not correct, allow voter to vote a provisional ballot. The county board will determine the issue at the provisional ballot hearing.

# Voted at Early Center

If a voter cast a ballot at an Early Voting Center, they are ineligible to vote on election day. It is a felony to vote or attempt to vote more than once in an election. On the EPB, you will see the voter's status as "Active: Early Ballot Issued" and they will be highlighted in red.

93

# Voter Qualification Challenges

## Challenges by the Managers

If you are reasonably sure a person is qualified to vote, you must provide the person a ballot (§7-13-730).

If you have good reason to believe a person has already voted, you must prevent them from voting. (For example, the EPB indicates the person voted absentee or the paper voter registration list has ABS next to the voter's name). You must also prevent any person from voting who is not a registered voter or who has become disqualified for any cause. It is your duty to challenge the vote of any person who may be known or suspected to not be a qualified voter (§7-13-810).

Any voter's ballot may also be challenged by a Watcher (see page 14) or other voter (§7-13-810, §7-13-820, §7-13-830).

## Voter Qualification Challenge Procedure

Challenges must be made before the voter inserts their ballot in the scanner or deposits their ballot in a ballot box. No challenge may be considered after that time.

**Step 1:** Explain Qualifications

When a manager, watcher, or voter challenges a ballot, the manager must explain to the voter the qualifications of a voter (§7-5-120):

- Must be at least 18 years of age

- Must be citizen of the United States, a resident of South Carolina, the county, and the voting precinct at which they offer to vote

- Must not be under a court order declaring them mentally incompetent

- Must not be confined in a prison or jail (does not apply to persons awaiting trial)

- Must not have been convicted of a felony or crimes against the elections laws (unless they completed their sentence, including any probation or parole time and paid restitution, or has been pardoned for such offenses, and has registered to vote after completing their sentence)

- Must have been duly registered by the board of registration at least 30 days prior to the election

**Step 2:** Voter Insists on Voting

If the person whose ballot is challenged insists that they are qualified, and the challenge is not withdrawn, the voter must vote a provisional ballot

**Step 3:** On the provisional ballot envelope, complete the Voter Information Section and Section B, Voter Qualification Challenge, listing the reason for the challenge. Continue the provisional voting process by following the procedure in the *Voting a Provisional Ballot* section below.

# Voting a Provisional Ballot

Voters may be required to vote a provisional ballot for various reasons. Once you determine a voter must vote a provisional ballot, follow these steps:

**Step 1:** All provisional voters are processed through the EPB.

- Locate voter in EPB. Provisional ballots can be issued for voters in your precinct or voter who are found in other precincts.

    ○ If voter is NOT found in EPB, touch "Voter Not Found." Complete voter details screen. To select voter's precinct and ballot style, begin typing your precinct name. Ballot style options will appear. Touch the correct style to choose. Touch "Next".

- Touch "Issue Provisional"

- Select the appropriate provisional reason and touch "Next"

- Rotate the screen toward voter and ask voter to sign and touch "Done Signing"

- Rotate the screen back, ensure voter signed, and touch "Accept"

- To select voter's precinct and ballot style, begin typing your precinct name. Ballot style options will appear. Touch the correct style. In some cases, the county office will need to direct you on which ballot style to choose. Touch the blue return arrow. Then touch "Next".

- Touch "Provisional Paper Ballot" then touch "Issue Ballot"

**\*\*\* WARNING! DO NOT TOUCH** "ExpressVote Activation Card!" All provisional voters must vote a hand-marked paper ballot \*\*\*

    ○ If an ExpressVote Activation Card is accidentally issued, spoil the ballot, and provide the voter with a hand-marked paper ballot

- Touch "Complete Check-in"

95

**Step 2:**  Manager completes the Provisional Ballot Envelope

- Complete Voter Information Section

- Complete the appropriate section (A, B, C, or D) depending on reason for voting provisional (see previous sections). If using section A or D, voter must also complete and sign

**Step 3:**  Manager provides voter with:

- Completed Provisional Ballot Envelope

- Emergency/Provisional or Failsafe Provisional ballot (make sure to provide the correct ballot style)

- Blue or black ballpoint pen

**Step 4:**  Direct voter to a nearby voting booth to mark the ballot. Instruct the voter to place the ballot in the envelope when finished, seal the envelope, and return it to the manager's table.

- Monitor the voter to ensure the voter returns to the manager's table and does not attempt to leave the polling place or scan the ballot in the scanner. If possible, notify the scanner or exit monitor to assist with monitoring.

**Step 5:**  When the voter returns the provisional ballot envelope, verify the voter placed the ballot in the envelope and the envelope is sealed.

**Step 6:**  Provide voter Notice of Provisional Ballot Hearing and verbally inform the voter of the date, time, and location of the hearing.

**Step 7:**  Insert the envelope in the emergency/provisional ballot slot or in a separate ballot box designated for that purpose.

# Voter Decides Not to Vote During Check in Process

After being checked in, a voter may decide not to vote. If you have printed the voter's ballot from the electronic poll book (EPB), but the voter has not placed it in the BMD, you will need to spoil the ballot since the ballot will have a ballot style printed on the card. Previously when issuing a blank card, the ballot card could be reused.

You will also need to cancel the voter's participation in the EPB:

1. Search for the voter in the EPB and select the voter

2. Touch "Manage Voter"

3. Enter the Supervisor Password provided by the county office

4. Touch "Cancel Ballot" Confirm by touching "Cancel Ballot" again

# Voter Decides Not to Vote After Starting Voting Session at BMD

After checking in and being directed to a BMD, a voter may decide not to vote after starting the voting session. Please follow the below steps:

1. Complete the voting session by clicking "NEXT" until you see the Review Screen

2. Print Blank Ballot

3. Spoil the Ballot

You will also need to cancel the voter's participation in the EPB by following the directions above in the "*Voter Decides Not to Vote During Check in Process*" section

# Voter Leaves Ballot Card at BMD

If a voter leaves a BMD without printing their ballot, and the managers could not alert the voter, the managers must assume the voter intended to cast the ballot. At least two managers must proceed to the end of the ballot without changing any selections and print the ballot. The two managers must then place the ballot in the scanner.

If a voter leaves a printed ballot card at the BMD, at least two managers must then place the ballot in the scanner.

If a voter leaves and indicates to the managers that they no longer wish to vote, follow the procedures in the *Voter Decides Not to Vote During Check In Process* on page 96.

97

# Emergency Situations

In any emergency, your first concerns should be your own safety, the safety of your co-workers, and the safety of any voters in the polling place.

- In the case of a medical emergency or other emergency requiring assistance from the Police Department, Fire Department, or medical personnel, always dial 9-1-1

- If you see something, say something. Report any suspicious or criminal activity to law enforcement immediately. If safe to do so, also notify the county office.

- If you must leave your polling place due to an emergency, the safety of you, your fellow managers and voters are the primary concern. There may be times when voting can continue at an alternate location. If safety and time permit, take the following items with you, in order of importance:

  - Electronic poll book(s) or paper voter registration list

  - Paper ballots

  - Poll lists

  - The scanner and scanner base including the ballot boxes

  - Ballot cards and BMDs

  - Other election materials

  Always follow the instructions of emergency personnel

- If you must leave your polling place, call the county office once you reach a safe location to report the situation

# Police Officers

Peace officers may call upon bystanders to assist them, and bystanders are required to render such assistance (§7-13-150).

Unless called within the polls by a majority of the managers for assistance, no sheriff, deputy, policeman, or other officer is allowed to come within the polling place. This does not prevent a police officer from entering the polling place for the purpose of casting their ballot (§7-13-160). Once they vote, however, the peace officer should leave the polling place.

## No Concealed Weapons Allowed

In accordance with state law, no concealable weapons are allowed within the polling place on Election Day, regardless of a concealed weapons permit (§23-31-215M). This includes the Early Voting period as well. However, on duty peace officers may enter the polling place with their weapon. Signs must be posted at the entrances to the polling locations. This law applies regardless of the status of the building during regular business hours on a typical, non-election day.

## Felony Charges for Election Misconduct

In May 2022, the South Carolina General Assembly has upgraded some election crimes to felonies and increased the penalties.

- Fraudulent voting or attempt to fraudulently vote, aiding in fraudulent voting or attempt to fraudulently vote, voting more than once, or impersonating a voter.
    - Penalty: Felony, up to $5,000 fine and 5 years prison

The county office will provide a poster stating "VOTING MORE THAN ONCE IS A FELONY…" You must display the poster in the polling place.

- Willful violation of duties by a poll manager.
    - Penalty: Felony, up to $5,000 fine and 5 years prison
- Fraud or corruption by a poll manager in the management of an election
    - Penalty: Felony, up to $5,000 fine and 5 years prison
- Willful neglect of duties or corruption in conduct of duties by any election official
    - Penalty: Felony, up to $5,000 fine and 5 years prison
- Accepting anything of value in exchange for requesting, collecting, or delivering an absentee ballot.
    - Penalty: Felony, up to $5,000 fine and 5 years prison

# Equipment Issues

## Scanner Not Available

If the scanner is inoperable or not available, continue using BMDs and direct voters to insert ballot cards into the emergency/provisional ballot slot on the front of the scanner and notify the county office immediately. A technician will be sent to restore operation of the scanner. Any ballot cards placed in the emergency/provisional ballot slot will be counted at the end of the night. Instructions for processing these ballots are including in the *Scanner Closing Procedure* on page 47.

## Ballot-Marking Devices (BMDs) Not Available (Emergency Ballots)

If all BMDs are inoperable or if not enough are available, provide voters with emergency paper ballots and notify the county office immediately. A number of ballots labeled "Emergency/Provisional" will be provided for this purpose not to exceed 10% of the registered voters at the polling place. The county office will work to restore the BMDs and/or provide additional emergency ballots.

Voters must be provided with a voting booth to ensure the secrecy of their ballot. If hand-marking a paper ballot in an emergency, use a voting booth or remove the privacy screen from an inoperable BMD and place it on a table to create a voting booth.

After marking the paper ballot, instruct voters to fold the ballot so that the stub can still be seen. Voters return the ballot to the managers who then remove the stub. The ballot is returned to the voter, and the voter places the ballot in the scanner using the larger slot below the ballot card slot. If both BMDs and the scanner are not available, voters will place the hand-marked emergency ballot in the emergency/provisional ballot slot on the front of the scanner base or, if necessary, in another ballot box provided by the county office.

