# Exhibit A

**Civil Action No. 3:25-cv-13754 (MGL)**

THE UNITED STATES DISTRICT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Case No. 3:25-cv-13754-MGL

NAACP SOUTH CAROLINA STATE
CONFERENCE, ROBERT CALDWELL;
JONATHAN BELL; SHERRY JENKINS,
*Plaintiffs*,
v.

ALAN WILSON, in his official capacity
as South Carolina Attorney General;
JENNY WOOTEN, in her official capacity
as Interim Executive Director of the
State Election Commission; DENNIS
SHEDD, in his official capacity as
Chairman of the State Election
Commission; JOANNE DAY, CLIFFORD
ELDER, LINDA MCCALL, and SCOTT
MOSELEY, in their official capacities as
members of the State Election
Commission,
*Defendants*.

**DECLARATION OF ROBERT CALDWELL**

Pursuant to 28 U.S.C. § 1746, I, Robert Caldwell, declare as follows:

1.      I am over the age of eighteen, and I am competent to make this declaration. I provide this declaration based upon my personal knowledge.

2.      I am a Plaintiff in the above-captioned case.

1

3.    I am a 75-year-old Black man. I am a resident and registered voter in Chester County, South Carolina. I currently live at MUSC Health Chester Nursing Center (MUSC Chester), a nursing home in Chester, South Carolina. I have lived here since approximately 2018. I am President of the Resident's Council at MUSC Chester. I have been President of the Resident's Council since about 2020.  The Resident's Council meets once a month on the 16th or 17th of every month. As President of the Resident's Council, I listen to other residents' concerns and ask staff to address them if their concerns are not met.

4.    I am a member of the South Carolina State Conference of the NAACP. I joined the South Carolina State Conference of the NAACP in the 1970s to advocate for the rights of Black people. We would drive together to the polls on Election Day.

5.    Voting is very important to me. My parents could not vote for most of their lives because they faced severe racial discrimination. My parents were sharecroppers on a cotton farm in Chester and grew up during Jim Crow. Growing up, I had to pick cotton before and after school, and sometimes I would have to skip school to pick cotton.

6.    I remember when organizations such as the NAACP began fighting for Black Americans' right to vote. Even when Black people fought for the right to vote and gained the right to vote under law, my parents were prevented from voting by the white owner of the farm they worked on. Many Black people were threatened for registering to vote during that time. I remember when the Ku Klux Klan would march on the highway near our house in the 1960s, and my mother would make me go inside.

7.    I vote to make my voice heard so that we do not return to those times of severe racial discrimination. We have come too far to go back to those times.

8.      I have tried to vote in almost every federal election since I turned 18. Before my stroke, I voted in person. Since moving to MUSC Chester, I have voted absentee in nearly every or every election in South Carolina.

9.      I suffered a stroke in 2015 and mostly lost the use of my legs. Because of the stroke, I need a wheelchair to get around.  I can use a walker to walk short distances.  I also have Chronic Obstructive Pulmonary Disease (COPD) and I need an oxygen tank almost all the time, except when I go to the bathroom. I broke my right ankle playing football in high school and needed surgery to fix it. During the surgery for my ankle, they put pins in my bones. I have recently suffered inflammation from the pins, which put pressure on my ankle bones and caused them to shatter. My doctors believe there is not enough bone left to operate on, so I currently wear a boot on my right foot. This makes walking even more difficult than it used to be.

10.     I can make it to the bathroom and back to the bed on my own. I do not have a portable oxygen tank, which makes it difficult for me to walk without assistance outside of MUSC Chester. Because of my limited mobility from the stroke and my oxygen tank, I only walk about 30 feet on my own. I rely on help from staff at MUSC Chester to wash and put lotion on my back.

11.     Because of my disabilities and reliance on a wheelchair, I can't travel outside MUSC Chester on my own. Sometimes my family picks me up for special occasions, but I need help getting in and out of the car. It is not easy to transport me with my wheelchair and oxygen tank. I usually only leave MUSC Chester for medical appointments using a medical transportation company. Medicare or Medicaid pays for that medical transportation company if I am going to a medical appointment. I do not know about any public transportation in Chester that I could use.

12.     My mobility limitations make it challenging for me to vote in person at a polling place. It would be very difficult for me to get to a polling place since I rely on a wheelchair or

walker to get around, do not have my own car, and need assistance getting in and out of cars. I plan to keep voting absentee because of these barriers to voting in person. However, making sure my voice is heard and my vote is counted is incredibly important to me. I have spent my life raising awareness about the importance of voting. I will always try to do whatever I can to make sure my vote is counted.

13.     I do not think that it is physically impossible for me to vote without help. I can read and complete my ballot without help, but I need help requesting and returning my absentee ballot because of my disabilities.

14.     I know almost every resident at MUSC Chester personally. I used to go to many residents' rooms every election to see if they wanted to register and vote.  Ms. Gaither would go to residents' rooms with me to make sure everyone who wanted to vote could vote.  I have seen her work with other residents and she cares for all of us deeply.

15.     I plan to vote in South Carolina elections in 2026.

16.     In 2026, I hope to get help voting absentee from Barvette Gaither, a social worker at MUSC Chester. Ms. Gaither cares about me. She is my friend who I trust more than anyone else at MUSC Chester to help me vote. She has helped me vote in the past by requesting and returning my absentee ballot. I trust her to make sure that my request form and ballot are turned in on time so that my vote is counted. During the years I have lived here, I have seen how she cares more about what is going on in my life than many other staff members. It is important to me to rely on Ms. Gaither for help voting because I trust her most, and I know she cares about my right to vote.

17.     I learned in a recent election that there is a new law in South Carolina that limits Ms. Gaither to returning only five absentee ballots in an election. Ms. Gaither tried to return

4

residents' ballots and the election official told her that she could only return five ballots. Until South Carolina passed this law, Ms. Gaither would return many residents' absentee ballots, because they trust her to help them vote..

18. From my experience encouraging residents to vote and talking with them, I know how much other residents trust Ms. Gaither. I worry that more than five of us will want Ms. Gaither's help voting in the 2026 elections, and only five of us will be able to rely on her. Even if someone else offered to help me vote, I want Ms. Gaither to help me vote absentee because she is reliable, I trust her more than anyone else at MUSC Chester, and she is my friend. She has successfully helped me vote in the past so that my vote was counted, which is important to me. I do not want to rely on anyone else for help voting absentee.

19. I am concerned that in the future, Ms. Gaither will not be able to help me return my ballot if she helps five other residents vote. I do not trust anyone as much as I trust Ms. Gaither to help me vote. I also worry that other residents who want to rely on Ms. Gaither for help voting will not be able to.

5

## VERIFICATION

I, Robert Caldwell, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Robert Caldwell

Date

6