# Exhibit B

**Civil Action No. 3:25-cv-13754 (MGL)**

THE UNITED STATES DISTRICT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Case No. 3:25-cv-13754-MGL

NAACP SOUTH CAROLINA STATE
CONFERENCE, ROBERT CALDWELL;
JONATHAN BELL; SHERRY JENKINS,
　　　　　　　*Plaintiffs*,
　　　　　v.

ALAN WILSON, in his official capacity
as South Carolina Attorney General;
JENNY WOOTEN, in her official capacity
as Interim Executive Director of the
State Election Commission; DENNIS
SHEDD, in his official capacity as
Chairman of the State Election
Commission; JOANNE DAY, CLIFFORD
ELDER, LINDA MCCALL, and SCOTT
MOSELEY, in their official capacities as
members of the State Election
Commission,
　　　　　　　*Defendants*.

**DECLARATION OF SHERRY JENKINS**

Pursuant to 28 U.S.C. § 1746, I, Sherry Jenkins, declare as follows:

　　1.　　I am over the age of eighteen, and I am competent to make this declaration. I provide this declaration based upon my personal knowledge.

　　2.　　I am a Plaintiff in the above-captioned case.

1

3. I am 75 years old and a resident and registered voter in South Carolina. I currently reside at Union Post Acute, a post-acute care facility and nursing home in Union, South Carolina. I have lived here since November 2023.

4. I have both physical and non-physical disabilities. I have optic nerve impairment and macular degeneration. I am legally blind in my right eye, and I cannot see straight out of my left eye. I also have osteoporosis, arthritis, and scoliosis. I have chronic back pain, and I use a wheelchair all of the time to move around. I also have neck pain and trouble moving my shoulder. I had hip replacement surgery on my right hip and am going to have another hip replacement surgery on my left hip. My disabilities make it hard to do daily activities without assistance.

5. Due to my disabilities and reliance on a wheelchair, it is difficult for me to travel outside of my residence at Union Post Acute. I cannot drive and I need assistance getting in and out of cars. Because of my vision impairment, I require assistance reading and filling out paperwork. For example, I often rely on a machine that reads the words on a page to me.

6. My mobility limitations and vision impairments make it challenging, if not impossible, for me to vote in person at a polling place. It would be very difficult for me to get to a polling place since I rely on a wheelchair, cannot drive, and need assistance getting in and out of cars. As a result, I plan to vote by mail in 2026.

7. Due to my visual impairments, I need assistance applying for an absentee ballot and reading the ballot. Because of my mobility limitations and visual impairments, I need assistance requesting a mail ballot and mailing in my ballot. The mailbox is outside of Union Post Acute and would be difficult for me to get to by myself.

8. It's been many years since I voted but I plan to vote this year. It is important for me to have a voice in electing a representative. I want to make sure the right person is in government.

9. In 2026, I want to get help from Deborah Allen to vote by mail. Ms. Allen cares for me and assists me with daily tasks and activities. I see and talk with her every day. She is my good friend.

10. I am aware that South Carolina law limits any person to assisting no more than five voters in any election by requesting or returning their mail ballot. I feel that it is not right that people like Ms. Allen are limited to helping five people every election.

11. Even if someone else offered to help me vote, I specifically trust Ms. Allen with my ballot because she is reliable, she takes care of me every day, she helped me confirm that I was registered to vote, and she is my friend.

12. I am concerned that Ms. Allen will be limited to helping five other residents vote in 2026 and she will not be able to help me. I do not want to have to rely on someone else to request and return my absentee ballot request form and ballot, and for help understanding my ballot.

## VERIFICATION

I, Sherry Jenkins, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

*Sherry Jenkins*

Sherry Jenkins

3-16-26

Date

4