# Exhibit C

**Civil Action No. 3:25-cv-13754 (MGL)**

**THE UNITED STATES DISTRICT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

**Case No. 3:25-cv-13754-MGL**

NAACP SOUTH CAROLINA STATE
CONFERENCE, ROBERT CALDWELL;
JONATHAN BELL; SHERRY JENKINS,
　　　　　　*Plaintiffs*,
　　　　v.

ALAN WILSON, in his official capacity
as South Carolina Attorney General;
JENNY WOOTEN, in her official capacity
as Interim Executive Director of the
State Election Commission; DENNIS
SHEDD, in his official capacity as
Chairman of the State Election
Commission; JOANNE DAY, CLIFFORD
ELDER, LINDA MCCALL, and SCOTT
MOSELEY, in their official capacities as
members of the State Election
Commission,
　　　　　　*Defendants*.

**DECLARATION OF JONATHAN BELL**

Pursuant to 28 U.S.C. § 1746, I, Jonathan Bell, declare as follows:

　　1.　　I am over the age of eighteen, and I am competent to make this declaration. I provide this declaration based upon my personal knowledge.

　　2.　　I am a Plaintiff in the above-captioned case.

1

3.      I am 61 years old. I have lived in South Carolina all my life.  I currently live at Union Post Acute, a post-acute care facility and nursing home in Union. I have lived here for a little over a year.

4.      I have been voting in South Carolina for over 40 years, since I was old enough to vote.  I am registered to vote in Chester County, where I am from. Voting is important to me because it is my right as an American citizen to make my voice heard.

5.      I have a physical disability caused by sciatica that was made worse by complications from back surgery, which was supposed to address my sciatic nerve pain.  I had one surgery to address my sciatica and another surgery after I got an infection.  I am also on dialysis, which makes me fatigued after treatments. As a result of my disabilities, I primarily use a wheelchair to get around, and sometimes use a walker.  I cannot walk more than a few steps on my own.  I am working on regaining strength in my legs, but the recovery process is long and difficult.  The staff at Union Post Acute assist me with some daily activities, like showering.

6.      My disability, mobility limitations, and use of a wheelchair make it difficult for me to travel outside of Union Post Acute.  For example, I cannot drive and need assistance getting in and out of a car.  I usually only leave Union Post Acute for my dialysis treatments using Ambustar, a medical transportation company.

7.      My mobility limitations would make it very difficult to vote in person at a polling place.  Since my surgeries, I have only voted by mail.  My mobility limitations also make it difficult for me to vote by mail without assistance because the mailbox at Union Post Acute is outside and not easily accessible to me.  In 2024, I relied on my brother to assist me with voting by mail.  He brought me the mail ballot application and mail ballot. Once I had filled both out, he mailed them in for me.

8.  I plan to vote by mail in the 2026 primary and general elections, and I want to get help from Deborah Allen to vote by mail because I trust her most.  I specifically trust Ms. Allen to help me vote because she is reliable, she regularly assists me with other things, and I speak with her every day.   Voting by mail is complicated, and I trust her most to help me through the process and vote.

9.  While I could ask my brother for help voting, I do not want to rely on him because he lives about 45 minutes from me. He works over 40 hours a week doing two jobs, and has to take care of his family, including grandchildren.  He lives a busy life and I do not want to have to rely on him to help me vote by mail.  Ms. Allen is already present at Union Post Acute where I live and I trust that she will be able to get my ballot turned in on time so my vote is counted.

10.  I am aware that South Carolina law limits any person to assisting no more than five voters in any election.  I am concerned that I will not be able to get the help I need to vote from Ms. Allen.

11.  There are other people at Union Post Acute who need even more help than me to vote, and I'm worried they won't get the help they need.

3

## <u>VERIFICATION</u>

I, Jonathan Bell, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Jonathan Bell

_____
Date