# Exhibit D

**Civil Action No. 3:25-cv-13754 (MGL)**

THE UNITED STATES DISTRICT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Case No. 3:25-cv-13754-MGL

NAACP SOUTH CAROLINA STATE
CONFERENCE, ROBERT CALDWELL;
JONATHAN BELL; SHERRY JENKINS,
                    *Plaintiffs*,
        v.

ALAN WILSON, in his official capacity
as South Carolina Attorney General;
JENNY WOOTEN, in her official capacity
as Interim Executive Director of the
State Election Commission; DENNIS
SHEDD, in his official capacity as
Chairman of the State Election
Commission; JOANNE DAY, CLIFFORD
ELDER, LINDA MCCALL, and SCOTT
MOSELEY, in their official capacities as
members of the State Election
Commission,
                    *Defendants*.

## DECLARATION OF DEBORAH ALLEN

Pursuant to 28 U.S.C. § 1746, I, Deborah Allen, declare as follows:

1.  I am over the age of eighteen, and I am competent to make this declaration. I provide this declaration based upon my personal knowledge.

1

2.      I have worked at Union Post Acute, a nursing home and post-acute care center in Union, South Carolina, for approximately 44 years. I started as a Certified Nursing Assistant. I am now the Activities Director for Union Post Acute.

3.      As the Activities Director, I organize daily activities for residents, like bingo and painting. I interact with all the 88 long-term and short-term residents at Union Post Acute. I talk with them about their lives and listen to their concerns. I try to treat residents the way I would want my family in a nursing home to be treated.

4.      One of my jobs as Activities Director is to help all eligible residents vote who want help voting. I have been helping residents vote for decades. I feel that I have a personal responsibility to help any eligible resident who wants help voting because it is their right to vote. They are still a part of this community even though they live in these walls, and they deserve a voice in democracy just like anyone else. I am trusted by their families to take care of residents, and all I have is my word. Part of taking care of residents is protecting their rights, including the right to vote.

5.      It is very difficult or impossible for most residents at Union Post Acute to get to the polls to vote in person. There is no public transportation they can use in Union. Some residents could get a ride from a family member, but most of our residents have mobility challenges and they can't get into or out of a car easily. For almost all our residents, especially those with physical disabilities, it is much easier for them to vote absentee. For some of them, absentee voting is the only option they have.

6.      I am aware that South Carolina passed a new law in 2022 that prevents me from helping more than five people by requesting or returning their absentee ballot in an election. This

law means that I cannot help all the residents who want me to help them in each election, and it also makes my job much more difficult.

7.     Before the five-voter limit, in most federal elections, I would help about 25 residents vote in the primary and general elections. Nearly all of them have disabilities and mobility impairments.

8.     Before each election, I would ask every resident who is eligible to vote whether they want to vote and if they want help voting. To vote absentee in South Carolina, a voter needs to submit an absentee application request form in order to receive their absentee ballot. For voters who want help, I would help them fill out their absentee ballot request form and return that form. Once we received the ballot, I would ask if they needed help understanding or filling out their ballot. Some of our residents have very limited eyesight, and they require help filling out their ballot. Once each resident has completed their ballot, I would return all of their ballots at once by driving to the County Board of Elections and dropping their ballots off. I have to sign an oath for each resident I help by requesting their absentee ballot or returning their absentee ballot. After the five-voter limit was passed, I can only request and return an absentee ballot for five voters.

9.     Since 2022, when the five-voter limit was imposed, I have started the process of asking residents whether they want to vote earlier and asked families of most residents to see if they are willing to help them vote absentee. Even though it is less convenient for residents and their family members, I have to ask many residents' families if they can help. For residents who have family who can help them vote absentee, including Jonathan Bell, I will explain the process to their family members. I cannot request or return the absentee ballot for residents with family members who can help them, because there are more than five residents each election who want my help voting and do not have family who are willing to help them.

3

10.     Some families are open to helping but most cannot because they are not familiar with the process or live far away. For the family members who are open to helping, I communicate with them early on to let them know what they need to do. Still, some family members who say they will help residents do not follow through.

11.     It's unfortunate, but some family members are not invested in helping residents vote or find the process too difficult. For residents without family members who can help them vote, I may be able to help them if they are one of the five residents I can help in an election. If they trust a different staff member, I can give instructions to that staff member to help them. Otherwise, they just won't get help to vote and they will have to figure out how to apply to vote absentee and turn in their ballot on their own, which they may or may not be able to do.

12.     All this extra work educating family members and trying to find other people who could help residents vote absentee is burdensome to me and any staff who residents might trust to help them vote.

13.     Before the five-voter limits, I would help many short-term residents by requesting and returning their absentee ballots, if they wanted help. Now, because more than five long-term residents want help each election, I cannot help any of the short-term residents by requesting or returning their absentee ballot. I need to "save" the five voters I'm allowed to assist for residents who need my help most. I just give the short-term residents information about how to vote absentee and hope for the best. It is disappointing, but this means that some of the short-term residents who want to vote now likely do not end up voting.

14.     Before the five-voter limits, I would help two of my family members vote absentee by requesting and returning their absentee ballot. I no longer request or return absentee ballots for

4

any family members because I help five residents each election by requesting and returning their absentee ballots.

15.     I have not yet started contacting residents about whether they want help voting in 2026, but I plan to soon. Just like in past elections, I expect that many more than five residents will want help from me to vote absentee, including by requesting and returning their absentee ballots. As a result, I will not be able to help all the residents who want help voting. This is sad because I want to help any eligible resident vote who wants help voting.

16.     This process to help residents who want help to vote should be easy, but it is not. This is deeply disappointing to me. If a resident trusts me to help them, I want to help them vote. I want all eligible residents to have a voice in our democracy. The law limiting me to helping five voters request or return their absentee ballot is a barrier to their right to make their voices heard.

5

## VERIFICATION

I, Deborah Allen, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

*Deborah Allen*

Deborah Allen

3/26/26

Date