# Exhibit E

**Civil Action No. 3:25-cv-13754 (MGL)**

**THE UNITED STATES DISTRICT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

**Case No. 3:25-cv-13754-MGL**

NAACP SOUTH CAROLINA STATE
CONFERENCE, ROBERT CALDWELL;
JONATHAN BELL; SHERRY JENKINS,
                    *Plaintiffs*,
            v.

ALAN WILSON, in his official capacity
as South Carolina Attorney General;
JENNY WOOTEN, in her official capacity
as Interim Executive Director of the
State Election Commission; DENNIS
SHEDD, in his official capacity as
Chairman of the State Election
Commission; JOANNE DAY, CLIFFORD
ELDER, LINDA MCCALL, and SCOTT
MOSELEY, in their official capacities as
members of the State Election
Commission,
                    *Defendants*.

**DECLARATION OF ROBIN MILLER**

Pursuant to 28 U.S.C. § 1746, I, Robin Miller, declare as follows:

1.     I am over the age of eighteen, and I am competent to make this declaration. I

provide this declaration based upon my personal knowledge.

1

2.     I am a licensed social worker and the Director of Social Services at Union Post Acute, a nursing home and post-acute care center in Union, South Carolina.  I have worked at Union Post Acute for over seven years.

3.     As the Director of Social Services, I work with residents and other staff on a daily basis.

4.     As part of my job as Director of Social Services, I work with Ms. Deborah Allen, the Activities Director at Union Post Acute.  Ms. Allen has worked at Union Post Acute for over 40 years.  We sometimes care for residents at Union Post Acute who remember Ms. Allen taking care of their grandparents – that's how long she's worked here.  Ms. Allen is very sweet, patient, and kind, especially to our residents.  She will sit with the residents and really listen to them.  She cares deeply for the residents of Union Post Acute and has formed strong bonds with many of them.  As a result, many residents with disabilities rely on Ms. Allen to help them, including helping them exercise their right to vote.

5.     Ms. Allen has been helping residents exercise their right to vote for decades.  She is very familiar with the process to vote absentee in South Carolina.  None of the staff at Union Post Acute are as familiar with the absentee voting process in South Carolina as Ms. Allen, including me.  Each election, Ms. Allen used to help many residents who wanted her help voting to request absentee ballots and then collect all of them and return them the County Board of Elections.  Because she made the process so easy and smooth, it made it likely that the residents would exercise their right to vote.

6.     I am aware that South Carolina passed a new law recently that prevents Ms. Allen from helping more than five people request or return their absentee ballot.  As a result, Ms. Allen can no longer help all of the residents who want her help voting.  There are many more than five

2

residents who want Ms. Allen's help voting each election.  Now, Ms. Allen has to help most residents figure out alternative arrangements for requesting and returning their absentee ballots, which doesn't always work out.  This extra work makes it more difficult for residents who need help to vote and want Ms. Allen's help voting.

7.     I am concerned most for our residents who used to rely on Ms. Allen every election, and now cannot because of the five-voter limit. I fear that without Ms. Allen's help, it will be harder or impossible for them to vote, or some will have to rely on a staff member who they do not trust as much as Ms. Allen.

## VERIFICATION

I, Robin Miller, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Robin Miller

3/30/26

Date

4