# Exhibit F

**Civil Action No. 3:25-cv-13754 (MGL)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| NAACP SOUTH CAROLINA STATE CONFERENCE; ROBERT CALDWELL; JONATHAN BELL; SHERRY JENKINS, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALAN WILSON, in his official capacity as the South Carolina Attorney General; JENNY WOOTEN, in her official capacity as Interim Executive Director of the State Election Commission; DENNIS W. SHEDD, in his official capacity as Chairman of the State Election Commission; JOANNE DAY, CLIFFORD J. ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the State Election Commission, <br><br> *Defendants*. | Civil Action No.: 3:25-cv-13754-MGL |

**PLAINTIFF ROBERT CALDWELL'S OBJECTIONS AND RESPONSES TO
DEFENDANT ALAN WILSON'S FIRST REQUESTS FOR ADMISSION**

Pursuant to Federal Rules of Civil Procedure 26 and 36 of the Federal Rules of Civil Procedure, Plaintiff Robert Caldwell by and through his undersigned attorneys, hereby serve Responses and Objections to Defendant Alan Wilson's ("Defendant") First Requests for Admission dated February 20, 2026 ("Requests for Admission," and each individually, a "Request" or "RFA").

**GENERAL OBJECTIONS**

Plaintiff Caldwell makes the following general objections which apply to each Definition, Instruction, and Admission.

1

1.      Plaintiff Caldwell objects to the Requests for Admission, including the Definitions and Instructions, to the extent they purport to impose obligations on Plaintiff greater than or inconsistent with those imposed by Rules 26 and 36 of the Federal Rules of Civil Procedure, Civil Local Rules, any other applicable rule or court order, or any stipulations or agreements of the parties.

2.      Discovery remains ongoing.  Plaintiff Caldwell expressly reserves the right to revise, correct, supplement, or clarify his responses to these Requests for Admission in accordance with the Federal Rules of Civil Procedure, the Local Rules, and relevant Court orders and other applicable rules, with any additional information or objections that may become available or come to his attention.

3.      Plaintiff Caldwell's response to each Request is made without prejudice to his rights to contest the disclosure of information that is protected by any privilege or protection, including, without limitation, the attorney client privilege, the work-product doctrine, the common-interest doctrine, and any other available and valid grounds for withholding information from disclosure.

4.      Plaintiff Caldwell objects to the definition of "Assistance" provided by Defendant Wilson to the extent Defendant Wilson purports to define that term in relation to the right to assistance protected by Section 208 of the Voting Rights Act, 52 U.S.C. § 10508.

5.      Nothing contained in these responses and objections is intended to be, or in any way constitutes, a waiver of any applicable privilege or immunity.  Plaintiff Caldwell expressly reserves the right to object to the use or introduction of such protected information.

2

## PLAINTIFF ROBERT CALDWELL'S RESPONSES

Subject to the foregoing General Objections, which are incorporated by reference into each and every response below, Plaintiff Caldwell responds to Defendant Alan Wilson's First Requests for Admission as follows:

**REQUEST FOR ADMISSION NO. 1:**

Admit that you are registered to vote in South Carolina.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Admitted.

**REQUEST FOR ADMISSION NO. 2:**

Admit that you have voted in person in an election in South Carolina in the past twelve (12) years.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Admitted.

**REQUEST FOR ADMISSION NO. 3:**

Admit that you have voted in person in an election in South Carolina in the past two (2) years.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Denied.

**REQUEST FOR ADMISSION NO. 4:**

Admit that you have previously received assistance in voting in person in a South Carolina election in the past twelve (12) years.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Denied.

**REQUEST FOR ADMISSION NO. 5:**

Admit that you have previously received assistance in voting in person in a South Carolina election in the past two (2) years.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Denied.

3

**REQUEST FOR ADMISSION NO. 6:**

Admit that you have previously voted using an absentee ballot in an election in South Carolina.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Admitted.

**REQUEST FOR ADMISSION NO. 7:**

Admit that you have previously requested and returned an absentee ballot in an election in South Carolina.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Denied. In previous elections, Ms. Gaither has requested and returned my absentee ballot for me. Before Ms. Gaither began working at MUSC Chester, a man named Carlton would help me request and return my ballot. Carlton no longer works at MUSC Chester, and Ms. Gaither took his position.

**REQUEST FOR ADMISSION NO. 8**:

Admit that a family member has previously requested and returned an absentee ballot on your behalf in an election in South Carolina.

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Denied.

**REQUEST FOR ADMISSION NO. 9:**

Admit that a person other than a family member has previously requested and returned an absentee ballot on your behalf in an election in South Carolina.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Admitted.

**REQUEST FOR ADMISSION NO. 10:**

Admit that you have previously received assistance in voting using an absentee ballot in an election in South Carolina.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Admitted. In previous elections, Ms. Gaither helped me vote absentee.  Before Ms. Gaither began working at MUSC Chester, I asked a man named Carlton to help me vote absentee. Carlton no longer works at MUSC Chester.

**REQUEST FOR ADMISSION NO. 11:**

4

Admit that you have previously received assistance in voting using an absentee ballot from a family member in an election in South Carolina.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Denied.

