# Exhibit H

**Civil Action No. 3:25-cv-13754 (MGL)**

**THE UNITED STATES DISTRICT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

**Case No. 3:25-cv-13754-MGL**

NAACP SOUTH CAROLINA STATE CONFERENCE, ROBERT CALDWELL; JONATHAN BELL; SHERRY JENKINS,
*Plaintiffs*,

v.

ALAN WILSON, in his official capacity as South Carolina Attorney General; JENNY WOOTEN, in her official capacity as Interim Executive Director of the State Election Commission; DENNIS SHEDD, in his official capacity as Chairman of the State Election Commission; JOANNE DAY, CLIFFORD ELDER, LINDA MCCALL, and SCOTT MOSELEY, in their official capacities as members of the State Election Commission,

*Defendants*.

**DECLARATION OF BRENDA MURPHY**

Pursuant to 28 U.S.C. § 1746, I, Brenda Murphy, declare as follows:

1.      I am over the age of eighteen, and I am competent to make this declaration. I provide this declaration based upon my personal knowledge.

2.      I was born and raised in Ridgeway, South Carolina, and I have lived in South Carolina for most of my life. I currently live in Columbia, South Carolina.

1

3. I have served for about nine years as President of the South Carolina State Conference of the NAACP (the "South Carolina NAACP"), a nonprofit, nonpartisan membership organization headquartered in Columbia, South Carolina. The South Carolina NAACP is a state subsidiary of the National Association for the Advancement of Colored People (the "NAACP"). Before serving as President, I was Chair of the Health Committee of the South Carolina NAACP, and I have supported the organization in other capacities as a longtime member.

4. I am aware that the South Carolina NAACP is a plaintiff in the above-captioned matter. I am authorized to speak for the South Carolina NAACP in this matter.

5. Chartered in 1939, the South Carolina NAACP is the oldest civil rights group in South Carolina with over 13,000 members and 77 branches across all 46 counties in the State. Consistent with the NAACP's mission to achieve equity and advance the political rights of Black people and all persons of color, the South Carolina NAACP's goals include eliminating barriers to the franchise for our members and all South Carolinians.

6. The South Carolina NAACP's members include many people with physical and nonphysical disabilities who rely on assistance to vote absentee. One of those members is Robert Caldwell.

7. I devoted my career to caring for others as a registered nurse with the South Carolina Department of Mental Health, U.S. Department of Veterans Affairs ("VA"), and the Army Reserve Nurse Corps. I worked at several long-term care facilities in South Carolina, including the VA medical center in Columbia and the C.M. Tucker Nursing Care Center in Columbia. Throughout my career, I worked with patients with disabilities daily. After I retired from nursing, I continued training nurses as an Adjunct Professor at South University.

2

8.      During my career as a registered nurse, I helped facilitate absentee voting for patients with disabilities by working with facilities staff who helped patients vote each election. Through my decades of helping facilitate voting for patients, I learned that patients are most comfortable relying on the person they trust to help them vote. I know that many people care about the privacy of their ballot. The patients at facilities where I worked trusted the staff member who cared for them daily to help them vote. Often, one staff member would help many patients vote.

9.      I also helped my mother vote absentee. Later in life, she had disabilities impacting her physical mobility, and she could not make it to the polls. I helped her vote absentee because she trusted me and it was convenient for me to help her.

10.     I am aware that South Carolina recently passed a law that prohibits any person from requesting or returning more than five absentee ballots in an election. I know that this has created significant barriers to voting for many South Carolina NAACP members with disabilities.

11.     For example, Reverend J.M. Flemming, the longtime Greenville NAACP Branch President, used to help many elderly and disabled members in his community vote each election. Other South Carolina NAACP members relied on him for help returning their absentee ballots. Many members trust him as a faith leader and an upstanding member of the community, and he is someone they have known for decades who cares about their right to vote. After these new limits were passed, Reverend Flemming was prevented from helping more than five members by requesting or returning five absentee ballots. Members who used to rely on Reverend Flemming for help voting absentee cannot anymore.

3

12.     I am aware that South Carolina law only allows registered voters to request or return a ballot for someone else, unless they are a close family member. This law also imposes barriers on South Carolina NAACP members with disabilities.

13.     Many Greenville NAACP Branch youth members are involved in their community. Some Greenville NAACP Branch members with disabilities would like to rely on youth members under 18 for help requesting and returning their absentee ballot. Because those youth members are not registered to vote, they cannot help the elderly, disabled members who would like to rely on them.

14.     The right to vote is fundamental. These restrictions on the assistance voters can receive are a barrier to voting for many South Carolina NAACP members.

I declare under penalty of perjury that the foregoing is true and correct.

Brenda Murphy
President
NAACP South Carolina State Conference

03/31/2026

Date