# Exhibit I

**Civil Action No. 3:25-cv-13754 (MGL)**

**THE UNITED STATES DISTRICT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

**Case No. 3:25-cv-13754-MGL**

NAACP SOUTH CAROLINA STATE
CONFERENCE, ROBERT CALDWELL;
JONATHAN BELL; SHERRY JENKINS,
                    *Plaintiffs*,
            v.

ALAN WILSON, in his official capacity
as South Carolina Attorney General;
JENNY WOOTEN, in her official capacity
as Interim Executive Director of the
State Election Commission; DENNIS
SHEDD, in his official capacity as
Chairman of the State Election
Commission; JOANNE DAY, CLIFFORD
ELDER, LINDA MCCALL, and SCOTT
MOSELEY, in their official capacities as
members of the State Election
Commission,
                    *Defendants*.

**DECLARATION OF REVEREND J.M. FLEMMING**

Pursuant to 28 U.S.C. § 1746, I, J.M. Flemming, declare as follows:

1.    I am over the age of eighteen, and I am competent to make this declaration. I

provide this declaration based upon my personal knowledge.

1

2.      I was born and raised in Greenville, South Carolina, and I still live in Greenville. I have been a member of the South Carolina State Conference of the NAACP (the "South Carolina NAACP") nearly all my life. I signed up to be a member as a child.

3.      I have dedicated my life to fighting for the rights of Black people to have equal justice under law. This stems from my experience growing up, when I witnessed events like white leaders in Greenville put seals in the public swimming pool to prevent Black people from swimming there. I vote and encourage other people in my community to vote to show our voice and strength in society, and to protect our constitutional rights.

4.      I registered to vote when I turned 18. Starting in high school, I helped register other people to vote, along with other NAACP members. We live in a country governed by laws and the Constitution. We have to vote to have a say in who makes the law and what the law says.

5.      As a faith leader and former President of the Greenville NAACP Branch, I am well known in my community. For many years, I helped Greenville NAACP members vote, including by returning their absentee ballot. I can remember specific Greenville NAACP Branch members who are elderly veterans with disabilities who cannot get to the polls on their own. They relied on me to return their absentee ballot. I believe people in my community trust me because I am well known, I advocate for their right to vote, and I have supported community members in many ways over the years. I am honored that many people have trusted me to return their ballot in the past.

6.      Some of the Greenville Branch members with disabilities who need help voting by mail are homebound. Others can make it out of the house occasionally to go to church or other community events, but they prefer to vote by mail.

7.      Recently, South Carolina passed a law that prohibited anyone from returning more than five absentee ballots in an election. After that law was passed, I could not return the absentee ballots of most Greenville NAACP Branch members with disabilities who wanted me to do so. My brother and nephew relied on me to return their absentee ballot because they both have disabilities and cannot vote in-person easily. As a result, I could only help three other people vote by returning their ballot. It is disappointing that this law prevented me from helping other NAACP members who have relied on me for years to return their ballot.

8.      I understand that South Carolina law only allows registered voters to help return most ballots. We encourage NAACP youth members to get civically engaged from a young age. Many high schoolers help return absentee ballots for elderly NAACP members with disabilities who ask them to, once they turn 18. I know of several NAACP members with disabilities who would like to rely on youth members who are under 18 to return their absentee ballot, but they cannot because of this law. Some of those youth members under 18 are family members of NAACP members who want their assistance, but others are not.

9.      These rules are unfair barriers to our right to vote. They are preventing NAACP members with disabilities from getting the help they need from someone they trust to vote.

3

I declare under penalty of perjury that the foregoing is true and correct.

_J.M. Flemming_

Rev. J.M. Flemming

_04/03/2026_

Date