**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| NAACP SOUTH CAROLINA STATE CONFERENCE; ROBERT CALDWELL; JONATHAN BELL; SHERRY JENKINS,<br><br>Plaintiffs,<br><br>v.<br><br>ALAN WILSON, in his official capacity as the South Carolina Attorney General; JENNY WOOTEN, in her official capacity as Interim Executive Director of the State Election Commission; DENNIS W. SHEDD, in his official capacity as Chairman of the State Election Commission; JOANNE DAY, CLIFFORD J. ELDER, LINDA McCALL, and SCOTT MOSELEY in their official capacities as members of the State Election Commission,<br><br>Defendants. | C/A No. 3:25-cv-13754-MGL |

**Reply to Court's Special Interrogatories**

The undersigned parties received the Court's Text Order [Dkt. 52] directing the parties to confer and file a joint response to two questions, namely: (1) "Will the Court's adjudication of Defendants' motions for summary judgment [37][38] necessarily render as moot Defendants' motions to dismiss? [13][15] (2) If yes, for the sake of judicial efficiency, do the parties agree it is appropriate for Defendants (Wooten, Shedd, Day, Elder, McCall and Moseley) to withdraw their motions to dismiss?" The parties have conferred.

The SEC Defendants and Plaintiffs agree that the answer to both of the Court's questions as to its Motion to Dismiss [Dkt. No. 15] is "yes." The SEC Defendants will submit a Motion to Withdraw their Motion to Dismiss.

In response to the special interrogatories, the Attorney General acknowledges that (1) the Court's resolution of the Motions for Summary Judgment could potentially render the motions to dismiss moot, but the Attorney General emphasizes that his Motion to Dismiss raised a variety of arguments that go in part to this Court's subject matter jurisdiction, including standing, sovereign immunity, and a lack of cause of action. And while many of these arguments were raised or referenced in the Attorney General's Motion for Summary Judgment, they were more fully briefed in his Motion to Dismiss. (2) Because it is not certain that adjudication of the Attorney General's Motion for Summary Judgment will moot the Attorney General's Motion to Dismiss, the Attorney General cannot agree to withdraw his Motion to Dismiss at this time.

Respectfully submitted,

| | |
|---|---|
| *s/Michael R. Burchstead* | *s/Joseph D. Spate* |
| Mary Elizabeth Crum (Fed. ID No. 372) | Alan Wilson |
| Tracey C. Green (Fed. ID No. 6644) | *Attorney General* |
| Michael R. Burchstead (Fed. ID No. 10297) | Thomas T. Hydrick (Fed. ID No. 13322) |
| BURR & FORMAN LLP | *Solicitor General* |
| PO Box 11390 | Joseph D. Spate (Fed. ID No. 13100) |
| Columbia, SC 29211 | *Deputy Solicitor General* |
| (803) 799-9800 | |
| lcrum@burr.com | OFFICE OF THE SOUTH CAROLINA ATTORNEY |
| tgreen@burr.com | GENERAL |
| mburchstead@burr.com | 1000 Assembly Street |
| | Columbia, SC 29201 |
| Thomas W. Nicholson (Fed. ID No. 12086) | (803) 734-4127 |
| STATE ELECTION COMMISSION | thomashydrick@scag.gov |
| 1122 Lady Street, Suite 500 | josephspate@scag.gov |
| Columbia, SC 29201 | |
| (803) 734-9063 | *Counsel for Attorney General Alan Wilson* |
| tnicholson@elections.sc.gov | |
| | June 30, 2026 |
| *Counsel for Defendants Jenny Wooten, Dennis W. Shedd, JoAnne Day, Clifford J. Edler, Linda McCall, and Scott Moseley* | |
| | |
| June 30, 2026 | |

2

*s/Allen Chaney*

Allen Chaney (Fed. ID No. 13181)
**American Civil Liberties Union of South Carolina Foundation**
P.O. Box 1668
Columbia, SC 29202
(864) 372-6681
achaney@aclusc.org

Clayton Pierce (*admitted pro hac vice*)
Davin Rosborough (*admitted pro hac vice*)
Jonathan Topaz (*admitted pro hac vice*)
Sophia Lin Lakin (*admitted pro hac vice*)
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
cpierce@aclu.org
drosborough@aclu.org
jtopaz@aclu.org
slakin@alcu.org

Bradley M. Presant*
Michael Beckwith*
**Proskauer Rose LLP**
Eleven Times Square
New York, NY 10036
(212) 969-3284
jduval@proskauer.com
bpresant@proskauer.com
mbeckwith@proskauer.com

*Counsel for Plaintiffs NAACP South Carolina State Conference, Robert Caldwell, Jonathan Bell, and Sherry Jenkins*

*\*Motion for admission Pro Hac Vice forthcoming*

June 30, 2026

Brian Dimmick (*admitted pro hac vice*)
**American Civil Liberties Union Foundation**
915 15th Street NW, 6th Floor
Washington, DC 20005
(202) 731-2395
bdimmick@aclu.org

Robert W. Pommer III*
**Proskauer Rose LLP**
1001 Pennsylvania Ave., NW
Suite 600 South
Washington, DC 20004
(202) 416-6808
rpommer@proskauer.com

Stephen D. Hibbard*
**Proskauer Rose LLP**
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
(310) 284-5622
shibbard@proskauer.com

3

67664805 v1