
**BURR & FORMAN**

M. Elizabeth Crum
lcrum@burr.com
Direct Dial: (803) 753-3240
Direct Fax: (803) 753-3240

Burr & Forman LLP
1221 Main Street
Suite 1800
Columbia, SC 29201

Mailing Address:
Post Office Box 11390
Columbia, SC  29211

*Office*  (803) 799-9800

BURR.COM

July 20, 2026

The Honorable Mary G. Lewis
U.S. District Court for the District of South Carolina
901 Richland Street
Columbia, SC 29201

**Re:     NAACP South Carolina State Conference, et al., v. Wilson, et al.,**
**Case No. 3:25-cv-13754-MGL**

Dear Judge Lewis:

In an abundance of caution, while we are sure you know about the tragic and untimely death of the late Sen. Lindsay Graham, we wanted officially to notify the Court, that the State Election Commission (SEC) and the respective County Boards of Boter Registration and Election will be conducting a special Republican Primary to fill this ballot vacancy.  Filing opens July 21, 2026, and closes July 28, 2026.  The special primary election will be held August 11, 2026, with a runoff, if necessary, on August 25.  The SEC is in the process of entering a Memorandum of Understanding with the Department of Justice to deal with the UOCAVA issue resulting from the timing of Sen. Graham's death.

Needless to say, this intervening special election exacerbates the SEC's *Purcell* concerns expressed in the parties' Joint Memorandum of July 9, 2026 (ECF 56).  The SEC appreciates your attention to this matter.  With best wishes.

Very truly yours,

M. Elizabeth Crum
MEC/at
cc:     D. Allen Chaney, Jr.
        Brian Dimmick
        Thomas T. Hydrick
        Sophia L. Lakin

The Honorable Mary G. Lewis
July 20, 2026
Page 2

Clayton Pierce
Davin Rosborough
Joseph D. Spate
Jonathan Topaz
Tracey C. Green
Michael R. Burchstead

70302794 v1