AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

NAACP SOUTH CAROLINA STATE CONFERENCE, ROBERT CALDWELL, JONATHAN BELL, and SHERRY JENKINS,

*Plaintiffs*

v.

ALAN WILSON, *in his official capacity as South Carolina Attorney General*, CONWAY BELANGIA, *in his official capacity as Executive Director of the State Election Commission*, ROBERT BOLCHOZ, *in his official capacity as Chairman of the State Election Commission*, and JOANNE DAY, CLIFFORD ELDER, ANGELA STRINGER, and SCOTT MOSELEY, *in their official capacities as members of the State Election Commission*,

*Defendants*

Civil Action No. 3:24-cv-04072-MGL

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _________ recover from the defendant *(name)* _________ the amount of ________ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________________ recover costs from the plaintiff *(name)* __________________.

■ other: summary judgment is entered for the defendants, Conway Belangia, Robert Bolchoz, Joanne Day, Clifford Elder, Angela Stringer, and Scott Moseley, against the Plaintiffs, the Plaintiffs' complaint is dismissed as to Defendant Alan Wilson, and this case is dismissed without prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _______________ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____________ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge.

Date: October 5, 2026

*ROBIN L. BLUME, CLERK OF COURT*

s/ Jack Bingham

*Signature of Clerk or Deputy Clerk*