**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

**Case No. 3:25-cv-13754-MGL**

NAACP SOUTH CAROLINA STATE CONFERENCE, ROBERT CALDWELL; JONATHAN BELL; SHERRY JENKINS,

*Plaintiffs*,

v.

ALAN WILSON, in his official capacity as South Carolina Attorney General; CONWAY BELANGIA, in his official capacity as Executive Director of the State Election Commission; ROBERT BOLCHOZ, in his official capacity as Chairman of the State Election Commission; JOANNE DAY, CLIFFORD ELDER, ANGELA STRINGER, and SCOTT MOSELEY, in their official capacities as members of the State Election Commission,

*Defendants*.

**PLAINTIFFS' NOTICE OF APPEAL**

Plaintiffs, by and through undersigned counsel, hereby notify the Court of their intent to appeal the Court's September 30, 2026, Order granting Defendants' Motion for Summary Judgment and Motion to Dismiss, *see* Dkt. No. 67 & 69, in the United States Court of Appeals for the Fourth Circuit.

Dated: October 22, 2026

Respectfully submitted,

[*Signature Blocks on Following Page*]

***/s Allen Chaney***

Allen Chaney, Fed. ID 13181
ACLU OF SOUTH CAROLINA
P.O. Box 1668
Columbia, SC 29202
(864) 372-6681
achaney@aclusc.org

Stephen D. Hibbard*
PROSKAUER ROSE LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
(310) 284-5622
shibbard@proskauer.com

Robert W. Pommer III*
Alexander B. Guzy-Sprague*
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2533
(202) 416-6808
rpommer@proskauer.com
aguzy-sprague@proskauer.com

Bradley M. Presant*
Amy B. Gordon*
Michael Beckwith*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
(212) 969-3284
bpresant@proskauer.com
agordon@proskauer.com
mbeckwith@proskauer.com

Davin Rosborough**
Jonathan Topaz**
Sophia Lin Lakin**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

cpierce@aclu.org
drosborough@aclu.org
jtopaz@aclu.org
slakin@aclu.org

Brian Dimmick**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW, 6th Floor
Washington, D.C. 20005
(202) 731-2395
bdimmick@aclu.org

*Attorneys for Plaintiffs*
** Motion for admission Pro Hac Vice forthcoming*
*** Admitted Pro Hac Vice*