## Insufficient Ballots

If you run out of emergency ballots and no additional emergency ballots have been provided, the Poll Managers must provide ballots made as nearly as possible to the official ballots. Use any resource available, if necessary, to create these ballots. A ballot must be provided.

One remedy is to photocopy one of each style of the emergency ballots before they are exhausted. Remember to renumber these copied ballots consecutively before issuing to voters (§7-13-1870).

## An eligible voter may not be turned away from the polls during voting hours without being given the opportunity to vote.

A Poll Manager who fails to comply with the provisions of this law regarding providing ballots is guilty of a misdemeanor and, upon conviction, must be fined not more than $500.00 (§7-13-430).

## ExpressVote Printers Not Working

If the printers are not working, not printing the barcode label at the top of the ballot card, or printing the wrong ballot style, you will continue processing voters on the EPBs but skip the ballot printing step. Use blank ballot cards and manually select the ballot style for the voter at the BMD.

If the printer is on but not printing correctly or printing incorrect styles, you will need to power down the printer so you can skip the printing step. After pressing "Issue Ballot," press "Skip." Then press, "Complete Check-in."

Provide the voter a blank ballot card and direct them to a BMD. Ask the voter to insert the ballot with the corner cut to the right. When prompted, select the voter's ballot style number. Do not allow the voter to select their own ballot style. Once the ballot style is selected, the voter continues voting as normal.

The county office will direct managers on how to determine the voter's ballot style number.

## Electronic Poll Books (EPBs) Not Available

You will use the paper voter registration list and paper poll list to process voters if the EPBs are not available.

State law requires that when a precinct has more than 750 registered voters, the paper voter registration list must be divided alphabetically so that each list contains no more than 750 voters, with separate managers provided for each list (§7-7-730). Split the list so that there are an approximately equal number of voters in each section. While you should split the list at a letter break, do NOT split the list in half by the number of letters in each section (A-M, N-Z). This will likely result in unbalanced lines. Use signs to direct voters to the appropriate line.

# Marking the Paper Voter Registration List

Because the paper voter registration list will be scanned after the election to give voters credit for voting in the election, it is very important that managers be very careful in marking the voter registration list:

- Use a number 2 pencil

- Keep manager's initials, page number, and line number inside the boxes

- Fully shade the VOTED, PARTY, and/or RUNOFF circles. No "X"s, checks, or other marks

- Do not fold or crease the pages

- Do not write notes on the list (such as deceased, moved, etc.)

- Use a straight edge to help ensure you stay on the same line as you complete each column

# Marking Absentee Voters

Most voters who have been issued an absentee ballot will already be marked on the list. The "MGR INT" column will have "ABS" pre-printed in the column and the "VOTED" column will have an "X" pre-printed in the circle (see line 5 in the example general election list). However, voters who are issued an absentee ballot close to election may not be marked on the list. If some absentee voters have not been marked on the list, your county office will provide you with a list of absentee voters to mark. These voters must be marked before voting begins.

To mark absentee voters, follow the procedure detailed below for the appropriate type of election. However, instead of writing your initials where indicated, write "ABS-I" or "ABS-R" depending on if the voter was issued a ballot or was issued and returned an absentee ballot. Shade in the appropriate circles. Make no marks in the "PAGE" and "LINE" columns.

# Marking Election Day Voters

After finding the voter on the list, follow these instructions depending on the type of list being used:

## General Election List

**Step 1.**  Initial in the "MGR INT" (Manager's Initials) column

**Step 2.**  Write the page and line number on which the voter signs the poll list in the "POLL LIST" page and line number columns

**Step 3.**  Shade in the circle in the "VOTED" column

## Party Primary List

**Step 1.**  Determine the primary in which the voter wishes to vote (if more than one)

**Step 2.**  Initial in the "MGR INT" column

**Step 3.**  Write the page and line number of the voter's signature on the poll list in the "POLL LIST" page and line number columns

**Step 4.**  Shade in the circle in the "PARTY" column (R=Republican, D=Democratic)

## Municipal Election List

**Step 1.**  Initial in the "MGR INT" column

**Step 2.**  Write the page and line number on which the voter signs the poll list in the "PAGE" and "LINE" columns

**Step 3.** Shade in the circle in the "VOTED" column

**SOUTH CAROLINA VOT… REGISTRATION LIST**
**Statewide General Election**

ELECTION NUMBER: 20026
ELECTION DATE: 11/08/2016   POLLING LOCATION: First Baptist Church   PRECINCT CODE(s): 029   COUNTY: 02 AIKEN   PAGE NO: 3

| | NAME, ADDRESS | BALLOT STYLE | MGR INIT | POLL LIST PAGE | POLL LIST LINE | VOTED | Con | Sen | Hou | CoC | Sch | Wat | PSD | Fir | Mi1 | Mi2 | REG NUMBER | DOB/ REG DATES | DO NOT WRITE IN THIS AREA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Anderson William R 128 Village Pkwy | B027 | KR | 3 | 08 | O | 02 | 24 | 083 | 04 | 04 | | | | | | 024120203 | 10/13/1961 01/05/2010 | |
| 2 | Andrews Antroyn L 928 Georgetown Dr | B027 | | | | O | 02 | 24 | 083 | 04 | 04 | | | | | | 024096910 | 06/09/1967 10/05/2012 | |
| 3 | ANDREWS HOPE A 955 Georgetown Dr | B027 | | | | O | 02 | 24 | 083 | 04 | 04 | | | | | | 406782650 | 03/05/1986 09/25/2004 | |
| 4 | Apolzan John W 147 Village Pkwy | B027 | IM | | | O | 02 | 24 | 083 | 04 | 04 | | | | | | 024166563 | 02/23/1980 07/28/2009 | |
| 5 | Arant Nicki M 128 Savannah Pt | B027 | ABS | | | ☒ | 02 | 24 | 083 | 04 | 04 | | | | | | 024080110 | 09/19/1944 06/29/2005 | |

EXAMPLE GENERAL ELECTION LIST – FOR DEMONSTRATION PURPOSES ONLY

**SOUTH CAROLINA VC… R REGISTRATION LIST**
**Statewide Primary Election**

ELECTION NUMBER: 20579
ELECTION DATE: 06/12/2018   POLLING LOCATION: Calvary Baptist Church   PRECINCT CODE(s): 315   COUNTY: 23 GREENVILLE   PAGE NO: 5

| | NAME, ADDRESS | BALLOT STYLE | MGR INIT | POLL LIST PAGE | POLL LIST LINE | PARTY R | PARTY D | RUN OFF | RUN OFF PAGE | RUN OFF LINE | Con | Sen | House | CoC | Sch | CIC | REG NUMBER | DOB/ REG DATES | DO NOT WRITE IN THIS AREA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Arce Deanna T 128 Scottish Ave | D001 R014 | LC | | | ● | O | ● LC | 2 | 58 | 04 | 08 | 027 | 26 | 28 | | 470759069 | 09/12/1977 10/11/2016 | |
| 2 | Ard Corey R 302 Willow Branch Dr | D001 R014 | CW | 3 | 12 | O | ● | O | | | 04 | 08 | 027 | 26 | 28 | | 470113973 | 09/02/1990 08/24/2012 | |
| 3 | Ard Rhonda M 302 Willow Branch Dr | D001 R014 | IF | | | O | O | O | | | 04 | 08 | 027 | 26 | 28 | | 235538603 | 08/19/1959 03/20/1996 | |
| 4 | Arendt Jason D 125 Scottish Ave | D001 R014 | HB | 4 | 7 | O | ● | ● CW | 1 | 21 | 04 | 08 | 027 | 26 | 28 | | 470088809 | 09/16/1979 06/29/2012 | |
| 5 | Arias Virmancelly 101 Tripmont Ct | D001 R014 | | | | O | O | O | | | 04 | 08 | 027 | 26 | 28 | | 470057295 | 12/11/1975 04/12/2012 | |

EXAMPLE PRIMARY LIST – FOR DEMONSTRATION PURPOSES ONLY

**SOUTH CAROLINA VO… t REGISTRATION LIST**
**Surfside Beach Town Council Spec Elect**

ELECTION NUMBER: 20155
ELECTION DATE: 08/09/2016   POLLING LOCATION: Dick Johnson Civic Center   PRECINCT: 204   COUNTY: 26 HORRY   PAGE NO: 1

| | NAME, ADDRESS | BALLOT STYLE | ELECTION MGR INT | ELECTION PAGE | ELECTION LINE | VOTED | RUN OFF MGR INT | RUN OFF PAGE | RUN OFF LINE | VOTED | CITY COUNCIL DISTRICT | REG NUMBER | DOB/ REG DATES | DO NOT WRITE IN THIS AREA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ACEVEDO JASON 512 S Poplar Dr Apt C | | IM | | | O | IM | | | O | | 470625891 | 09/13/1976 05/25/2016 | |
| 2 | Ackles John M 629 3rd Ave S | | IF | | | O | IF | | | O | | 261893776 | 06/22/1939 01/31/1980 | |
| 3 | Ackles Steven G 629 3rd Ave S | | IF | | | O | IF | | | O | | 265781802 | 07/02/1970 07/24/1992 | |
| 4 | Adams Carol P 213 3rd Ave S | | | | | O | | | | O | | 265880639 | 05/14/1949 01/16/2003 | |
| 5 | Adams Charles R Jr. 812 S Hollywood Dr | | | | | O | | | | O | | 265850768 | 03/31/1953 09/28/1999 | |

EXAMPLE MUNICIPAL LIST – FOR DEMONSTRATION PURPOSES ONLY

## Primary Runoffs

In a primary runoff, you will use the same list as you used in the primary. Any voter who voted in the primary is limited to voting only in the same party's runoff. In other words, the voter may not switch from one party in the primary to another party in the runoff. You will use the list to make sure voters vote only in the runoff for which they are eligible.

A voter who did not vote in the first primary but was eligible to vote may vote in either party's runoff.

**Step 1.** Determine if the voter voted in the primary, then follow A, B or C.

    **A.** If the voter voted in the primary, and there is a runoff for that party (see line 4 in example primary list):

        1. Shade in the circle in the "RUNOFF" column

        2. Initial under the circle

        3. Write the page and line number of the voter's signature on the poll list in the "RUNOFF" page and line number columns

    **B.** If the voter voted in the primary, but there is no runoff for that party:

        1. Voter is not eligible to vote

    **C.** If the voter did not vote in the primary (see line 1 in the example primary list):

        1. Determine in which runoff the voter wishes to vote (if more than one)

        2. Initial in the "MGR INT" column

        3. Shade in the circle in the "PARTY" column (R=Republican, D=Democratic)

        4. Shade in the circle in the "RUNOFF" column

        5. Initial under the circle

        6. Write the page and line number of the voter's signature on the poll list in the "RUNOFF" page and line number columns

## Municipal Runoffs

In a municipal runoff, you will use the same list as you used in the election. A voter who did not vote in the election but was eligible to vote may vote in the runoff. Follow the same procedures as above, but complete only the columns under "RUNOFF." Make no marks in the "ELECTION" column.