**REQUEST FOR ADMISSION NO. 12:**

Admit that you have previously received assistance in voting using an absentee ballot from a person other than a family member in an election in South Carolina.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Admitted. In previous elections, Ms. Gaither helped me vote absentee.  Before Ms. Gaither began working at MUSC Chester, I asked a man named Carlton to help me vote absentee. Carlton no longer works at MUSC Chester.

**REQUEST FOR ADMISSION NO. 13:**

Admit that you have previously received assistance in voting using an absentee ballot from a staff member at a nursing center in an election in South Carolina.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

Admitted. I have received assistance voting absentee from Ms. Gaither and Carlton.

**REQUEST FOR ADMISSION NO. 14:**

Admit that more than one staff member at your nursing center has offered to provide assistance to nursing center residents to vote in an election in South Carolina.

**RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

Admitted. It is my understanding that Ms. Gaither, one other current staff member, and a former staff member, Carlton, have offered to provide voting assistance to residents at MUSC Chester.

**REQUEST FOR ADMISSION NO. 15:**

Admit that staff members at your nursing center have expressly refused to provide you assistance in voting in a 2026 election in South Carolina.

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Denied.

**REQUEST FOR ADMISSION NO. 16**:

Admit that no election official has ever denied your request for assistance in voting in an election in South Carolina.

5

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Admitted. I have never requested voting assistance from an election official in South Carolina.

**REQUEST FOR ADMISSION NO. 17:**

Admit that staff members at your nursing center other than your person of choice are available to provide assistance to nursing center residents to vote in an election in South Carolina.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Admitted.  I am aware of one other staff member in addition to Ms. Gaither who may be available to provide voting assistance to residents at MUSC Chester.  I trust Ms. Gaither most and want to rely on assistance from her to vote absentee.

**REQUEST FOR ADMISSION NO. 18:**

Admit that you have already requested at least one absentee ballot for at least one election in South Carolina for the 2026 election year.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Denied. I have not yet requested an absentee ballot for any 2026 election.

**REQUEST FOR ADMISSION NO. 19:**

Admit that someone has already requested at least one absentee ballot for at least one election in South Carolian for the 2026 election year on your behalf.

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Denied. No one has yet requested an absentee ballot on my behalf for any 2026 election.

**REQUEST FOR ADMISSION NO. 20:**

Admit that your disability does not prevent you from requesting an absentee ballot application by phone or by mail.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Denied. I have never attempted to request an absentee ballot by phone and have never attempted to request an absentee ballot by mail without assistance.

**REQUEST FOR ADMISSION NO. 21:**

Admit that your disability does not prevent you from returning an absentee ballot by mail.

**RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

Denied. I have never attempted to return an absentee ballot by mail without assistance.

**REQUEST FOR ADMISSION NO. 22:**

Admit that your disability does not prevent you from reading, understanding, and completing a ballot.

**RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

Admitted.

**REQUEST FOR ADMISSION NO. 23:**

Admit that it would be possible for you to vote in person in an election in South Carolina in 2026.

**RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

Denied. I have not attempted to vote in person in about ten years because of my disabilities. However, the right to vote is incredibly important to me, and I would try to do anything I could to make sure my voice is heard and my vote is counted.

**REQUEST FOR ADMISSION NO. 24:**

Admit that transportation, whether public or private, is available and accessible to you.

**RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

Admitted in part. My niece is able to drive me to various places when she is available. There is also a Chester Connect shuttle service, but it costs money. Because I rely on a wheelchair and an oxygen tank, some transportation is difficult, if not impossible, for me to access. I do not know about any public transportation in Chester that I could use.

## VERIFICATION

I, Robert Caldwell, state that I have read Defendant Alan Wilson's First Requests for Admission and my answers to those Requests, which are true to the best of my knowledge, information, and belief. I declare under penalty of perjury that the foregoing is true and correct.

Robert Caldwell

Date

8

Dated: March 16, 2026

*/s/ Allen Chaney*

Allen Chaney, Fed. ID 13181
AMERICAN CIVIL LIBERTIES UNION OF
SOUTH CAROLINA FOUNDATION
P.O. Box 1668
Columbia, SC 29202
(864) 372-6681
achaney@aclusc.org

Stephen D. Hibbard*
PROSKAUER ROSE LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
(310) 284-5622
shibbard@proskauer.com

Robert W. Pommer III*
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2533
(202) 416-6808
rpommer@proskauer.com

Bradley M. Presant*
Amy B. Gordon*
Michael Beckwith*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
(212) 969-3284
bpresant@proskauer.com
agordan@proskauer.com
mbeckwith@proskauer.com

Clayton Pierce*
Davin Rosborough*
Jonathan Topaz*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
cpierce@aclu.org
drosborough@aclu.org
jtopaz@aclu.org
slakin@aclu.org

Brian Dimmick*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street NW, 6th Floor
Washington, D.C. 20005
(202) 731-2395
bdimmick@aclu.org

*Attorneys for Plaintiffs*
*\* Motion for admission Pro Hac Vice forthcoming*

9

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the Defendants by e-mail on March 16, 2026.

*/s/ Allen Chaney*
Allen Chaney