## Ballot Bin is at Capacity

It is possible in a high turnout election for the ballot bin to reach capacity. Also, if a large number of unscanned ballot cards, unscanned emergency ballots or provisional ballots are placed in the emergency/provisional ballot slot, it is possible for the emergency/provisional compartment to reach capacity.

If the blue ballot bin reaches capacity, it should be replaced with another blue ballot bin. If you do not have a second bin, the county office or a Polling Location Technician (PLT) will provide one. Cut the seal on the door to the main ballot compartment and record the seal number on the seal envelope. Remove the ballot bin. Check the compartment for any ballots that may have fallen outside the bin and place them in the bin. Close the lid to the bin, lock the bin, and seal the bin on both sides. Record the seal numbers on the seal envelope. Place the new bin in the compartment, making sure both flaps to the lid are open. Close and lock the door. Place a new seal on the door and record the new seal number on the seal envelope.

## Emergency/Provisional Ballot Compartment is at capacity

If the emergency/provisional compartment reaches capacity, begin using a separate ballot box or secure ballot bag. If you do not have a second ballot box or bag, the county office, or a Polling Location Technician (PLT) will provide one. Before using the separate ballot box or bag, display that the box or bag is empty. Lock and seal the box or bag. Record the seal number on the seal envelope.

## Unable to Scan Emergency Ballots

If the scanner is not operational, contact the county office immediately. You may be directed to return the emergency ballots to the county office for tabulation.

In some cases, you could be required to hand count ballots at the polling place. Your county office will provide guidance if required to do so. If required to hand count ballots:

- Managers are authorized to use additional volunteer personnel in counting the ballots. A volunteer counter cannot be a candidate or a watcher for a candidate for an office to be voted on in the election, and they must take the following oath prior to assuming their duties:

  *"I do solemnly swear or affirm that I am not a candidate or a watcher in this election, am qualified elector of this county, that I will count the ballots entrusted to my care in a fair and impartial manner, and make to the best of my ability a correct tabulation of the results"*

  The managers are required to make a list of such volunteer counters and turn this list in with other election material to the county board

- Counting of ballots is a public process. The public has a right to be present when the ballots are being counted and no person may unduly interfere with or impede the process of counting the ballots. The managers should permit full observation of the counting but should also maintain absolute control of the entire proceeding to ensure that the ballots are properly counted and accounted for as well as maintaining the secrecy of the ballot

- If a voter marks more names than there are persons to be elected or nominated to an office, this is an overvote, and no vote for the office will be counted. The sections of the ballot that are properly marked must be counted (7-13-1120)

- A vote must be counted when there is reasonable certainty as to the voter's intent in choice of candidate or answer to a question. The determination of a voter's choice is sometimes a difficult task. The voter may make unclear marks making determining how the voter intended to vote difficult. Managers are required to exercise their best judgment as to how the voter intended to cast their ballot. If it is impossible to tell how the voter intended to vote in a particular contest, no vote can be counted for that contest, but votes may be counted for other contests on the ballot

- Vote tallies at the polling place are unofficial. It is important that all ballots be preserved so that the county board can canvass the vote prior to certification

- The counting must continue without interruption until it is completed

- After the counting is complete, the managers shall sign such statements of the results of the election as may be required (§7-13-1110)

## Voter is unable to write their signature

If the voter is unable to write or is prevented from signing their name by physical disability, they must sign the poll list by mark with the assistance of one of the managers. The voter should make a cross mark (X) after which the manager will write the voter's name and phrase "his mark" in the following manner:

**His**

John (X) Smith **DCR** <- Manager's Initials

**Mark**

The manager should place their initials on the line beside the mark (§7-13-710).

If you must use the paper voter registration list in an emergency, be aware of two key points:

- To determine whether an absentee ballot was issued (ABS-I) or returned (ABS-R), you will have to use a separate absentee voter list provided by the county office. The paper list will only show "ABS."

- No "D" or "R" ballot style indicator will appear on the paper list.
    - For example, the paper list will show "B001"
    - On the BMD, choose the style based on the voter's primary choice that corresponds with the ballot style number on the list
    - Example: Paper list shows ballot style B001, and voter is voting in the Democratic Primary. On the BMD, choose D001

# Appendix

The Appendix represents scans of SC Election materials. In the event some of the forms in this section are out of date, we need to scan the newer forms to replace them.

Most of the Photo IDs are good to use. We may want to feature the "newer" SC Voter Identification Card along with the one in the book and make note, "If presented one of the two types of SC Voter Identification Cards are acceptable."

The following pages include samples of each form to be used during an election, from opening and closing tapes to poll list and other materials used during the election process.

## Table of Contents

A1:   Qualifying Photo IDs

A2:   Unacceptable forms of Identification

A3:   Noncitizen's Licenses and IDs

A4:   Democratic Primary Poll List

A5:   Republican Primary Poll List

A6:   General Election Poll List

A7:   Curbside Poll List

A8:   Statewide Primary Voter Registration List

A9:   General Election Voter Registration List

A10: Special Election Voter Registration List

A11: Provisional Ballot Envelope (Front)

A12: Provisional Ballot Envelope (Back)

A13: a. Change of Address Form

b. Notice of Provisional Ballot Hearing

A14: Polling Place Opening Checklist

A15:  Polling Place Closing Checklist

A16:  Record of Watchers and Observers

A17:  Observers and Watchers Comparison Chart

A18:  Code of Conduct for Poll Watchers and Observers

A19:  Early Voting Ballot Reconciliation Sheet

A20:  Election Day Ballot Reconciliation Worksheet

A21:  Opening the Ballot Marking Device

A22:  Closing the Ballot Marking Device

A23:  Opening the DS300

A24:  Closing the DS300

A25:  500 Feet Radius Map

A26:  Totals Tape

A27: Poll Watchers Rules Poster

A28: Candidates Rule Poster

A29:  Notes

109

## A1 - Qualifying Photo ID

SC Drivers License



SC Drivers License Under 21



SC Drivers License Real ID



SC Department of Motor Vehicles ID License



SC Department of Motor
Vehicles License under 21



SC Concealed Weapons Permit



110

New SC Voters Identification Card

 

Paper Voter Registration Card



Older SC Voters Identification Card

Next Generation Federal Military ID Card

 

Federal Military ID Card



111

Federal Military ID Cards



Federal Military ID Card



Passport Card



Passport



Next Generation Passport



## A2 - Unacceptable Forms of Identification



# A3 - Non Citizens IDs

There have been recent allegations that noncitizens are registering to vote and are voting in South Carolina. While this is not true, we want to provide you with the resources necessary to identify any issues that may arise during early voting or on Election Day and to be able to answer questions.

**Noncitizen's Licenses and IDs:**



- Are issued to individuals who did not provide proof of citizenship at the time of obtaining their ID

- Has the language "limited term" printed at the top right of the ID

If someone enters the polling place with this type of ID, you should:

- Search the EPB for their name

    ○ If not found, they cannot vote

        » If they insist on voting, you can issue a provision ballot and challenge the ballot by completing Section B of the provisional envelope

    ○ If they are found, issue a provisional ballot and challenge the ballot by completing Section B of the provisional envelope

- Make note of the name and report it to the county office before the end of the night

    ○ The county office should review the voter's profile in VREMS (if they have one) and then report the information to SLED if applicable

**NOTE:** A person may present this form of identification and have become a naturalized citizen since the ID was issued. Further, these identification cards will remain valid until their expiration date even if the bearer has already become a citizen. If a voter shows this ID and insists that they are now a citizen, they have three options:

1.  They can go to the county office with documents showing that they have become a citizen and vote a failsafe ballot.

2.  They can vote a provisional ballot at the polling location and provide documents showing that they have become a citizen to the county office at or before the provisional ballot hearing.

3.  They can take documents showing that they have become a citizen to the DMV, get an updated qualifying ID, and vote a full ballot at the polling location.

# A4 - Democratic Primary Poll List

## Democratic Primary Poll List

| County | | Date | |
|---|---|---|---|
| Election | | Election Number | |
| Precinct | | Precinct Code | |

**Voters Oath - Please read:** I do solemnly swear or affirm that I am qualified to vote in this election according to the Constitution of this State and that I have not voted during this election; further, I do solemnly swear or affirm that I am duly qualified to vote at this primary election and that I have not voted before at this primary election or in any other party's primary election or officially participated in the nominating convention for any vacancy for which this primary is being held.

*Signatures of Voters*

| # | Signature | # | Signature |
|---|---|---|---|
| 1 | | 26 | |
| 2 | | 27 | |
| 3 | | 28 | |
| 4 | | 29 | |
| 5 | | 30 | |
| 6 | | 31 | |
| 7 | | 32 | |
| 8 | | 33 | |
| 9 | | 34 | |
| 10 | | 35 | |
| 11 | | 36 | |
| 12 | | 37 | |
| 13 | | 38 | |
| 14 | | 39 | |
| 15 | | 40 | |
| 16 | | 41 | |
| 17 | | 42 | |
| 18 | | 43 | |
| 19 | | 44 | |
| 20 | | 45 | |
| 21 | | 46 | |
| 22 | | 47 | |
| 23 | | 48 | |
| 24 | | 49 | |
| 25 | | 50 | |

Page No. _____



SOUTH CAROLINA
ELECTION COMMISSION

115

# A5 - Republican Primary Poll List

## Republican Primary Poll List

| County | | Date | |
|---|---|---|---|
| Election | | Election Number | |
| Precinct | | Precinct Code | |

**Voters Oath - Please read:** I do solemnly swear or affirm that I am qualified to vote in this election according to the Constitution of this State and that I have not voted during this election; further, I do solemnly swear or affirm that I am duly qualified to vote at this primary election and that I have not voted before at this primary election or in any other party's primary election or officially participated in the nominating convention for any vacancy for which this primary is being held.

### Signatures of Voters

| # | | # | |
|---|---|---|---|
| 1 | | 26 | |
| 2 | | 27 | |
| 3 | | 28 | |
| 4 | | 29 | |
| 5 | | 30 | |
| 6 | | 31 | |
| 7 | | 32 | |
| 8 | | 33 | |
| 9 | | 34 | |
| 10 | | 35 | |
| 11 | | 36 | |
| 12 | | 37 | |
| 13 | | 38 | |
| 14 | | 39 | |
| 15 | | 40 | |
| 16 | | 41 | |
| 17 | | 42 | |
| 18 | | 43 | |
| 19 | | 44 | |
| 20 | | 45 | |
| 21 | | 46 | |
| 22 | | 47 | |
| 23 | | 48 | |
| 24 | | 49 | |
| 25 | | 50 | |

Page No. _____


SOUTH CAROLINA ELECTION COMMISSION

116

## A6 - General Election Poll List

### Poll List

| County | | Date | |
|---|---|---|---|
| Election | | Election Number | |
| Precinct | | Precinct Code | |

**Voters Oath - Please read:**  I do solemnly swear or affirm that I am qualified to vote in this election according to the Constitution of this State and that I have not voted during this election.

*Signatures of Voters*

| No. | Signature | No. | Signature |
|---|---|---|---|
| 1 | | 26 | |
| 2 | | 27 | |
| 3 | | 28 | |
| 4 | | 29 | |
| 5 | | 30 | |
| 6 | | 31 | |
| 7 | | 32 | |
| 8 | | 33 | |
| 9 | | 34 | |
| 10 | | 35 | |
| 11 | | 36 | |
| 12 | | 37 | |
| 13 | | 38 | |
| 14 | | 39 | |
| 15 | | 40 | |
| 16 | | 41 | |
| 17 | | 42 | |
| 18 | | 43 | |
| 19 | | 44 | |
| 20 | | 45 | |
| 21 | | 46 | |
| 22 | | 47 | |
| 23 | | 48 | |
| 24 | | 49 | |
| 25 | | 50 | |

Page No. _____

SOUTH CAROLINA
ELECTION COMMISSION

# A7 - Curbside Poll List

## Poll List

| County | | Date | |
|---|---|---|---|
| Election | | Election Number | |
| Precinct | | Precinct Code | |

**Voters Oath - Please read:** I do solemnly swear or affirm that I am qualified to vote in this election according to the Constitution of this State and that I have not voted during this election.

### *Signatures of Voters*

| | | | |
|---|---|---|---|
| 1 | | 26 | |
| 2 | | 27 | |
| 3 | | 28 | |
| 4 | | 29 | |
| 5 | | 30 | |
| 6 | | 31 | |
| 7 | | 32 | |
| 8 | | 33 | |
| 9 | | 34 | |
| 10 | | 35 | |
| 11 | | 36 | |
| 12 | | 37 | |
| 13 | | 38 | |
| 14 | | 39 | |
| 15 | | 40 | |
| 16 | | 41 | |
| 17 | | 42 | |
| 18 | | 43 | |
| 19 | | 44 | |
| 20 | | 45 | |
| 21 | | 46 | |
| 22 | | 47 | |
| 23 | | 48 | |
| 24 | | 49 | |
| 25 | | 50 | |

Page No. _____

SOUTH CAROLINA
ELECTION COMMISSION

**A8 - Statewide Primary Voter Registration List**

## SOUTH CAROLINA         VOTER REGISTRATION LIST

Statewide Primary

ELECTION NUMBER: 22121

ELECTION DATE: 06/11/2024

POLLING LOCATION: Berkeley Electric Awendaw

PRECINCT CODE(s): 004

COUNTY: 10 CHARLESTON

PAGE NO: 1

| NAME, ADDRESS | BALLOT STYLE | MGR INIT | POLL LIST PAGE | POLL LIST LINE | PARTY R | PARTY D | RUN OFF | RUN OFF PAGE | RUN OFF LINE | Con | Sen | House | CoC | Sch | CiC | REG NUMBER | DOB/REG DATES | DO NOT WRITE IN THIS AREA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aboko Cole Faye A 1041 Union Rd | B001 | IM | | | O | O | O | | | 01 | 32 | 112 | 02 | 01 | 711 | 471417074 | 07/28/1989 10/20/2020 | |
| Ackerman Amelia J 819 Lyon Rd | B001 | | | | O | O | O | | | 01 | 32 | 112 | 02 | 01 | 711 | 104859375 | 07/09/1955 01/15/2016 | |
| Ackerman Mark V 7489 N Highway 17 | B001 | | | | O | O | O | | | 01 | 32 | 112 | 02 | 01 | 711 | 185224450 | 07/27/1976 07/07/2023 | |
| Ackerman Patrice E 841 Lyon Rd | B001 | | | | O | O | O | | | 01 | 32 | 112 | 02 | 01 | 711 | 104745084 | 07/01/1959 09/22/2020 | |
| Ackerman Sebrina L 7489 N Highway 17 | B001 | | | | O | O | O | | | 01 | 32 | 112 | 02 | 01 | 711 | 185224448 | 06/27/1974 01/22/2024 | |
| Adams Christine G 5275 Eugene Dr | B001 | IF | | | O | O | O | | | 01 | 32 | 112 | 02 | 02 | 711 | 104675625 | 04/28/1964 09/20/1994 | |
| Adams Gale L 2036 Celebration Ct | B001 | | | | O | O | O | | | 01 | 32 | 112 | 02 | 01 | 711 | 471740681 | 05/16/1954 04/26/2023 | |
| Adams John N 2036 Celebration Ct | B001 | | | | O | O | O | | | 01 | 32 | 112 | 02 | 01 | 711 | 471494425 | 07/24/1952 07/08/2021 | |
| Akinjobi Jazzmyne S 5126 Seewee Rd | B001 | | | | O | O | O | | | 01 | 32 | 112 | 02 | 01 | 711 | 471357261 | 09/20/1999 09/23/2020 | |
| Akinjobi Monea 5122 Seewee Rd | B001 | | | | O | O | O | | | 01 | 32 | 112 | 02 | 01 | 711 | 470594108 | 04/28/1997 03/14/2016 | |
| Akinjobi Oludayo 5122 Seewee Rd | B001 | | | | O | O | O | | | 01 | 32 | 112 | 02 | 01 | 711 | 104726800 | 05/15/1970 09/01/1998 | |
| Akinjobi Shawnette D 5122 Seewee Rd | B001 | | | | O | O | O | | | 01 | 32 | 112 | 02 | 01 | 711 | 104635266 | 07/03/1971 10/09/1990 | |
| Akinjobi Zackary D 5173 Seewee Rd | B001 | | | | O | O | O | | | 01 | 32 | 112 | 02 | 02 | 711 | 104918790 | 03/09/1991 03/16/2010 | |
| Albrecht Beverly W 651 Awendaw Lakes Blvd | B001 | | | | O | O | O | | | 01 | 32 | 112 | 02 | 01 | 711 | 102163415 | 11/29/1962 08/21/2004 | |
| Albrecht William T Jr. 651 Awendaw Lakes Blvd | B001 | | | | O | O | O | | | 01 | 32 | 112 | 02 | 01 | 711 | 102075310 | 05/02/1961 08/21/2004 | |

3:25-cv-13754-MGL    Date Filed 04/06/26    Entry Number 38-3    Page 131 of 156

**A9 - General Election Voter Registration List**

## SOUTH CAROLINA VOTER REGISTRATION LIST
### Statewide General Election

ELECTION NUMBER: 20026
ELECTION DATE: 11/08/2016
POLLING LOCATION: First Baptist Church
PRECINCT CODE(s): 029
COUNTY: 02 AIKEN
PAGE NO: 3

| # | NAME, ADDRESS | BALLOT STYLE | MGR INIT | POLL LIST PAGE | POLL LIST LINE | VOTED | Con | Sen | Hou | CoC | Sch | Wat | PSD | Fir | Mi1 | Mi2 | REG NUMBER | DOB/REG DATES | DO NOT WRITE IN THIS AREA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Anderson William R, 178 Village Pkwy | B027 | KR | 3 | 00 | O | 02 | 24 | 083 | 04 | 04 | | | | | | 024120203 | 10/13/1961 01/05/2010 | |
| 2 | Andrews Antroyn L, 928 Georgetown Dr | B027 | | | | O | 02 | 24 | 083 | 04 | 04 | | | | | | 024096910 | 06/09/1967 10/05/2012 | |
| 3 | ANDREWS HOPE A, 955 Georgetown Dr | B027 | | | | O | 02 | 24 | 083 | 04 | 04 | | | | | | 406782650 | 03/05/1986 09/25/2004 | |
| 4 | Apolzan John W, 147 Village Pkwy | B027 | IM | | | O | 02 | 24 | 083 | 04 | 04 | | | | | | 024166563 | 02/23/1980 07/28/2009 | |
| 5 | Arant Micki M, 40 Savannah Pt | B027 | ABS | | | ⊠ | 02 | 24 | 083 | 04 | 04 | | | | | | 024080110 | 09/19/1944 06/29/2005 | |
| 6 | Arant R Curtis, 128 Savannah Pt | B027 | ABS | | | ⊠ | 02 | 24 | 083 | 04 | 04 | | | | | | 024080111 | 04/15/1944 06/29/2005 | |
| 7 | ARMBRUSTER CHRISTINA M, 303 Lake Ave | B027 | KB | 5 | 18 | O | 02 | 24 | 083 | 04 | 04 | | | | | | 470331284 | 10/05/1986 03/24/2014 | |
| 8 | Armitage Charles O III, 128 Crystal Lake Dr | B027 | IM | | | O | 02 | 24 | 083 | 04 | 04 | | | | | | 024156471 | 08/08/1972 03/20/2008 | |
| 9 | Armstrong Cathy, 532 Front St | B027 | | | | O | 02 | 24 | 083 | 04 | 04 | | | | | | 470471674 | 09/24/1950 06/25/2015 | |
| 10 | Armstrong James H, 532 Front St | B027 | | | | O | 02 | 24 | 083 | 04 | 04 | | | | | | 470471676 | 08/27/1947 06/25/2015 | |
| 11 | Arnest Chad W, 525 Pershing Dr | B027 | IM | | | O | 02 | 24 | 083 | 04 | 04 | | | | | | 024136477 | 08/06/1972 10/01/2004 | |
| 12 | Arnest Jennifer A, 525 Pershing Dr | B027 | IM | | | O | 02 | 24 | 083 | 04 | 04 | | | | | | 024126564 | 08/15/1978 02/27/2003 | |
| 13 | ARRINGTON VIRGINIA, 319 W Pine Grove Ave | B027 | ABS | | | ⊠ | 02 | 24 | 083 | 04 | 04 | | | | | | 470286944 | 09/18/1964 09/19/2013 | |
| 14 | Arthurs Cherie A, 1021 Georgetown Dr | B027 | KR | 7 | 46 | O | 02 | 24 | 083 | 04 | 04 | | | | | | 024138264 | 07/11/1974 07/06/2016 | |
| 15 | Arthurs William, 1021 Georgetown Dr | B027 | | | | O | 02 | 24 | 083 | 04 | 04 | | | | | | 470095344 | 03/04/1994 07/24/2012 | |

## SOUTH CAROLINA VO    t REGISTRATION LIST
### Surfside Beach Town Council Spec Elect

ELECTION NUMBER: 20155

ELECTION DATE: 08/09/2016  POLLING LOCATION: Dick Johnson Civic Center                PRECINCT: 204

COUNTY: 26 HORRY

PAGE NO: 1

| NAME, ADDRESS | BALLOT STYLE | ELECTION MGR INIT | ELECTION PAGE | ELECTION LINE | ELECTION VOTED | RUN OFF MGR INIT | RUN OFF PAGE | RUN OFF LINE | RUN OFF VOTED | CITY COUNCIL DISTRICT | REG NUMBER | DOB/ REG DATES | DO NOT WRITE IN THIS AREA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 ACEVEDO JASON 512 S Poplar Dr Apt C | | IM | | | O | IM | | | O | | 470625891 | 09/13/1976 05/25/2016 | |
| 2 Ackles John M 629 3rd Ave S | | IF | | | O | IF | | | O | | 261893776 | 06/22/1939 01/31/1980 | |
| 3 Ackles Steven G 629 3rd Ave S | | IF | | | O | IF | | | O | | 265781802 | 07/02/1970 07/24/1992 | |
| 4 Adams Carol P 213 3rd Ave S | | | | | O | | | | O | | 265880639 | 05/14/1949 01/16/2003 | |
| 5 Adams Charles R Jr. 812 S Hollywood Dr | | | | | O | | | | O | | 265850768 | 03/31/1953 09/28/1999 | |
| 6 ADAMS LAUREN A 111 N Hollywood Dr Unit A | | | | | O | | | | O | | 470351706 | 11/27/1994 06/12/2014 | |
| 7 Adams Susan P 812 S Hollywood Dr | | | | | O | | | | O | | 262285695 | 12/14/1954 02/09/1984 | |
| 8 Addison James M 522 Maple Dr | | | | | O | | | | O | | 261615410 | 06/02/1934 09/30/1976 | |
| 9 Adkins Brian K 618 15th Ave S Apt 66 | | | | | O | | | | O | | 265951413 | 09/04/1954 08/04/2008 | |
| 10 ADKINS RONALD G 512 Surfside Dr | | | | | O | 1 aur | 21 | | ⊙ | | 470270639 | 04/29/1953 07/24/2013 | |
| 11 AIKEN JAMES P 120 N Ocean Blvd # 6 | | | | | O | | | | O | | 470637880 | 07/04/1957 06/07/2016 | |
| 12 Aiosa Jackie L 612 15th Ave S Apt 18 | | | | | O | | | | O | | 265784858 | 02/12/1950 09/16/1992 | |
| 13 Aiosa Richard 612 15th Ave S Apt 18 | | | | | O | | | | O | | 262372124 | 03/09/1942 05/13/2000 | |
| 14 Albohn Tara J 520 1st Ave N Apt C | | | | | O | | | | O | | 265951335 | 05/19/1986 07/30/2008 | |
| 15 Alexander Geraldine B 613 2nd Ave N | | | | | O | MK 3 | My | | ⊙ | | 261829287 | 11/28/1927 09/03/1980 | |

# A11 - Provisional Ballot Envelope (Front)

## PROVISIONAL BALLOT ENVELOPE

every vote matters.
every vote counts.

Please Print. Complete polling place and voter information and the appropriate section (A, B, C or D) for type of provisional.

| Precinct/Polling Place | | Election | |
|---|---|---|---|
| Poll Manager/Clerk | | Date | |

| **Voter as Registered**<br><br>Required.<br><br>Provide as much information as possible. | Full Name | | | | |
|---|---|---|---|---|---|
| | Voter Registration # | | | DOB | |
| | Registration Address | | | | |
| | City/State/Zip | | | | |
| | Phone | | SCDL # | | |
| | Email | | | | |

**A**

**Failsafe**

Complete if voter has moved and is voting a Failsafe Provisional ballot.

| Voter's New Address | Street | |
|---|---|---|
| | City/State/Zip | |
| Mailing Address (if different from above) | Street | |
| | City/State/Zip | |

I swear (or affirm) that the address provided above is my sole legal residence for voting purposes.

| Signature of Voter | |
|---|---|

**B**

**Voter Qualification Challenge**

Complete if not Failsafe (A) or Photo ID (C or D).

Use Emergency/ Provisional Ballot.

**Reason for Challenge**

☐ Issued an absentee ballot.  Did voter receive ballot? ☐ Yes ☐ No

☐ Registered in another precinct or county

☐ Registered after deadline

☐ Not found in poll book (voter says registered at DMV or other agency)

☐ Not found in poll book (other reason)

☐ Archived voter

☐ Other (explain)

| Challenge by Poll Manager/Clerk? | ☐ Yes ☐ No |
|---|---|

**If not poll manager, provide challenger information.**

| Name | |
|---|---|
| Voter Registration # | |
| Address | |
| City/State/Zip | |
| Phone | |
| Email | |

SEC FRM 1100-202105

# A12 - Provisional Ballot Envelope (Back)

**Did You Provide Notice of Provisional Ballot Hearing?**

| **C**<br><br>**Voter Did Not Bring Photo ID**<br>Use Emergency/ Provisional Ballot. | ☐ Check here if voter has a Photo ID but did not bring the Photo ID with them to the polling place.<br><br>Remind voter to show Photo ID to county board of voter registration and elections by the time of the provisional ballot hearing. |
|---|---|

| **D**<br><br>**Voter Has No Photo ID**<br><br>Complete this section if voter does not have a Photo ID due to some obstacle.<br><br>Voter must show voter registration card without photo.<br><br>Use Emergency/ Provisional Ballot. | **Reasonable Impediment Affidavit**<br><br>I swear (or affirm) under penalty of perjury that I am the same person who appeared at this polling place and cast this provisional ballot on Election Day.<br><br>I suffer from the following reasonable impediment that prevented me from obtaining one of the required Photo IDs (check one):<br><br>☐ Religious objection to being photographed    ☐ Lack of birth certificate<br>☐ Lack of transportation    ☐ Work schedule<br>☐ Disability or Illness    ☐ Family Responsibilities<br>☐ Other reasonable impediment (list if disclosure is not protected by state or federal law)<br>_____<br><br>Signature of Voter _____<br>Signature of Poll Manager or Notary _____<br>Date _____ Commission Expiration Date _____ |
|---|---|

| OFFICE USE ONLY | Office Research | ☐ **ACCEPT** | | ☐ **REJECT** | |
|---|---|---|---|---|---|
| | | ☐ Failsafe Verified | | ☐ Not Eligible for Election | ☐ Registered Too Late |
| | | ☐ Eligibility Verified | | ☐ Not in VREMS | ☐ Moved from Another County |
| | | ☐ No Absentee Returned | | ☐ Does Not Live in County | ☐ Voted at Wrong Precinct |
| | | ☐ Photo ID Provided | | ☐ Inactive for Cause | ☐ Arrived at Polls after 7pm |
| | | ☐ HAVA ID Provided | | ☐ Voted Absentee | ☐ Unauthorized Return by Another |
| | | ☐ Other | | ☐ Photo ID Not Provided | ☐ Other |
| | | Notes: | | ☐ HAVA ID Not Provided | |
| | | | | Notes: | |
| | Board Ruling | ☐ **ACCEPTED** ☐ **REJECTED** | | Notes: | |
| | Record Updated | Date | | Initials | |

**PROVISIONAL BALLOT ENVELOPE**

every vote matters.
every vote counts.

## A13a - Change of Address Form

**SC Voter's Change of Address**

This form cannot be used if your county of residence has changed.  You must register in your new county.

| REGISTRATION NUMBER | | | BIRTHDATE: | Month | Day | Year |
|---|---|---|---|---|---|---|
| NAME (as registered) | Last | First | | MI | Suffix (Jr, Sr, etc.) | |
| NAME CHANGE | Last | First | | MI | Suffix (Jr, Sr, etc.) | |
| OLD ADDRESS | Street | | | | | |
| | City | | | State | Zip Code | |
| NEW ADDRESS | Street | | | Inside City Limits ☐ Yes ☐ No | | |
| | City | | | State | Zip Code | |
| MAIL ADDRESS (if different from above) | Street or PO Box | | | | | |
| | City | | | State | Zip Code | |
| PHONE | Home | Work | | Social Security Number | | |

☐ I hereby authorize the county board of voter registration to make the above changes.

☐ I request the county board of voter registration to mail me a DUPLICATE voter registration certificate.

Signature of Voter                                                                 Date

I:forms.changeofaddress.9.19.05

## A13b - Notice of Provisional Ballot Hearing

**Notice of Hearing on Provisional Ballots**

SOUTH CAROLINA ELECTION COMMISSION

**THE COUNTY BOARD OF VOTER REGISTRATION AND ELECTIONS WILL HOLD A HEARING TO DETERMINE WHETHER YOUR PROVISIONAL BALLOT WILL COUNT.**

If you are the challenged voter:
- You are entitled to be present at this hearing.
- You are entitled to be represented by legal counsel and to present evidence.
- If you forgot to bring your Photo ID to the polling place, you must show Photo ID to the County Board of Voter Registration and Elections no later than the time of the provisional ballot hearing for your vote to count.
- If you did not have a Photo ID because you suffer from a reasonable impediment and you completed the affidavit, your vote will count unless the County Board of Voter Registration and Elections has grounds to believe your affidavit is false.
- You can check the status of your provisional ballot by visiting scVOTES.gov or by calling the State Election Commission at 803-734-9060.

If you are the challenger:
- You may be present at the hearing and present evidence.
- Prior to the hearing, you may present written evidence to the County Board of Voter Registration and Elections.
- If you do none of these to support the challenge, the ballot will be counted.

The provisional ballot hearing will be held:

Date _____ Time _____

Location _____

Address _____

City _____ Zip _____

scVOTES.gov

every vote matters.
every vote counts.
SEC FRM 6202-202405

124

# A14 - Polling Place Opening Checklist

## Polling Place Opening Checklist

Precinct _____ Polling Place _____ Date _____

Complete by 7:00 a.m.  If there are any questions or issues, contact the county voter registration and elections office or a polling location technician immediately.

| Equipment Provided | Quantity |
|---|---|
| Scanners | |
| Ballot-marking devices | |
| Blue ballot boxes/bins or secure ballot bags | |
| Electronic Poll Books (EPBs) & Printers | |
| Mifi Device | |
| **Scanners and Ballot-Marking Devices** | ✓ |
| Ballot-marking device and scanner seal numbers match those on the seal envelope. | |
| Ballot-marking devices and scanner(s) are plugged into a power source. | |
| Ballot-marking devices and scanner(s) are open and ready for voting. | |
| Doors on blue ballot box/bin are open inside the main compartment of the scanner. | |
| Seals are placed on the provisional, emergency, and main compartment doors of the scanner, and the seal numbers are recorded on the seal envelope. | |
| Scanner and ballot-marking device keys are secure. | |
| Ballot-marking devices have privacy screens in place. | |
| Ballot-marking devices are arranged at least five feet from the managers' table. | |
| Ballot-marking devices are spaced apart for privacy. | |
| Ballot-marking device kickstands are in use for optimal viewing. | |
| Zero tape is signed and posted in the polling place and a second copy is saved with poll managers' materials. | |
| Blank ballot cards are counted, and the total matches the number of ballot cards supplied on the Ballot Reconciliation Worksheet. | |
| One pack of blank ballot cards is opened and distributed among check-in stations. | |
| **Electronic Poll Books (EPBs) and MiFi Paper Voter Registration (VR) Lists and Poll Lists** | ✓ |
| Reviewed proper completion of lists with poll managers. | |
| If necessary, the printed VR list was split alphabetically to aid traffic flow. | |
| MiFis and EPBs are connected to power, and EPB is signed into program. | |
| Poll lists numbered and ready for curbside voting and emergency use. | |
| Seal number(s) are recorded on seal envelope for EPBs. | |
| **Accessibility** | ✓ |
| At least one entrance is accessible for voters with disabilities. | |
| Accessible entrance sign is in place to direct voters to accessible entrance. | |
| Curbside voting signs are placed in the curbside voting area. | |
| Sample ballot and posters are placed at wheelchair eye level. | |
| **Other** | ✓ |
| Contacted office to verify polling place is ready to open. | |

I confirm that all items on this checklist have been verified.

_____

Signature of Clerk

every vote matters.
every vote counts.

SEC FRM 1092-202401

125

# A15 - Polling Place Closing Checklist

## Polling Place Closing Checklist

Precinct _____ Polling Place _____ Date _____

Complete after polls have closed. If there are any questions or issues, contact the county voter registration and elections office or a polling location technician immediately.

| Equipment Provided | Quantity |
|---|---|
| Scanners | |
| Ballot-marking devices | |
| Blue ballot boxes/bins or secure ballot bags | |
| Electronic Poll Books (EPBs) & Printers | |
| Mifi Device | |
| **Scanner and Ballot-Marking Devices** | ✓ |
| Ballot-marking devices are powered off and properly stored (cords, etc.). | |
| Scanners are powered off and properly stored (cords, etc.). | |
| USB sticks have been removed from the scanner(s) and are properly secured for transport. | |
| Blue ballot boxes/bins have been removed from scanner(s) and sealed for transport. Seal numbers have been recorded on the seal envelope. | |
| Materials and supplies (voting screens, flags, indoor and outdoor signs, power cords, etc.) are properly packed. | |
| | |
| | |
| | |
| **Electronic Poll Books (EPBs) and MiFi Paper Voter Registration Lists and Poll Lists** | ✓ |
| EPBs are powered off and properly stored in carrying cases, including cords, etc. | |
| Mifi device is powered off and properly stored. | |
| Paper voter registration lists and poll lists are secured for transport. | |
| | |
| **Ballot Reconciliation Worksheet** | ✓ |
| Ballot reconciliation worksheet is accurately completed or discrepancies are noted. | |
| | |
| | |
| **Other** | ✓ |
| Pay voucher for poll clerks and managers is completed and signed. | |
| All other documents in the Oaths and Forms packet are complete. | |

I confirm that all items on this checklist have been verified.

_____

Signature of Clerk

SEC FRM 1093-202401

every vote matters.
every vote counts.

126

# A16 - Record of Watchers and Observers

**Record of Watchers and Observers**

County:

Precinct/Polling Location:

Election Date:

| Name | Poll Watcher or Observer? PW or O | ID Checked? Y/N | Poll Watchers Only | | |
|---|---|---|---|---|---|
| | | | Certification Letter? Y/N | Candidate/Party Name | ID Badge? Y/N |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SEC FRM 1120-202210

127

## A17 - Observers and Watchers Comparison Chart



| AUTHORIZATIONS | OBSERVERS | WATCHERS | CANDIDATE REPRESENTATIVES | CANDIDATES |
|---|---|---|---|---|
| Must have a current, valid photo ID | ✅ | ✅ | ✅ | ✅ |
| Must observe the election process from a designated area | ✅ | ✅ | ✅ | ✅ |
| Can take photos of the zero and totals tape | ✅ | ✅ | ✅ | ✅ |
| Can take handwritten notes | ✅ | ✅ | ✅ | ✅ |
| May request turnout information from the electronic pollbook (when not in use) | ✅ | ✅ | ✅ | ✅ |
| May ask questions of the designated poll manager (not argue) | ✅ | ✅ | ✅ | ✅ |
| May greet voters and campaign verbally within 500 feet of the entrance to the polling place (as long as it outside and does not interfere with the election process) | ❌ | ❌ | ✅ | ✅ |
| Can observe near and behind check-in desk | ❌ | ✅ | ❌ | ❌ |
| Must be a voter in the county | ❌ | ✅ | ❌ | ❌ |
| Can intimidate voters or interfere with the orderly election process | ❌ | ❌ | ❌ | ❌ |
| Can take pictures or video inside the polling place of anything other than the zero and totals tape. | ❌ | ❌ | ❌ | ❌ |

128

# A18 - Code of Conduct for Poll Watchers and Observers

**Code of Conduct for Poll Watchers and Observers**

**General Polling Place Conduct and Expectations for Poll Watchers and Observers**

All Poll Watchers and Observers must show a valid photo ID to the Clerk and/or Poll Manager on duty upon arrival. Poll Watchers must present an official letter from the candidate or party designating them as such and listing the precinct(s) for which they may be assigned. Poll Watchers and Observers must follow the direction of the Clerk and/or Poll Manager on duty at all times. Any Poll Watcher or Observer who refuses to agree to and abide by this Code of Conduct will not be allowed to remain in the polling location and will be asked to leave. If they refuse to leave, the poll manager or clerk should contact local law enforcement for assistance.

**Observers and Poll Watchers may:**
- Observe the election processes, including the opening and closing processes at the polling place.
- Observe the election processes during the early voting period at an early voting center.
- Obtain information from the Clerk, or designated Poll Manager, about how many people have voted and who has voted as long as the EPB station is not currently being used to check-in voters. Lists will not be provided at the polling location.
- Make notes while observing the election processes.
- Ask questions of the Clerk, or designated Poll Manager, at the polls as long as they do not interfere with the conduct of any part of the voting process. If a poll watcher/observer disagrees with the designated poll manager or clerk, or needs more information, they should step outside and contact the county office for clarification.

**Observers and Poll Watchers may *not*:**
- Interfere with the conduct of the election.
- Take pictures or video inside the polling place, with the exception of the zero tape and results tape once posted. See section on "Cell Phones and Electronic Devices"
- Physically handle or touch any voting materials or equipment.
- Move or rearrange tables, chairs, or voting booths at the polling place or early voting center.
- Sit at or hover around official worktables or view confidential voter information on any computer terminal, EPB, or document.
- Communicate with voters inside of a polling place or an early voting center.
- Display any political material, including slogans, or wear campaign badges, buttons, or apparel.
- Wear any uniform resembling that of law enforcement officers or military personnel.
- Have a firearm, knife, or other weapon within a polling place or early voting center.
- Talk to any election worker who is not the Clerk or designated Poll Manager.
- Tell a Clerk or Poll Manager how to conduct their duties.
- Argue with any election workers or voters.
- Make physical contact with election personnel or voters.
- Verbally harass or intimidate election workers, voters, or other persons in the polling place or early voting center.
- Assist in operations at any polling place or early voting center.
- Prevent other observers from observing materials or a process.

Violations of this Code of Conduct will result in dismissal from the polling location for the duration of the election. The authority for such determination rests solely with the leadership of the polling place and, when necessary, the county voter registration and elections office.

**Canvassing the Vote**

After the polls close, poll watchers and observers can remain in the polling place to observe the canvassing process. The Clerk may establish a new designated area for watchers and observers to allow for the viewing of the closing process. They must remain in a designated observation area during this time apart from viewing the results tape once it is posted publicly. They may take a picture of the results tape once it's posted outside of the immediate voting area. Watchers and observers will be dismissed from the polling place after the results tapes have been printed, signed, and posted AND the ballot boxes have been locked and sealed.

129

# A19 - Early Voting Ballot Reconciliation Sheet

**Early Voting Ballot Reconciliation Worksheet**

County: _____  EVC: _____  Date: _____  EV Day #: _____

Sections in gray are completed by the county office. Sections in white are completed by the poll clerk. Verify with check mark (✔).
All fields (circles or boxes) must contain a value. If zero, write 0.

End of day public count from scanner − Previous day public count (day 1 should be zero) = **E**

End of day voters checked in on EPB − Previous day voters checked in on EPB = **J**

◯ − ◯ = ◯            ◯ − ◯ = ◯

| | Ballots Supplied | | ✔ |
|---|---|---|---|
| A | **Ballot Cards** | | |
| B | **Hand-Marked Paper Ballots** *Emergency/provisional & failsafe provisional* | | |
| C | **Additional Ballot Cards** | | |
| D | **Additional Hand-Marked Paper Ballots** *Emergency/provisional & failsafe provisional* | | |
| | A + B + C + D = Total 1 | | |

| | Ballots Used | | ✔ |
|---|---|---|---|
| E | **Ballots Scanned** *Public count from scanner* | | |
| F | **Provisional Ballots** *Number of provisional ballot envelopes* | | |
| G | **Spoiled Ballots** *Number of spoiled ballots in the spoiled ballot envelope* | Ballot Cards (G1) / Hand-Marked Paper Ballots (G2) + = | |
| | E + F + G = Total 2 | | |

| | Ballots Not Used | | ✔ |
|---|---|---|---|
| H | **Ballot Cards** *Physical count of remaining unused ballot cards* | | |
| I | **Hand-Marked Paper Ballots** *Physical count of remaining unused emergency/provisional & failsafe provisional ballots* | | |
| | H + I = Total 3 | | |

| | Voters Checked In | | ✔ |
|---|---|---|---|
| J | **Electronic Pollbook (EPB)** | | |
| K | **Paper Poll List** *Include provisional ballots NOT entered in EPB* *Do NOT include the curbside poll list* | | |
| | J + K = Total 4 | | |

For the boxes below, fill in the totals from the matching color boxes above. Check the math.

Total 2 [_____] + Total 3 [_____] = [_____] Should = Total 1

Total 4 [_____] + G [_____] = [_____] Should = Total 2

Explain any discrepancies: _____

_____

Are you returning any emergency ballots that have not been scanned?  Yes ☐   No ☐

Poll clerk signature: _____  Time: _____

SEC FRM 1065-202408

130

# A19 - Early Voting Ballot Reconciliation Sheet

**Early Voting Ballot Reconciliation Worksheet Instructions**

| Row | Type | Guidance | How To |
|---|---|---|---|
| **Ballots Supplied** | | | |
| A | Ballot Cards | Ballot cards provided to start election day. | *Filled in by county office.* Poll clerk verifies the number of ballot cards indicated by check mark. **If incorrect, strike out, write correct, & then initial.** |
| B | Hand-Marked Paper Ballots | Hand-marked paper ballots (emergency/provisional & failsafe provisional) provided to start election day. | |
| C | Additional Ballot Cards | Additional ballot cards brought to precinct on election day. | *Filled in by poll clerk.* Count the number of ballot cards. **If zero, write 0.** |
| D | Additional Hand-Marked Paper Ballots | Additional hand-marked paper ballots brought to precinct on election day. | |
| **Total 1** | | | **Add A + B + C + D** |
| **Ballots Used** | | | |
| E | Ballots Scanned | Ballots scanned on the scanner. | First, scan any ballot cards and/or emergency ballots in the emergency/provisional compartment. Then, use the number for the public count displayed on scanner screen. If more than one scanner, combine the public count totals from all scanners. **Early Voting Day 2 and each day after:** See formula at top of worksheet. Subtract the previous day's closing public count from the current public count. |
| F | Provisional Ballots | Provisional ballots used on election day. | Count the provisional ballot envelopes in emergency/provisional ballot compartment. **If zero, write 0.** |
| G | Spoiled Ballots | Spoiled ballots are those that were defaced or marked in error. Two types of spoiled ballots: • ballot cards. • hand-marked paper ballots. | Count the spoiled ballots in the spoiled ballot envelope. Enter number for spoiled ballot cards in G1 & spoiled hand-marked paper ballots in G2. Add G1+G2 and write the total in the green box (G). **If zero, write 0.** |
| **Total 2** | | | **Add E + F + G** |
| **Ballot Not Used** | | | |
| H | Ballot Cards | Ballot cards NOT used on election day. | Count remaining unused blank ballot cards. Example: 10 bundles of ballot cards are supplied. Each contains 25 cards. At close of polls, 2 bundles are unopened (50 ballot cards). There are 12 loose ballot cards. Ballots Not Used is 62. |
| I | Hand-Marked Paper Ballots | Provisional ballots NOT used on election day. | Count remaining unused hand-marked paper ballots. |
| **Total 3** | | | **Add  H + I** |
| **Voters Checked In** | | | |
| J | Electronic Pollbook (EPB) | Number of voters who checked in. | Use the number displayed at the top middle of the EPB screen for "Checked In." Do NOT use the number for "Issued" or "Reissued." **Early Voting Day 2 and each day after:** See formula at top of worksheet. Subtract the previous day's voters checked in from the current day's voters checked in. |
| K | Paper Poll List | Number of signatures on paper poll list. If a primary, the total from both the Democratic and Republican paper poll lists. | Count the number of signatures on the paper poll list. Do NOT include provisional voters checked in using the EPB. Do NOT include curbside poll list; curbside voters are checked in on the EPB. **If zero, write 0.** |
| **Total 4** | | | **Add J + K** |

 **Reconciliation:** Using the colors in the boxes at the top of the worksheet, match them to those at the bottom of the worksheet to fill in the correct numbers. Then, check the math. Results should equal the number indicated. If there are differences that cannot be resolved, the poll clerk should provide any available explanation or information in space provided. ✦✦✦Check the "Yes" box if returning any emergency ballots that need to be scanned. This does NOT include provisional or failsafe provisional ballots. ⇦**QR Code: How to complete this worksheet** <u>video.</u>

131

# A20 - Election Day Ballot Reconciliation Sheet

**Election Day Ballot Reconciliation Worksheet**

County: _____     Precinct: _____     Date: _____

Sections in gray are completed by the county office. Sections in white are completed by the poll clerk. Verify with check mark (✔).
All boxes must contain a value. If zero, write 0.

**Ballots Supplied** | | ✓
--- | --- | ---
A | **Ballot Cards** |
B | **Hand-Marked Paper Ballots** <br> *Emergency/provisional & failsafe provisional* |
C | **Additional Ballot Cards** |
D | **Additional Hand-Marked Paper Ballots** <br> *Emergency/provisional & failsafe provisional* |
| **A + B + C + D = Total 1** |

**Ballots Used** | | ✓
--- | --- | ---
E | **Ballots Scanned** <br> *Public count from scanner* |
F | **Provisional Ballots** <br> *Number of provisional ballot envelopes* |
G | **Spoiled Ballots** <br> *Number of spoiled ballots in the spoiled ballot envelope* |
| Ballot Cards (G1) + Hand-Marked Paper Ballots (G2) = |
| **E + F + G = Total 2** |

**Ballots Not Used** | | ✓
--- | --- | ---
H | **Ballot Cards** <br> *Physical count of remaining unused ballot cards* |
I | **Hand-Marked Paper Ballots** <br> *Physical count of remaining unused emergency/provisional & failsafe provisional ballots* |
| **H + I = Total 3** |

**Voters Checked In** | | ✓
--- | --- | ---
J | **Electronic Pollbook (EPB)** |
K | **Paper Poll List** <br> *Include provisional ballots NOT entered in EPB* <br> *Do NOT include the curbside poll list* |
| **J + K = Total 4** |

For the boxes below, fill in the totals from the matching color boxes above. Check the math.

**Total 2** [____] **+** **Total 3** [____] **=** [____] Should = Total 1 [ ]

**Total 4** [____] **+** **G** [____] **=** [____] Should = Total 2 [ ]

Explain any discrepancies: _____

_____

Are you returning any emergency ballots that have not been scanned?     Yes ☐     No ☐

Poll clerk signature: _____     Time: _____

SEC FRM 1150-202408

# A20 - Election Day Ballot Reconciliation Sheet

**Election Day Ballot Reconciliation Worksheet Instructions**

| Row | Type | Guidance | How To |
|---|---|---|---|
| **Ballots Supplied** | | | |
| A | Ballot Cards | Ballot cards provided to start election day. | *Filled in by county office.* Poll clerk verifies the number of ballot cards indicated by check mark. **If incorrect, strike out, write correct, & then initial.** |
| B | Hand-Marked Paper Ballots | Hand-marked paper ballots (emergency/provisional & failsafe provisional) provided to start election day. | |
| C | Additional Ballot Cards | Additional ballot cards brought to precinct on election day. | *Filled in by poll clerk.* Count the number of ballot cards and hand-marked paper ballots. **If zero, write 0.** |
| D | Additional Hand-Marked Paper Ballots | Additional hand-marked paper ballots brought to precinct on election day. | |
| **Total 1** | | | **Add A + B + C + D** |
| **Ballots Used** | | | |
| E | Ballots Scanned | Ballots scanned on the scanner. | First, scan any ballot cards and/or emergency ballots in the emergency/provisional compartment. Then, use the number for the <u>public count</u> displayed on scanner screen. If more than one scanner, combine the <u>public count</u> totals from all scanners. |
| F | Provisional Ballots | Provisional ballots used on election day. | Count the provisional ballot envelopes in emergency/provisional ballot compartment. **If zero, write 0.** |
| G | Spoiled Ballots | Spoiled ballots are those that were defaced or marked in error. Two types of spoiled ballots: <br>• ballot cards. <br>• hand-marked paper ballots. | Count the spoiled ballots in the spoiled ballot envelope. Enter number for spoiled ballot cards in G1 & spoiled hand-marked paper ballots in G2. Add G1+G2 and write the total in the green box (G). **If zero, write 0.** |
| **Total 2** | | | **Add E + F + G** |
| **Ballot Not Used** | | | |
| H | Ballot Cards | Ballot cards NOT used on election day. | Count remaining unused blank ballot cards. Example: 10 bundles of ballot cards are supplied. Each contains 25 cards. At close of polls, 2 bundles are unopened (50 ballot cards). There are 12 loose ballot cards. Ballots Not Used is 62. |
| I | Hand-Marked Paper Ballots | Provisional ballots NOT used on election day. | Count remaining unused hand-marked paper ballots. |
| **Total 3** | | | **Add H + I** |
| **Voters Checked In** | | | |
| J | Electronic Pollbook (EPB) | Number of voters who checked in. | Use the number displayed at the top middle of the EPB screen for "Checked-In." Do NOT use the number for "Issued" or "Reissued." |
| K | Paper Poll List | Number of signatures on paper poll list. If a primary, the total from both the Democratic and Republican paper poll lists. | Count the signatures on the paper poll list. Do NOT include provisional voters checked in using the EPB. Do NOT include curbside poll list; curbside voters are checked in on the EPB. **If zero, write 0.** |
| **Total 4** | | | **Add J + K** |

 **Reconciliation:** Using the colors in the boxes at the top of the worksheet, match them to those at the bottom of the worksheet to fill in the correct numbers. Then, check the math. Results should equal the number indicated. If there are differences that cannot be resolved, the poll clerk should provide any available explanation or information in space provided. ✦✦✦Check the "Yes" box if returning any emergency ballots that need to be scanned. This does NOT include provisional or failsafe provisional ballots. ⇐QR Code: How to complete this worksheet <u>video.</u>

133

# A21 - Opening the Ballot Marking Device

## Opening the Ballot Marking Device

### Items Needed
☑ Clerk Keys  ☑ Pen or Pencil  ☑ Seal Envelope  ☑ Seals  ☑ Pouch  ☑ Clerk Binder

### Step 1

- Verify the seal number on the carrying case matches the number on the seal envelope.
- Cut it and place it in the envelope.

### Step 2
- Remove the ballot marking device, power cord, and headphones from the case.
- Place the device face down on a table.



### Step 3

- Pull out the kickstand.
- Squeeze the legs to allow the kickstand to be placed in the fully extended position.

### Step 4
- Plug one end of the power cord in the back of the device and the other end in a power source.



### Step 5

- Arrange the rectangular power supply under the kickstand to secure the wire.

### Step 6
- Open the left side access door.



### Step 7

- Flip the power switch to *on*.
- Make sure the mode switch is on *voter* and the ADA controller is plugged in.
- Place ADA controller to the side of the device.

### Step 8
- Carefully close the access door, making sure that the cord for the ADA controller passes through the cut out in the door.
- Lock the door and add tape seal.
- Hang the headphones on the hook.



### Step 9

- During start up, a welcome screen will appear.
- When prompted, enter the election code provided by the county office.
- Touch *Accept*.

### Step 10
- On the next screen, confirm the device is plugged into power, and the election name, polling place, date, and time are correct.
- Touch *OK*.



### Step 11

- Place a privacy screen around the device.

### Step 12

**THE BALLOT MARKING DEVICE IS NOW READY FOR VOTING.**

## A22 - Closing the Ballot Marking Device

# Closing the
# Ballot Marking Device

### Items Needed
☑ Clerk Keys  ☑ Pen or Pencil  ☑ Seal Envelope  ☑ Seals  ☑ Pouch  ☑ Clerk Binder



### Step 1
- Verify seal on left side access door.
- Remove the headphones and open the left side access door.

### Step 2
- Switch the power to *off*.
- The device will shut down.





### Step 3
- Close and lock the access door.
- Return ADA controller to the left side of the Ballot Marking Device.

### Step 4
- Unplug the power cord from the power source.



### Step 5
- Turn the ballot marking device over.
- To remove the power cord from the back of the device, slide the sleeve on the plug up while pulling it out.

### Step 6
- Push the kickstand down into the locked position.





### Step 7
- Fold the power cord and place it in the side pocket of the case.
- Return the ballot marking device and headphones to the case.
- Seal main zipper handles of carrying case.

### Step 8

**THE BALLOT MARKING DEVICE IS NOW CLOSED.**



135

## A23 - Opening the DS300

# Opening the
## DS300

### Items Needed

☑ Clerk Keys  ☑ Pen or Pencil  ☑ Seal Envelope  ☑ Seals  ☑ Pouch  ☑ Clerk Binder

### Step 1



- Verify seal number on lid latch and ballot bin door.
- Position DS300 for voting and lock wheels.

### Step 2

- Unravel and connect power cord to outlet.



### Step 3



- Remove lid seal and place in seal envelope.
- Unlock, unlatch, and raise DS300 lid.
- Unlock and raise DS300 Screen.
- DS300 will power on when screen is raised.

### Step 4

- Verify seal number on flash drive compartment.
- Do not remove seal.



### Step 5

- Enter Election Code provided by office.
- Touch *Accept* on DS300 Screen.
- Device will restart after 3 incorrect attempts.

### Step 6



- Confirm precinct name, election title, time and date.
- Confirm public count is zero and three green checkmarks.
- Touch *Open Poll* on screen.
- Wait for two opening tapes to print.

### Step 7

- Remove tapes from DS300.
- Separate and sign each tape (3 signatures/per).
- Place one tape in pouch.
- One tape for public viewing.

### Step 8



- Unlock and open main ballot compartment.
- Close lid flaps and remove ballot bin.
- Confirm bin and compartment are empty.
  - Three workers needed to confirm.

### Step 9

- Return ballot bin to main ballot compartment.
- Push bin in completely and open lid flaps.
- Remove seal from ballot bin door.
- Close and lock ballot bin door.

### Step 10

- Record seal number on seal envelope.
- Place seal on main ballot bin door and emergency bin door.



### Step 11

- Touch *Go to Voting Mode* on DS300 Screen.

### Step 12

**DS300 IS READY FOR VOTING.**



## A24 - Closing the DS300

# Closing the
# DS300

### Items Needed
☑ Clerk Keys     ☑ Pen or Pencil     ☑ Seal Envelope
☑ Seals     ☑ Pouch     ☑ Ballot Reconciliation Form     ☑ Clerk Binder

### Step 1

- Record DS300 public count on the Ballot Reconciliation Form.

### Step 2
- Verify flash drive compartment seal number.
- Remove seal & place in seal envelope.
- Unlock and open flash drive compartment.
- **Do not remove flash drive.**

### Step 3

- Push *Close Poll* button in compartment.
- Touch *Close Poll* button on screen.
- Wait for results tape to print, including copies.

### Step 4
- Remove results tape from DS300.
- Separate and sign each tape (3 signatures/per).
- Place two tapes in pouch.
- Post one tape for public viewing.

### Step 5

- Touch "*Finished - Turn Off*" on screen.
- Wait for DS300 to power down completely.
- Confirm DS300 screen and power backlight is off (dark).

### Step 6
- Remove flash drive from DS300.
- Deposit flash drive into pouch.
- Close and lock compartment door.


### Step 7

- Close and lock DS300 screen.
- Close and lock DS300 container lid.
- Use seal in pouch to seal lid latch.
- Record seal number on seal envelope.

### Step 8
- Unplug power cord from power source.
- Wrap the cord around the cord holder.

### Step 9
- Verify main ballot compartment seal number.
- Remove seal and deposit into seal envelope.
- Unlock and open the compartment door.

### Step 10
- Close lid flaps and remove ballot bin.
- Confirm main ballot compartment is empty.
- Place loose voted ballot cards in bin.
- Place pouch in ballot bin.


### Step 11

- Close lid and lock both locks.
- Use two seals to seal bin on both sides.
- Record seal numbers on seal envelope.

### Step 12
**DS300 IS NOW CLOSED.**

137

## A25 - 500 Feet Radius Map



## A26 - Totals Tape



Please Note: Totals Tapes will print with signature lines reading "Poll Manager/Clerk" replacing the "Election Judge" signature lines seen in the image.

139

## A27 - Poll Watchers Rules Poster

# Rules for
# Poll Watchers

## Poll Watcher Duties

A poll watcher is someone who is appointed by a candidate or a political party to observe the election day procedures in a precinct. The managers of the polling place will designate a place where watchers can remain throughout the day. Conversations between watchers and voters are not permitted within the polling place. Watchers will not be permitted to interfere with the orderly conduct of the election or influence any voter in the casting of their ballot.

Candidates and poll watchers should be permitted to look at (NOT photograph) the voter registration list in the polling place, provided that they do not interfere with the orderly conduct of the election, and no one is waiting in line to vote.

## Qualifications

- Must be a qualified voter in the county.
- Present the poll manager with a letter signed by the candidate or by an appropriate party official stating that he/she is certified to act as a watcher in that precinct.
- Wear a badge not to exceed 4 1/4" x 4 1/4", specifying the name of the candidate or party he/she represents.

## May do this:

- In a primary election, each candidate may appoint one watcher for any polling place where his/her name is on the ballot.
- In a general election, each non-partisan, petition, or announced write-in candidate may appoint one watcher for any polling place where his/her name is on the ballot.

## Don't do this:

- All candidates of the same party are jointly represented at any one voting place. Do not bring more than two watchers for each 1,000 registered voters at the polling place.
- Do not take pictures or videos inside the polling place, with the exception of the zero tape and totals tape once posted.
- Do not talk to voters in the polling place.
- Do not argue with poll clerks or poll managers. Step outside to call the county office if you have additional concerns.

**Find results & stay up to date on all election information at scVOTES.gov.**

**Follow us on**

   

**every vote matters.**
**every vote counts.**

SEC BSL 2096-202408

## scVOTES.gov

**To be eligible to register, you must be:**
A U.S. Citizen | S.C. Resident | 18 years or older

140

## A28 - Candidates Rules Poster



# Rules for
# CANDIDATES

### May do this:
### Outside the polls

- A candidate may be stationed outside the polling place but within the above stated 500 foot area, greet voters, and verbally solicit votes, provided there are no complaints by voters to the poll managers regarding this activity, or as long as in the managers' judgment there is no disruption of the orderly election process.
- A candidate may wear a badge no larger than 4 1/4" x 4 1/4" within 500 feet of the entrance to the polling place. This badge may contain the candidate's name and office sought. If entering the polling place, the candidate must remove this badge before entering.
- Candidate Representatives: It is permissible for the representative(s) of a candidate to be stationed outside the polling place but within the above stated 500 foot area, greet voters, and verbally solicit votes, provided there are no complaints by voters to the managers regarding this activity or as long as in the managers' judgment there is no disruption of the orderly election process.

### Inside the polls

- A candidate may greet voters in line as long as the candidate is not wearing campaign material (including badges) and is not asking for votes.
- A candidate should be permitted to look (NOT photograph) at the voter registration list and poll list in the polling place provided that the candidate does not interfere with the orderly conduct of the election, and no one is waiting in line to vote.
- A candidate may serve as a voter's assistant at the voter's request as long as the candidate qualifies under law.

### Don't do this:
### Within 500 feet of the entrance:

- It is unlawful for a candidate or any person to distribute any type of campaign literature or display any political posters within 500 feet of the entrance to the polling place.
- No bumper stickers, signs, buttons, brochures, printed or political attire, etc. may be displayed inside the polling place or within this 500 foot zone.

### Inside the polls

- The candidate may not intimidate or interfere with the orderly election process. **Managers should use their own judgment regarding this matter.**

**Find results & stay up to date on all election information at scVOTES.gov.**

**Follow us on**

   

every vote matters.
every vote counts.

SEC BSL 2095-202408

**scVOTES.gov**

**To be eligible to register, you must be:**
A U.S. Citizen | S.C. Resident | 18 years or older

141

## A29 - Notes



# every vote matters.
# every vote counts.

## scVOTES.gov

**To be eligible to register, you must be:**
A U.S. Citizen | S.C. Resident | 18 years or older

**State Election Commission**
1122 Lady Street, Suite 500
Columbia, SC 29201

P.O. Box 5987
Columbia, SC 29250-5987